**Exhibit C**

**Contract Assignment and Cure Schedule**

**Contract Assignment & Cure Schedule**

| | Title of Contract | Contract Counterparty | Contract Counterparty Address | Cure Amount | Proposed Effective Date of Assignment |
|---|---|---|---|---|---|
| 1. | Amended and Restated Supply Agreement by and between Cimbar Performance Minerals WV, LLC by Anchor Drilling Fluids USA, LLC dated April 1, 2018 as further amended by Amendment No. 1 to Amended and Restated Supply Agreement by and between Cimbar Performance Minerals WV, LLC and Anchor Drilling Fluids USA, LLC dated January 1, 2020 | Cimbar Performance Minerals WV, LLC | 490 Jackson Lake Road - Chatsworth, GA 30705. | $2,610,796 | Closing Date |

| | Title of Contract | Contract Counterparty | Contract Counterparty Address | Cure Amount | Proposed Effective Date of Assignment |
|---|---|---|---|---|---|
| 2. | Operating Agreement of C&A Grinding, L.L.C. by and between Cimbar Performance Minerals, Inc. and Anchor Drilling Fluids USA, LLC Fluids USA, Inc. dated January 1, 2012, Amendment No. 1 to Operating Agreement of C&A Grinding, L.L.C. by and between Cimbar Performance Minerals WV, LLC and Anchor Drilling Fluids USA, LLC dated April 1, 2018, and Amendment No. 2 to Operating Agreement of C&A Grinding, L.L.C. by and between Cimbar Performance Minerals WV, LLC and Anchor Drilling Fluids USA, LLC dated March 3, 2020 | Cimbar Performance Minerals WV, LLC | 490 Jackson Lake Road - Chatsworth, GA 30705. | None | Closing Date |

|   | Title of Contract | Contract Counterparty | Contract Counterparty Address | Cure Amount | Proposed Effective Date of Assignment |
|---|---|---|---|---|---|
| 3. | Sublease Agreement by and between Cimbar Performance Minerals WV, LLC and Anchor Drilling Fluids USA, LLC Fluids USA, Inc. dated December 2011 and Amended Sublease Agreement by and between Cimbar Performance Minerals WV, LLC and Anchor Drilling Fluids USA, LLC Fluids USA, Inc. dated April 1, 2018 | Cimbar Performance Minerals WV, LLC | 49-O Jackson Lake Road - Chatsworth, GA 30705 | $29,700 | Closing Date |
| 4. | Lease Agreement by and between Penny Clark of Sarah Viola Grewell Memorial Scholarship Fund and Anchor Drilling Fluids USA, LLC dated November 1, 2019 for housing located at 1122 West State Street Newcomerstown, Ohio 43832 | Penny Clark of Sarah Viola Grewell Memorial Scholarship Fund | 1102 West State St., Newcomerstown, OH 43832 | $3,000 | Closing Date |

|   | Title of Contract | Contract Counterparty | Contract Counterparty Address | Cure Amount | Proposed Effective Date of Assignment |
|---|---|---|---|---|---|
| 5. | Commercial Lease by and between BMS Enterprises, LLC and Anchor Drilling Fluids USA, LLC dated June 1, 2017 and Addendum to Lease Between Anchor Drilling Fluids USA, LLC and BMS Enterprises, LLC dated April 27, 2020 | BMS Enterprises, LLC | 1737 Tappan Hills Road, Tippecanoe, OH 44699 | None | Closing Date |
| 6. | Lease by and between Horseheads Sand & Transloading Terminal, LLC and Anchor Drilling Fluids USA, LLC | Horseheads Sand & Transloading Terminal, LLC | 343 Greenwich Ave., Suite 200 Greenwich, CT 06840 | None | Closing Date |
| 7. | Lease by and between The Port Authority for Columbiana County, Ohio and Anchor Drilling Fluids USA, LLC for property described as 45,000 square feet of land in Wellsville, Ohio dated July 11, 2013 | The Port Authority for Columbiana County, Ohio | 1250 St. George Street East Liverpool, OH 43920 | $2,500 | Closing Date |
| 8. | Lease by and between Metroplaza Partners LLC and Patriot Drilling Fluids, a Division of Q'Max America Inc. | Metroplaza Partners LLC | 100 Leetsdale Industrial Drive, Leetsdale, PA 15056 | None | Closing Date |

|    | Title of Contract | Contract Counterparty | Contract Counterparty Address | Cure Amount | Proposed Effective Date of Assignment |
|----|---|---|---|---|---|
| 9. | Amended and Restated Equipment Lease With Option, by and between C&A Grinding, LLC, Cimbar Performance Minerals, Inc. and Anchor Drilling Fluids USA, LLC dated December 17, 2018 | C&A Grinding, LLC, Cimbar Performance Minerals, Inc | C&A Grinding, LLC – 490 Jackson Lake Road, Chatsworth, GA 30705, Attn: John Waters | None | Closing Date |
| 10. | Letter Agreement with respect to Amended and Restated Equipment Lease With Option, by and between C&A Grinding, LLC, Cimbar Performance Minerals, Inc. and Anchor Drilling Fluids USA, LLC dated December 19, 2018 | Cimbar Performance Minerals Inc.<br><br>C&A Grinding, LLC | Cimbar Performance Minerals Inc. - 14047 Industrial Road Houston, TX 77015.<br><br>C&A Grinding, LLC – 490 Jackson Lake Road, Chatsworth, GA 30705 | None | Closing Date |
| 11. | Letter Agreement, by and between Cimbar Performance Minerals and Anchor Drilling Fluids USA, LLC, dated April 3, 2020 | Cimbar Performance Minerals | 14047 Industrial Road Houston, TX 77015 | None | Closing Date |

| | Title of Contract | Contract Counterparty | Contract Counterparty Address | Cure Amount | Proposed Effective Date of Assignment |
|---|---|---|---|---|---|
| 12. | Master Service Agreement by and between XTO Energy Inc. and Anchor Drilling Fluids USA, LLC dated January 15, 2007 | XTO Energy Inc. | 22777 Springwoods Village Parkway, Spring, TX 77389 | None | Closing Date |
| 13. | Master Service Agreement by and between XTO Energy Inc. and Anchor Drilling Fluids USA, LLC dated March 7, 2008. | XTO Energy Inc. | 22777 Springwoods Village Parkway, Spring, TX 77389 | None | Closing Date |
| 14. | Master Service Agreement by and between Southwestern Energy Production Company and SEECO, Inc. and Anchor Drilling Fluids USA, LLC dated September 1, 2009. | Southwestern Energy Production Company and SEECO, Inc | 2350 N. Sam Houston Parkway East, Ste. 125 Houston, TX 77032 | None | Closing Date |
| 15. | Master Service Agreement by and between Ascent Resources – Utica, LLC and Anchor Drilling Fluids USA, LLC dated June 26, 2019. | Ascent Resources – Utica, LLC | P.O. Box 13678 Oklahoma, OK 73113 | None | Closing Date |

|   | Title of Contract | Contract Counterparty | Contract Counterparty Address | Cure Amount | Proposed Effective Date of Assignment |
|---|---|---|---|---|---|
| 16. | Master Service Agreement by and between EQT Production Company and Anchor Drilling Fluids USA, LLC dated August 12, 2010. | EQT Production Company | EQT Plaza - 625 Liberty Avenue, Ste. 1700, Pittsburgh, PA 15222-3111 | None | Closing Date |
| 17. | Master Service Agreement by and between Antero Resources Company and Anchor Drilling Fluids USA, LLC dated May 30, 2014. | Antero Resources Company | 1615 Wynkop Street, Denver, CO 80202 | None | Closing Date |
| 18. | Master Service Agreement by and between Gulfport Energy Corporation and Anchor Drilling Fluids USA, LLC dated May 24, 2012. | Gulfport Energy Corporation | 14313 N. May Avenue, Ste. 100, Oklahoma City, OK 73134 | None | Closing Date |
| 19. | Master Service Agreement by and between Gulfport Energy Corporation and Q'Max dated September 8, 2014. | Gulfport Energy Corporation | 14313 N. May Avenue, Ste. 100, Oklahoma City, OK 73134 | None | Closing Date |

|   | Title of Contract | Contract Counterparty | Contract Counterparty Address | Cure Amount | Proposed Effective Date of Assignment |
|---|---|---|---|---|---|
| 20. | Master Service Agreement by and between Utica Resource Operating, LLC and Anchor Drilling Fluids USA, LLC dated November 13, 2018. | Utica Resource Operating, LLC | 2167C State Route 821, Marietta, OH 45750 | None | Closing Date |
| 21. | Master Service Agreement with National Fuel Gas Supply Corporation and Anchor Drilling Fluids USA, LLC dated March 5, 2015. | National Fuel Gas Supply Corporation | 6363 Main Street - Williamsville, NY 14221 | None | Closing Date |
| 22. | Master Service Agreement by and between TransCanada Operations USA Inc. and Anchor Drilling Fluids USA, LLC dated April 1, 2018. | TransCanada Operations USA Inc. | 700 Louisiana Street, Ste. 700, Houston, TX 77002 | None | Closing Date |
| 23. | Master Purchase Agreement No. MPA-18-0005 by and between American Refining Group, Inc. and Anchor Drilling Fluids USA, LLC dated June 15, 2018. | American Refining Group, Inc. | 77 N. Kendall Avenue, Bradford, PA 16701 | None | Closing Date |

|   | Title of Contract | Contract Counterparty | Contract Counterparty Address | Cure Amount | Proposed Effective Date of Assignment |
|---|---|---|---|---|---|
| 24. | Service Agreement No. MSA-19-0006 by and between American Refining Group, Inc. and Anchor Drilling Fluids USA, LLC dated July 8, 2019. | American Refining Group, Inc. | 77 N. Kendall Avenue - Bradford, PA 16701 | None | Closing Date |
| 25. | Master Lease Agreement by and between Dell Financial Services L.L.C. and Q'Max America Inc. dated November 17, 2014 | Dell Financial Services L.L.C. | One Dell Drive, Round Rock, TX 7868 | $20,000 | Closing Date |
| 26. | Thirty (30) vehicles listed pursuant to the Open Ended Master Lease Agreement by and between Merchants Fleet Management and Anchor Drilling Fluids USA, LLC dated June 27, 2018 | Merchants Fleet Management | P.O. Box 414438, Boston, MA 02241 | None | Closing Date |
| 27. | Consulting Agreement by and between Wayne Munn, LLC and Anchor Drilling Fluids USA, LLC dated May 9, 2019. | Wayne Munn, LLC | 3936 CS 2840, Rush Springs, OK 73082 | None | Closing Date |
| 28. | Consulting Agreement by and between Spencer Ogden and Anchor Drilling Fluids USA, LLC dated July 12, 2018. | Spencer Ogden | 1201 Fannin St., Suite 300, Houston, TX 77002 | None | Closing Date |

|  | Title of Contract | Contract Counterparty | Contract Counterparty Address | Cure Amount | Proposed Effective Date of Assignment |
|---|---|---|---|---|---|
| 29. | Consulting Agreement by and between Stephen Wilbourn and Anchor Drilling Fluids USA, LLC dated April 7, 2020. | Stephen Wilbourn | 115 Ironwood Drive, Florence, MS 39073 | None | Closing Date |
| 30. | Consulting Agreement by and between 1st Magnitude LLC and Anchor Drilling Fluids USA, LLC dated August 5, 2019. | 1st Magnitude LLC | P.O. Box 172 McComb, MS 39649 | None | Closing Date |
| 31. | Consulting Agreement by and between Team Teller, LLC and Anchor Drilling Fluids USA, LLC dated August 1, 2019. | Team Teller, LLC | P.O. Box 283 Aztec, NM 87410 | None | Closing Date |
| 32. | Consulting Agreement by and between Nauset Consulting Inc. and Anchor Drilling Fluids USA, LLC dated July 22, 2019. | Nauset Consulting Inc. | 2218 Street, Apt. B, Houston, TX 77004. | None | Closing Date |
| 33. | Consulting Agreement by and between KSKunz Consulting LLC and Anchor Drilling Fluids USA, LLC dated May 14, 2019. | KSKunz Consulting LLC | 78 S. 1060 West Spanish Fork, UT 84660 | None | Closing Date |

|  | Title of Contract | Contract Counterparty | Contract Counterparty Address | Cure Amount | Proposed Effective Date of Assignment |
|---|---|---|---|---|---|
| 34. | Consulting Agreement by and between J Hibley Consulting LLC and Anchor Drilling Fluids USA, LLC dated May 20, 2019. | J Hibley Consulting LLC | 16 Vidalia Drive, Hattiesburg, MS 39402 | None | Closing Date |
| 35. | Consulting Agreement by and between BKD Consulting LLC and Anchor Drilling Fluids USA, LLC dated August 1, 2018. | BKD Consulting LLC | P.O. Box 486 Wills Point, TX 75169 | None | Closing Date |
| 36. | Consulting Agreement by and between Rusco Operating, LLC and Anchor Drilling Fluids USA, LLC dated April 3, 2018. | Rusco Operating, LLC | 98 San Jacinto Blvd., Ste. 550, Austin, TX 78701 | None | Closing Date |
| 37. | Exclusive License Agreement by and between Q'Max Solutions Inc. and Q'Max America Corp. dated May 22, 2020 | Q'Max Solutions Inc. | 11700 Katy Freeway, Suite 200, Houston, TX 77079 | None | Closing Date |
| 38. | Office Lease Agreement, by and between GCM SO, L.L.C. and Anchor Drilling Fluids USA, LLC dated October 28, 2019. | GCM SO, L.L.C. | 1401 S. Boulder Ave., Suite 200, Tulsa, OK 74119 | $3,936 | Closing Date |

| | Title of Contract | Contract Counterparty | Contract Counterparty Address | Cure Amount | Proposed Effective Date of Assignment |
|---|---|---|---|---|---|
| 39. | Master Service Agreement by and between Snyder Brothers, Inc. and Anchor Drilling Fluids USA, LLC dated May 22, 2020. | Snyder Brothers, Inc. | One Glad Park East, P.O. Box 1022 Kittanning, PA 16201 | None | Closing Date |
| 40. | Master Purchase Agreement by and between American Refining, Inc. and Anchor Drilling Fluids USA, LLC dated June 15, 2018. | American Refining, Inc. | 77 N. Kendall Avenue, Bradford, PA 16701 | $547,597 | Closing Date |
| 41. | Master Service Agreement by and between EAP Operating, LLC and Anchor Drilling Fluids USA, LLC dated October 30, 2018. | EAP Operating, LLC | 5847 San Felipe Street, Ste. 300 - Houston, TX 77057 | None | Closing Date |
| 42. | Master Service Agreement by and between Jay-Bee Oil & Gas, Inc. and Anchor Drilling Fluids USA, LLC dated December 22, 2015. | Jay-Bee Oil & Gas, Inc | 5847 San Felipe Street, Ste. 300, Houston, TX 77057 | None | Closing Date |

| | Title of Contract | Contract Counterparty | Contract Counterparty Address | Cure Amount | Proposed Effective Date of Assignment |
|---|---|---|---|---|---|
| 43. | Sixteen (16) vehicles leased pursuant to the Lease Agreement by and among ARI Fleet LT and Automotive Rentals, Inc. and Anchor Drilling Fluids USA, LLC dated June 21, 2019 | ARI Fleet LT and Automotive Rentals, Inc. | 4001 Leadenhall Rd., PO Box 5039, Mt. Laurel, NJ 08054 | None | Closing Date |