**Fill in this information to identify the case:**

Debtor name  Q'MAX America, Inc.

United States Bankruptcy Court for the: Southern _____ District of Texas

Case number (If known):  6:20-bk-60030 _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals          12/15

---

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ..........................................................................................
       
       $          913,186.98

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ......................................................................................
       
       $       51,040,440.80
       + undetermined amounts

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* .........................................................................................
       
       $       51,953,627.78
       + undetermined amounts

---

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..............
   
   $      164,286,456.47
   + undetermined amounts

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..........................................
       
       $               0.00
       + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................
       
       + $      163,907,893.80
       + undetermined amounts

4. **Total liabilities** .............................................................................................................................
   Lines 2 + 3a + 3b
   
   $      328,194,350.27
   + undetermined amounts

**Fill in this information to identify the case:**

Debtor name  Q'MAX America, Inc.

United States Bankruptcy Court for the: Southern                District of Texas

Case number (If known):   6:20-bk-60030

☐ Check if this is an
  amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attached Rider | | | $ 773,876.66 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. None | | | $ 0.00 |
| 4.2. | | | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 773,876.66

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | Current value of debtor's interest |
|---|---|
| 7.1. See Attached Rider | $ 100,512.54 |
| 7.2. | $ |

Debtor    Q'MAX America, Inc. _____     Case number (if known) 6:20-bk-60030 _____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. See Attached Rider _____ $ _____93,061.75
   8.2. _____ $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                        $ _____193,574.29

---

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ......➔    $ _____
                               face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ......➔    $ _____
                               face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                   $ _____0.00

---

**Part 4:  Investments**

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | | | |
    |---|---|---|
    | 14.1. None | _____ | $ _____0.00 |
    | 14.2. _____ | _____ | $ _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    | | | | |
    |---|---|---|---|
    | 15.1. See Attached Rider | _____% | _____ | $ _____0.00 |
    | 15.2. _____ | _____% | _____ | $ _____ + undetermined amounts |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    | | | |
    |---|---|---|
    | 16.1. None | _____ | $ _____0.00 |
    | 16.2. _____ | _____ | $ _____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                          $ _____0.00
                                                                                 + undetermined amounts

---

| Debtor | Q'MAX America, Inc. | Case number (*if known*)  6:20-bk-60030 |
|---|---|---|
| | Name | |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

[X] No. Go to Part 6.

[ ] Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | $ | | $ |
| | MM / DD / YYYY | | | |
| 20. **Work in progress** | | $ | | $ |
| | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | $ | | $ |
| | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | $ | | $ |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

[ ] No

[ ] Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

[ ] No

[ ] Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

[ ] No

[ ] Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

[X] No. Go to Part 7.

[ ] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    Q'MAX America, Inc. _____      Case number *(if known)* __6:20-bk-60030__
        Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.               $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No
     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Furniture | $ 70,327.14 | Net Book Value | $ 70,327.14 |
| 40. **Office fixtures** | | | |
| None | $ | | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $ 12,545,886.86 | | $ 12,545,886.86 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ 0.00 |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.          $ 12,616,214.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Q'MAX America, Inc.                                    Case number (if known)    6:20-bk-60030
          Name

---

### Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 None | $ _____ | _____ | $ _____ 0.00 |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ _____ | _____ | $ _____ 0.00 |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ _____ | _____ | $ _____ 0.00 |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Laboratory | $ 384,417.43 | Net Book Value | $ 384,417.43 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 384,417.43

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Debtor | Q'MAX America, Inc. | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ 913,186.98 | | $ 913,186.98 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 913,186.98

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Q'MAX America, Inc._____    Case number (if known)___6:20-bk-60030___
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

  ☐ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ☐ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ☐ No
  ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No. Go to Part 12.
  ☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
  Description (include name of obligor)

  None_____  _____ – _____ = ➜  $_____0.00
                         Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

  Description (for example, federal, state, local)

  Foreign Tax Withholding_____     Tax year _____   $_____1,907,294.02
  _____     Tax year _____   $_____
  _____     Tax year _____   $_____

73. **Interests in insurance policies or annuities**

  See Attached Rider_____     $_____0.00

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

  None_____     $_____0.00
  **Nature of claim**      _____
  **Amount requested**     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

  None_____     $_____0.00
  **Nature of claim**      _____
  **Amount requested**     $_____

76. **Trusts, equitable or future interests in property**

  None_____     $_____0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

  See Attached Rider_____     $_____35,165,064.40
  _____     $_____

78. **Total of Part 11.**

  Add lines 71 through 77. Copy the total to line 90.     $_____37,072,358.42
                                                          + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☒ No
  ☐ Yes

Debtor    Q'MAX America, Inc. _____          Case number *(if known)*  6:20-bk-60030
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 773,876.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 193,574.29 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 + undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 12,616,214.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 384,417.43 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................. ➜ | | $ 913,186.98 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 37,072,358.42 + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 51,040,440.80 + undetermined amounts | **+** 91b. $ 913,186.98 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................... | | $ 51,953,627.78 + undetermined amounts |

Debtor Name: Q'MAX America, Inc.                                    Case Number: 6:20-bk-60030

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| WELLS FARGO, N.A. | Operating Account | 1134 | $773,876.66 |
| | | **TOTAL** | **$773,876.66** |

Debtor Name: Q'MAX America, Inc.                                    Case Number:   6:20-bk-60030

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Prepaid Deposits | Various | $100,512.54 |
| | **TOTAL** | **$100,512.54** |

Debtor Name: Q'MAX America, Inc.                                    Case Number:   6:20-bk-60030

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid Expenses | Various | $93,061.75 |
| | **TOTAL** | **$93,061.75** |

Debtor Name: Q'MAX America, Inc.                                          Case Number: 6:20-bk-60030

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ANCHOR DRILLING FLUIDS USA, LLC | 100% | Net Book Value | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name:        Q'MAX America, Inc.                                    Case Number:        6:20-bk-60030

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Computer/Communication Equipment | $72,893.00 | $72,893.00 | $0.00 | Net Book Value | $0.00 |
| Software | $16,581,594.00 | $4,035,707.14 | $12,545,886.86 | Net Book Value | $12,545,886.86 |
| | | | | TOTAL | $12,545,886.86 |

Debtor Name:          Q'MAX America, Inc.                                    Case Number:          6:20-bk-60030

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Construction In Progress | Construction In Progress | $3,058.17 | Net Book Value | $3,058.17 |
| Leasehold Improvement | Leasehold Improvement | $910,128.81 | Net Book Value | $910,128.81 |
| | | | TOTAL | $913,186.98 |

Debtor Name: Q'MAX America, Inc.                                                    Case Number: 6:20-bk-60030

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY | Directors & Officers-Side A Primary (Including Tail Coverage Through 2026) | G71528534 00 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY | Foreign Package | PHFD38247918 002 | Undetermined |
| ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | All Risk Property | ENGLO1800408 | Undetermined |
| BEAZLEY INSURANCE COMPANY, INC. | Directors & Officers-Second Layer (Including Tail Coverage Through 2026) | V27DAC190101 | Undetermined |
| CATLIN INSURANCE COMPANY INCORPORATED | Business Travel Accident | US00091545AC19A | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE CO | Directors & Officers-Side A Second Layer  (Including Tail Coverage Through 2026) | DOX30001097101 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE CO | Excess Liability | ELD30001114200 | Undetermined |
| FEDERAL INSURANCE COMPANY | Directors & Officers-Primary (Including Tail Coverage Through 2026) | 8259-8411 | Undetermined |
| GREAT AMERICAN INSURANCE CO. | Special Crime | OZ53052CR | Undetermined |
| IRONSHORE SPECIALTY INSURANCE CO. | General Liability | 4076500 | Undetermined |
| IRONSHORE SPECIALTY INSURANCE CO. | Umbrella Liability | 4076600 | Undetermined |
| LIBERTY MUTUAL FIRE INSURANCE CO. | Automobile Liability | AS2-641-445252-029 | Undetermined |
| LLOYD'S OF LONDON | Terrorism | PRPNA1902049 | Undetermined |
| NORTH DAKOTA WORKFORCE SAFETY & INSURANCE | ND-Workers Compensation | 1361092 | Undetermined |
| OHIO BUREAU OF WORKERS' COMPENSATION | OH-Workers Compensation | 80026144 | Undetermined |
| STATE OF WYOMING DEPARTMENT OF WORKFORCE SERVICES | WY-Workers Compensation | 800310855 | Undetermined |
| STEADFAST INSURANCE COMPANY | Environmental PLL | EPC 9500363-00 | Undetermined |
| THE FIRST LIBERTY INSURANCE CORP. | Workers' Compensation/EL | WC6-641-445252-019 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name:        Q'MAX America, Inc.                                        Case Number:        6:20-bk-60030

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Net Intercompany Receivable from Qmax Mexico S.A. de C.V. | $11,551,260.94 |
| Net Intercompany Receivable from Qmax Solutions Colombia (Branch) | $4,696,909.43 |
| Net Intercompany Receivable from 1356760 Alberta Ltd. | $53,000.00 |
| Net Intercompany Receivable from Qmax Solutions India (Branch) | $449,610.87 |
| Net Intercompany Receivable from Anchor Drilling Fluids USA, LLC | $3,260,393.97 |
| Net Intercompany Receivable from Q'Max Solutions Singapore Pte. Ltd. | $665,145.80 |
| Net Intercompany Receivable from Central Procurement Inc. | $2,924,060.48 |
| Net Intercompany Receivable from Tri-Max Solutions Limited | $657,103.60 |
| Net Intercompany Receivable from ES - Egypt | $2,280.00 |
| Net Intercompany Receivable from IDEC DMCC Branch (610) | $4,313,396.91 |
| Net Intercompany Receivable from Qmax Canada Operations Inc. | $4,739,912.53 |
| Net Intercompany Receivable from Qmax do Brasil Solucoes do Petrolea Ltda. | $1,139,218.96 |
| Net Intercompany Receivable from Qmax Ecuador S.A. | $712,770.91 |
| **TOTAL** | **$35,165,064.40** |

**Fill in this information to identify the case:**

Debtor name Q'MAX America, Inc.

United States Bankruptcy Court for the: Southern _____ District of Texas

Case number (If known): 6:20-bk-60030

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>DELL FINANCIAL SERVICES L.L.C. | **Describe debtor's property that is subject to a lien**<br>UCC Financing Statement # 2019 7343648 | $ Undetermined | $ Undetermined |
| **Creditor's mailing address**<br>MAIL STOP-PS2DF-23 ONE DELL WAY<br>ROUND ROCK, TX 78682 | **Describe the lien**<br>All leased equipment pursuant to Master Lease Agreement between Lessee and Lessor | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| **Date debt was incurred**  10/21/2019<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | | |
| **2.2** **Creditor's name**<br>ENCINA BUSINESS CREDIT SPV, LLC | **Describe debtor's property that is subject to a lien**<br>ABL Credit Agreement | $ 19,818,659.47 | $ Undetermined |
| **Creditor's mailing address**<br>ATTN: ACCOUNT MANAGER<br>123 N. WACKER DRIVE, SUITE 2400<br>CHICAGO, IL 60606 | **Describe the lien**<br>Substantially All Assets of the Debtor Excluding Real Property and Goods as Per the ABL Credit Agreement | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| **Date debt was incurred**  09/06/2019<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Have you already specified the relative priority?<br>    ☒ No. Specify each creditor, including this creditor, and its relative priority.<br>    ☐ Yes. The relative priority of creditors is specified on lines | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 164,286,456.47
+ undetermined amounts

| Debtor | Q'MAX America, Inc. | Case number (if known) | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.3 | **Creditor's name**<br>GREATAMERICA FINANCIAL SERVICE CORPORATION | **Describe debtor's property that is subject to a lien**<br>UCC Financing Statement # 2018 6771089 | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
625 FIRST STREET
CEDAR RAPIDS, IA 52401

**Describe the lien**
All equipment leased by Lessor

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**  10/01/2018
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

---

| 2.4 | **Creditor's name**<br>HSBC BANK CANADA | **Describe debtor's property that is subject to a lien**<br>3rd Amended Credit Agreement | $144,467,797.00 | $ Undetermined |

**Creditor's mailing address**
ATTN: SENIOR CORPORATE BANKING MANAGER
9TH FLOOR, 407-8TH AVENUE S.W.
CALGARY, AB T2P 1E5
CANADA

**Describe the lien**
Substantially All Assets of the Debtor Unless Excluded Per the 3rd Amended Credit Agreement

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**  07/31/2018
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[ ] No
[X] Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

    [X] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

---

Debtor ___Q'MAX America, Inc._____          Case number (if known) __6:20-bk-60030___
             Name

---

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor</td><td>Q'MAX America, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern                District of Texas</td></tr>
<tr><td>Case number<br>(if known)</td><td>6:20-bk-60030</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
BECKHAM COUNTY TREASURER
104 S 3RD ST #204
SAYRE, OK 73662

As of the petition filing date, the claim is: $ _____ Undetermined    $ _____ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
Property Tax

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8 ___ )

---

**2.2** Priority creditor's name and mailing address
HARRIS COUNTY TAX ASSER-COLL
MIKE SULLIVAN
PO BOX 4622
HOUSTON, TX 77210

As of the petition filing date, the claim is: $ _____ Undetermined    $ _____ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
Property Tax

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8 ___ )

---

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( ___ )

| Debtor | Q'MAX America, Inc. | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
2012 KONA INT'L LP
PO BOX 79135
HOUSTON, TX 77279

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 28,772.38

Date or dates debt was incurred          Various
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2**
Nonpriority creditor's name and mailing address
AFCO
PO BOX 360572
PITTSBURGH, PA 15250-6572

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 31,494.85

Date or dates debt was incurred          Various
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3**
Nonpriority creditor's name and mailing address
AMARJIT ACHREJA
D-4/27 DLF CITY, PHASE -1 GURUGRAM-122002
HARYANA
INDIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 6,925.00

Date or dates debt was incurred          Various
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4**
Nonpriority creditor's name and mailing address
AMERICAN JANITORIAL SERVICES LTD
2951 MARINA BAY DR STE 130 #395
LEAGUE CITY, TX 77573

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 1,472.20

Date or dates debt was incurred          Various
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5**
Nonpriority creditor's name and mailing address
AMERIFLEX
P.O. BOX. 870217
KANSAS CITY, MO 64187-0217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Benefits Payable

$ 12,109.18

Date or dates debt was incurred          Various
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6**
Nonpriority creditor's name and mailing address
ATLAS ENERGY TOWER, LLC.
12001 N. CENTRAL EXPRESSWAY
SUITE 875
DALLAS, TX 75243

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 109,805.05

Date or dates debt was incurred          Various
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | Q'MAX America, Inc. | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

BLACK STAR ENERGY SERVICES, LLC
C/O KELLY, MORGAN, DENNIS, CORZINE & HANSEN, P.C.
P.O. BOX 1311
ODESSA, TX 79760-1311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Cause No. CC20071

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.8 | **Nonpriority creditor's name and mailing address** | | $2,400.24 |
|---|---|---|---|

BLUE CROSS BLUE SHIELD OF TEXAS
PO BOX 731428
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.9 | **Nonpriority creditor's name and mailing address** | | $293,269.28 |
|---|---|---|---|

BLUE CROSS BLUE SHIELD OF TEXAS
1001 E. LOOKOUT DRIVE
RICHARDSON, TX 75082

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Benefits Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.10 | **Nonpriority creditor's name and mailing address** | | $21.84 |
|---|---|---|---|

BOATCALLIE, ANN MARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.11 | **Nonpriority creditor's name and mailing address** | | $15,410.48 |
|---|---|---|---|

BOYAR MILLER P.C.
2925 RICHMOND AVE, 14TH FLOOR
HOUSTON, TX 77098

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Q'MAX America, Inc. | Case number (if known) | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address** | **$331.25**

CANTEEN REFRESHMENT SERVICES
PO BOX 417632
BOSTON, MA 2241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.13** | **Nonpriority creditor's name and mailing address** | **$ Undetermined**

CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC
C/O SHIPLEY SNELL MONTGOMERY LLP
ATTN: AMY L. SNELL
712 MAIN STREET, SUITE 1400
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 19-DCV-268955

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.14** | **Nonpriority creditor's name and mailing address** | **$585.53**

CINTAS
PO BOX 650838
DALLAS, TX 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.15** | **Nonpriority creditor's name and mailing address** | **$4,951.48**

COMCAST
PO BOX 60533
CITY OF INDUSTRY, CA 91716-0533

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.16** | **Nonpriority creditor's name and mailing address** | **$1,857.17**

CORPORATION SERVICE COMPANY
PO BOX 13397
PHILADELPHIA, PA 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Q'MAX America, Inc. | Case number (if known) | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address** | | $39,375.00

CROWE LLP
320 E JEFFERSON BLVD.
SOUTH BEND, IN 46624

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.18** | **Nonpriority creditor's name and mailing address** | | $1,860.00

DAGEN PERSONNEL
14002 FOSTERS CREEK DR
CYPRESS, TX 77429

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.19** | **Nonpriority creditor's name and mailing address** | | $41,425.49

DELL FINANCIAL SERVICES
PO BOX 6547
CAROL STREAM, IL 60197-6547

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.20** | **Nonpriority creditor's name and mailing address** | | $389.32

DGK INVESTMENTS INC. DBA TEXAS CENTRAL AIR
PO BOX 218035
HOUSTON, TX 77218

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.21** | **Nonpriority creditor's name and mailing address** | | $2,601.25

DIRECT ENERGY BUSINESS, LLC.
PO BOX 660749
DALLAS, TX 75266-0896

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | Q'MAX America, Inc. | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22**

**Nonpriority creditor's name and mailing address**                                                                                   $172.12

DSS
AMERICAN FIRE PROTECTION GRP, INC.
PO BOX 74008409
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.23**

**Nonpriority creditor's name and mailing address**                                                                         $ Undetermined

ERICA HOLLOWAY, INDIVIDUALLY AND AS REPRESENTATIVE OF
ESTATE OF NEIL D HOLLOWAY
C/O KETTERMAN ROWLAND & WESTLUND
ATTN: R. SCOTT WESTLUND
16500 SAN PEDRO, SUITE 302
SAN ANTONIO, TX 78232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Cause No. 20-03-23432-CVR

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.24**

**Nonpriority creditor's name and mailing address**                                                                                   $496.80

FEDEX
P.O. BOX 660481
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.25**

**Nonpriority creditor's name and mailing address**                                                                                 $1,292.61

FIRST CHOICE SERVICES
10055 REGAL ROW SUITE 150
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.26**

**Nonpriority creditor's name and mailing address**                                                                                   $147.98

FISHER SCIENTIFIC COMPANY LLC
300 INDUSTRY DRIVE
PITTSBURGH, PA 15275

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Q'MAX America, Inc. | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | | $3,000.00 |
|---|---|---|---|

FOSTER MARKETING, LLC.
3909-F AMBASSADOR CAFFERY
LAFAYETTE, LA 70503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.28 | **Nonpriority creditor's name and mailing address** | | $19,200.00 |
|---|---|---|---|

GARTNER, INC.
P.O. BOX 911319
DALLAS, CT 75391-1319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.29 | **Nonpriority creditor's name and mailing address** | | $2,051.34 |
|---|---|---|---|

GRACE INSTRUMENT COMPANY
9434 KATY FREEWAY, SUITE 300
HOUSTON, TX 77055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.30 | **Nonpriority creditor's name and mailing address** | | $4,055.80 |
|---|---|---|---|

GREAT AMERICA FINANCIAL SERVICES
PO BOX 660831
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.31 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

HAZ MAT SPECIAL SERVICES, LLC
C/O MCCATHERN, PLLC
ATTN: ISAAC VILLAREAL
2000 WEST LOOP SOUTH
SUITE 1850
HOUSTON, TX 77027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Cause No. 2018-28480

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Q'MAX America, Inc. | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** **Nonpriority creditor's name and mailing address** $28,750.00

HORN SOLUTIONS, INC.
2245 TEXAS DR.
SUGAR LAND, TX 77479

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.33** **Nonpriority creditor's name and mailing address** $ Undetermined

IWR OPERATING, LLC
C/O JONES GILL PORTER CRAWFORD & CRAWFORD LLP
ATTN: MICHAEL D. JONES
6363 WOODWAY, SUITE 1100
HOUSTON, TX 77057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Cause No. 2018-28480

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.34** **Nonpriority creditor's name and mailing address** $ Undetermined

KAPOLKA, CHAD
C/O JOSEPHSON DUNLAP LAW FIRM
ATTN: MICHAEL A. JOSEPHSON
11 GREENWAY PLAZA, SUITE 3050
HOUSTON, TX 77046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employee Claim - Civil Action No. 2:18-cv-10007

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.35** **Nonpriority creditor's name and mailing address** $ Undetermined

KELLEY, THADDEUS
C/O THE STANO LAW FIRM
ATTN: MATTHEW C. STANO
CHASE BANK BUILDING
19747 HIGHWAY 59 N, STE. 400
HUMBLE, TX 77338

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Cause No. 2018C I 19214

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.36** **Nonpriority creditor's name and mailing address** $ Undetermined

M-I SWACO
C/O WINSTON & STRAWN, LLP
1111 LOUISIANA STREET, 25TH FLOOR
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 4:18-CV-01099

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Q'MAX America, Inc.
         _____
         Name

Case number (if known)  6:20-bk-60030
                        _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | | $42,871.56 |
|---|---|---|---|

PALLADIUM CAPITAL MANAGEMENT IV, LLC
1270 AVENUE OF THE AMERICAS SUITE 2200
NEW YORK, NY 10020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.38 | **Nonpriority creditor's name and mailing address** | | $1,116,664.26 |
|---|---|---|---|

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | $23.95 |
|---|---|---|---|

PITNEY BOWES
PO BOX 371887
PITTSBURGH, PA 15250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | $499.47 |
|---|---|---|---|

PRAXAIR DISTRIBUTION INC
11425 WEST LITTLE YORK ROAD
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.41 | **Nonpriority creditor's name and mailing address** | | $425,072.00 |
|---|---|---|---|

PRICEWATERHOUSECOOPERS LLP
PO BOX 952282
DALLAS, TX 75395-2282

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Q'MAX America, Inc. | Case number (if known) | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.42 | **Nonpriority creditor's name and mailing address** | | $25,000.00 |
|---|---|---|---|

PRICEWATERHOUSECOOPERS SRL
THE FINANCIAL SERVICES CENTRE
BISHOPS COURT HILL
PO BOX 111
ST. MICHAEL
BARBADOS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | | $8,534,398.14 |
|---|---|---|---|

Q'MAX SOLUTIONS (BARBADOS) INC.
11700 KATY FREEWAY, SUITE 200
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Net Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | | $152,134,557.85 |
|---|---|---|---|

Q'MAX SOLUTIONS INC.
11700 KATY FREEWAY, SUITE 200
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Net Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | | $249,467.16 |
|---|---|---|---|

QMAX PERU S.A.C.
11700 KATY FREEWAY, SUITE 200
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Net Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | | $59,513.78 |
|---|---|---|---|

RACKSPACE US, INC
PO BOX 730759
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | Q'MAX America, Inc. | Case number (if known) | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** |

**3.47** — $5,400.00

RANDSTAD NORTH AMERICA, INC. DBA TATUM
PO BOX 847872
DALLAS, TX 75284

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.48** — $66,380.00

RPS GROUP, INC.
20405 TOMBALL PARKWAY
SUITE 200
HOUSTON, TX 77070

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.49** — $15,750.00

RSM US LLP
5155 PAYSPHERE CIRCLE
CHICAGO, IL 60674

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.50** — $132,104.96

RSM US LLP
5155 PAYSPHERE CIRCLE
CHICAGO, IL 60674

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.51** — $4,272.25

SOFTCHOICE CORPORATION-US
16609 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Q'MAX America, Inc. | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | | $1,014.00 |
|---|---|---|---|

SOLIS, JEANNETTE
6507 HARCOURT BRIDGE DRIVE
HOUSTON, TX 77084-2248

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.53 | **Nonpriority creditor's name and mailing address** | | $32,878.72 |
|---|---|---|---|

SPHERA SOLUTIONS INC.
130 E. RANDOLPH ST. SUITE 1900
CHICAGO, IL 60694

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.54 | **Nonpriority creditor's name and mailing address** | | $844.23 |
|---|---|---|---|

STARGEL OFFICE SYSTEMS, INC
4700 BLALOCK RD
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.55 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

TURRENTINE, BRETT
C/O JOSEPHSON DUNLAP LAW FIRM
ATTN: MICHAEL A. JOSEPHSON
11 GREENWAY PLAZA, SUITE 3050
HOUSTON, TX 77046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employee Claim - Civil Action No. 2:18-cv-10007

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.56 | **Nonpriority creditor's name and mailing address** | | $154,000.00 |
|---|---|---|---|

VINSON & ELKINS
1001 FANNIN STREET
SUITE 2500
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Q'MAX America, Inc. | | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.57 | **Nonpriority creditor's name and mailing address** | | $247,327.18 |
|---|---|---|---|

VON WOBESER Y SIERRA S.C.
PASEO DE LOS TAMARINDOS
60 PISO 3 COLONIA BOSQUES
CUAJIMALPA DE MORELOS
CIUDAD DE MEXICO 05120
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.58 | **Nonpriority creditor's name and mailing address** | | $649.50 |
|---|---|---|---|

WATERMARK GRAPHICS, INC.
9201 US HIGHWAY 59 N
VICTORIA, TX 77905

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.59 | **Nonpriority creditor's name and mailing address** | | $4,981.15 |
|---|---|---|---|

ZION BANK-AMEGY CREDIT CARD
PO BOX 30833
SALT LAKE CITY, UT 84130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Q'MAX America, Inc. | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor    Q'MAX America, Inc.                                 Case number *(if known)* 6:20-bk-60030
                Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ _____ 0.00 <br> + undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. **+** | $ _____ 163,907,893.80 <br> + undetermined amounts |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ _____ 163,907,893.80 <br> + undetermined amounts |

| Fill in this information to identify the case: |
|---|

Debtor name  Q'MAX America, Inc.

United States Bankruptcy Court for the: Southern _____ District of Texas

Case number (If known):  6:20-bk-60030 _____  Chapter  11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - 1315 W. Sam Houston Parkway North, Ste. 180 Houston, TX 77043; Dated 10/21/2014 | 2012 KONA INTERNATIONAL, LP<br>PO BOX 79135<br>HOUSTON, TX 77279 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier Agreement; Dated 02/12/2015 | A.M. SMITH WELDING LLC<br>1922 CHESTNUT GROVE HIGHWAY<br>GRAMPIAN, PA 16838 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Rental Agreement; Dated 03/15/2017 | ADLER TANK RENTALS, LLC<br>2751 AARON ST,<br>DEER PARK, TX 77536 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier Agreement No. MPA-18-0004; Dated 09/15/2018 | ADO MINING<br>MOLLA YUSUF MAH. HÜRRIYET CAD. NO: 495<br>ANTALYA<br>TURKEY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Trust Agreement; Dated 07/08/2014 | ADP, LLC<br>PO BOX 842875<br>BOSTON, MA 02284 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Q'MAX America, Inc.                                    Case number (if known)  6:20-bk-60030
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | **State what the contract or lease is for and the nature of the debtor's interest** | Client Account Agreement; Dated 07/23/2014 | ADP, LLC<br>PO BOX 842875<br>BOSTON, MA 02284 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.7** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 02/18/2014 | ANADARKO PETROLEUM CORPORATION<br>PO BOX 4995<br>THE WOODLANDS, TX 77387 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.8** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 03/26/2015 | APACHE CORPORATION<br>303 VETERANS AIRPARK LANE, STE 300<br>MIDLAND, TX 79705 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.9** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 09/12/2017 | ARD OPERATING, LLC<br>500 DALLAS ST. STE 2700<br>HOUSTON, TX 77002 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.10** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 10/21/2015 | ASCENT RESOURCES - UTICA, LLC<br>PO BOX 13678<br>OKLAHOMA CITY, OK 73113 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.11** | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier Agreement; Dated 09/12/2014 | AXIOM MEDICAL CONSULTING, LLC<br>8401 NEW TRAILS DRIVE<br>THE WOODLANDS, TX 77381 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 12/20/2010 | BC OPERATING<br>303 VETERANS AIRPARK LANE, STE 300<br>HOUSTON, TX 79705 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor     Q'MAX America, Inc.                               Case number *(if known)*   6:20-bk-60030
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Commission Sales Agreement; Dated 06/22/2017 | BEESON, RONALD<br>26230 SALT CREEK LANE<br>KATY, TX 77494 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/31/2011 | BERRY PETROLEUM COMPANY<br>1999 BROADWAY, STE. 3700<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/02/2011 | BOPCO L.P.<br>PO BOX 2760<br>MIDLAND, TX 79702 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/13/2014 | BRAMMER ENGINEERING, INC.<br>400 TEXAS STREET, SUITE 600<br>SHREVEPORT, LA 71101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/25/2014 | BREITBURN OPERATING L.P.<br>1404 MCKINNEY STREET, STE. 2400<br>HOUSTON, TX 77449 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/17/2017 | CABOT OIL & GAS CORPORATION<br>2000 PARK LANE, STE 300<br>PITTSBURGH, PA 15275 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/26/2016 | CALLON PETROLEUM COMPANY<br>PO BOX 1287<br>NATCHEZ, MS 39121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Q'MAX America, Inc.                                    Case number (if known)  6:20-bk-60030
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 02/19/2016 | CAPSTONE NATURAL RESOURCES, LLC<br>C/O FINLEY & COOK<br>1421 E 45TH STREET<br>SHAWNEE, OK 74804 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/06/2014 | CAPSTONE NATURAL RESOURCES, LLC<br>C/O FINLEY & COOK<br>1421 E 45TH STREET<br>SHAWNEE, OK 74804 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/19/2016 | CHIEF OIL & GAS LLC<br>8111 WESTCHESTER DR, STE 900<br>DALLAS, TX 75225 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement; Dated 12/02/2014 | CLEARPOINT<br>5204 JACKSON STREET<br>HOUSTON, TX 77004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/07/2015 | CPX II OPERATING LLC<br>420 OIL CENTER DRIVE<br>LAFAYETTE, LA 70503 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 12/20/2016 | CROSS TIMBERS ENERGY, LLC<br>400 W 7TH STREET<br>FORT WORTH, TX 76102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/14/2015 | CROWNQUEST OPERATING, LLC<br>PO BOX 53310<br>MIDLAND, TX 79710 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Q'MAX America, Inc. | Case number (if known) | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | Parent Company Guarantee Agreement; Dated 03/28/2019 | DASCO, INCORPORATED<br>9785 MAROON CIRCLE, STE 110<br>ENGLEWOOD, CO 80112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement No. CW2236553; Dated 03/23/2017 | DEVON ENERGY PRODUCTION COMPANY, L.P.<br>PO BOX 3198<br>OKLAHOMA CITY, OK 73101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement; Dated 11/13/2017 | DIAMOND FLUID SYSTEMS LTD<br>ATTN: VISHAN MAHARAJ<br>TOTAL IND. EST BLDG 19<br>FYZABAD<br>TRINIDAD & TOBAGO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement; Dated 01/09/2015 | DYNA SYSTEMS<br>PO BOX 4437<br>WICHITA FALLS, TX 76308 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/23/2013 | ENDEAVOR ENERGY RESOURCES, L.P. ITS D/B/AS, SUBSIDIARIES AND/OR ITS AFFILIATES<br>110 N MARIENFELD, STE 200<br>MIDLAND, TX 79701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/11/2017 | ENERGY HUNTER RESOURCES INC<br>5005 RIVERWAY DR STE 160<br>HOUSTON, TX 77056 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 09/01/2018 | ENERGY REAL ESTATE SOLUTIONS, LLC<br>1675 BROADWAY<br>SUITE 2010<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Q'MAX America, Inc.
         Name

Case number (if known)   6:20-bk-60030

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement; Dated 08/05/2015 | ENERGY SOURCING, LLC<br>593 CREEKSIDE COURT<br>GRAND JUNCTION, CO 81507 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/14/2016 | ENVIRO CLEAN SERVICES LLC<br>PO BOX 721090<br>OKLAHOMA CITY, OK 73172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement No. 26295; Dated 05/16/2017 | EQT PRODUCTION COMPANY<br>ATTN: MELISSA BARR (21L6E)<br>PITTSBURGH, PA 15222 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/17/2017 | FDL OPERATING, LLC<br>909 LAKE CAROLYN PKWY, STE 500<br>IRVING, TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Master Equipment Lease Agreement No 21659; Dated 02/06/2019 | FIRST NATIONAL CAPITAL, LLC<br>1029 HWY 6 NORTH, STE. 650-283<br>HOUSTON, TX 77079 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 11700 Katy Fwy, Ste. 200 Houston, TX  77079; Dated 09/01/2014 | FSP ENERGY TOWER I LIMITED PARTNERSHIP<br>PO BOX 845238<br>BOSTON, MA 02284 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement; Dated 08/11/2016 | GAIATECH, INC. DBA RPS GAIATECH<br>20405 TOMBALL PARKWAY<br>SUITE 200<br>HOUSTON, TX 77070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Q'MAX America, Inc.
          Name                                                         Case number (if known)  6:20-bk-60030

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 5600 South Quebec Street, Ste 205D Greenwood Village, CO 80111; Dated 01/16/2017 | GB 2 QUEBEC, LLC<br>5600 S. QUEBEC ST.<br>GREENWIOOD VILLAGE, CO 80111 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 06/07/2016 | GEP HAYNESVILLE, LLC<br>1425 LAKE FRONT CIRCLE<br>THE WOODLANDS, TX 77380 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/21/2015 | GMT EXPLORATION COMPANY LLC<br>1560 BROADWAY, STE. 200<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 09/08/2014 | GULFPORT ENERGY CORPORATION<br>3001 QUAIL SPRINGS PARKWAY<br>OKLAHOMA CITY, OK 73134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/08/2017 | HALCON OPERATING CO.<br>C/O ACCTS PAY, DELILAH GARCIA<br>1000 LOUISIANA, STE 6700<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/03/2017 | HEADINGTON ENERGY PARTNERS, LLC<br>1700 N REDBUD BLVD, STE 400<br>MCKINNEY, TX 75069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 06/13/2017 | HIGHMARK ENERGY OPERATING, LLC<br>909 LAKE CAROLYN PARKWAY, STE 1500<br>IRVING, TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Q'MAX America, Inc.                                      Case number (if known)  6:20-bk-60030
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Commission Sales Agreement; Dated 02/26/2016 | HOLGUIN, SAMMY<br>4721 WILSHIRE DRIVE<br>MIDLAND, TX 79703 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Commission Sales Agreement; Dated 02/26/2016 | HUELL HAM<br>10038 CEDAR CREEK DRIVE<br>HOUSTON, TX 77042 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 12/06/2017 | HUNTLEY & HUNTLEY ENERGY EXPLORATION, LLC<br>2660 MONROEVILLE BLVD<br>MONROEVILLE, PA 15146 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Land, Dock & Mudplant - Lafourche Parish, LA 70357; Dated 07/13/2017 | IN HOT WATER, LLC<br>16201 EAST MAIN STREET<br>CUT OFF, LA 70345 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement; Dated 04/11/2017 | LE MIRAGE<br>5001 WADLEY AVE<br>MIDLAND, TX 79707 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 33 Leetsdale Industrial Park, PA; Dated 04/24/2017 | LEETSDALE INDUSTRIAL CORPORATION<br>LOCKBOX 9322<br>PO BOX 8500<br>PHILADELPHIA, PA 19178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/25/2014 | LEGACY RESERVES OPERATING LP<br>303 W WALL STREET<br>MIDLAND, TX 79701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Q'MAX America, Inc.
          Name
Case number (if known)   6:20-bk-60030

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement; Dated 03/16/2020 | MAAG, RYAN<br>11715 BANDON WAY<br>HOUSTON, TX 77024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/07/2016 | MANTI TARKA PERMIAN OPERATING, LLC<br>10038 CEDAR CREEK DRIVE<br>CONVINGTON, LA 70435 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement; Dated 01/07/2016 | MANTI TARKA PERMIAN OPERATING, LLC<br>10038 CEDAR CREEK DRIVE<br>CONVINGTON, LA 70435 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Finance Agreement; Dated 05/22/2015 | MARSH USA INC.<br>PO BOX 846015<br>DALLAS, TX 75284 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 545 W. Park Road  Leetsdale, PA 15056; Dated 03/01/2015 | METROPLAZA PARTNERS, LLC<br>LOCKBOX 6592<br>PO BOX 8500<br>PHILADELPHIA, PA 19178-6592 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 2106 East County Road 120  Midland, TX 79706; Dated 04/01/2014 | MONTEVALLO, INC.<br>PO BOX 1535<br>MIDLAND, TX 79702 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement; Dated 03/20/2018 | MS CONSULTING, LLC<br>2122 DEL MONTE DR.<br>HOUSTON, TX 77019-3535 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      Q'MAX America, Inc.
            Name

Case number (if known)   6:20-bk-60030

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/01/2017 | NEWFIELD EXPLORATION COMPANY<br>PO BOX 1449<br>SPRING, TX 77383 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/10/2015 | NORTHEAST NATURAL ENERGY, LLC<br>707 VIRGINIA STREET, STE 1200<br>CHARLESTON, WV 25301 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 09/03/2009 | OCCIDENTAL OIL AND GAS CORPORATION (OXY)<br>5 GREENWAY PLAZA, STE. 110<br>HOUSTON, TX 77046 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/02/2015 | OWL SWD OPERATING, LLC<br>8214 WESTCHESTER DRIVE, STE 850<br>DALLAS, TX 75225 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/12/2015 | PATRIOT RESOURCES, INC.<br>110 W. LOUISIANA AVE, STE 500<br>MIDLAND, TX 79701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement; Dated 01/31/2019 | PAUL BROUSSARD<br>19110 ALLVIEW LANE<br>HOUSTON, TX 77094 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement; Dated 10/27/2011 | PAYCOM PAYROLL, LLC (PAYCOM)<br>9805 KATY FWY #625<br>HOUSTON, TX 77024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Q'MAX America, Inc.
                Name                                                        Case number *(if known)*  6:20-bk-60030

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.69** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/21/2014 | PENN VIRGINIA OIL & GAS CORPORATION<br>840 GESSNER, SUITE 800<br>HOUSTON, TX 77024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/10/2018 | PERMIAN DEEP ROCK OIL COMPANY LLC<br>500 W. WALL, STE 300<br>MIDLAND, TX 79701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | Portable Storage Tank (PIG) Lease Agreement; Dated 08/30/2018 | PIGS R US, INC.<br>4650 FM 482<br>NEW BRAUNFELS, TX 78132 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.72** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 06/29/2016 | PIONEER NATURAL RESOURCES COMPANY<br>777 HIDDEN RIDGE<br>IRVING, TX 75038 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.73** | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreement; Dated 08/28/2016 | Q'MAX SOLUTIONS COLOMBIA<br>CALLE 100 NO. 8A-49 TORRE B OFC 1018<br>BOGOTA<br>COLOMBIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.74** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/12/2011 | QUANTUM RESOURCES MANAGEMENT, LLC<br>1401 MCKINNEY STREET, STE. 2400<br>HOUSTON, TX 77010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.75** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 07/01/2014 | RAW OIL AND GAS INC.<br>1415 BUDDY HOLLY AVE.<br>LUBBOCK, TX 79401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Q'MAX America, Inc. | Case number (if known) 6:20-bk-60030 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 02/07/2018 | RG EXPLORATION, LLC<br>10 DESTA DRIVE, STE. 260E<br>MIDLAND, TX 79705 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/30/2016 | RKI EXPLORATION & PRODUCTION (WPX ENERGY)<br>210 PARK AVENUE, STE 900<br>OKLAHOMA CITY, OK 73102 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/02/2017 | ROFF OPERATING COMPANY, LLC<br>600 TRAVIS ST, STE 7070<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 09/23/2012 | RSP PERMIAN, LLC<br>200 N LORAINE STREET, STE 800<br>MIDLAND, TX 79701 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/27/2016 | SENECA RESOURCES COMPANY, LLC<br>51 ZENTS BLVD<br>BROOKVILLE, PA 15825 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/15/2017 | SPECIAL ENERGY CORPORATION<br>4815 SOUTH PERKINS ROAD<br>STILLWATER, OK 74074 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Agreement; Dated 09/19/2018 | STARGEL OFFICE SOLUTIONS<br>4700 BLALOCK RD<br>HOUSTON, TX 77041 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Debtor    Q'MAX America, Inc.                                    Case number (if known)  6:20-bk-60030
             Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Alliance Agreement; Dated 10/13/2016 | TETRA TECHNOLOGIES, INC. PO BOX 841185 DALLAS, TX 75284 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/19/2016 | TRAIL RIDGE ENERGY PARTNERS II LLC 1000 TEXAS TRAIL, STE 280 GRAPEVINE, TX 76051 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Parent Company Guarantee Agreement; Dated 10/02/2018 | TRAXYS COMETALS USA LLC 2050 CENTER AVENUE FORT LEE, NJ 07024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/25/2017 | TUG HILL OPERATING, LLC 550 BAILEY AVE., STE. 510 FORT WORTH, TX 76107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/13/2015 | TUG HILL OPERATING, LLC 550 BAILEY AVE., STE. 510 FORT WORTH, TX 76107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/12/2015 | VITRUVIAN EXPLORATION II, LLC 4 WATERWAY SQUARE PLACE, STE. 40 THE WOODLANDS, TX 77380 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 09/23/2015 | WALTER WELL SERVICES, INC. P.O. BOX 837 PLEASANTON, TX 78064 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      Q'MAX America, Inc.                                    Case number (if known)  6:20-bk-60030
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/21/2016 | WARREN AMERICAN OIL COMPANY<br>PO BOX 470372<br>TULSA, OK 74147 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/29/2013 | WEST TEXAS OIL AND GAS OPERATIONS, INC.<br>3 RIVERWAY, STE. 1930<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement; Dated 02/17/2020 | WILLIAMS II, DERRICK<br>209 CASTLEGATE LANE<br>HOUSTON, TX 77065 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement; Dated 02/01/2019 | WILSON, DAVID<br>6403 LONGFLOWER LN.<br>KINGWOOD, TX 77345 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/11/2015 | WTX GRYPHON HOLDINGS, LLC<br>952 ECHO LANE, STE. 400<br>HOUSTON, TX 77024 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 02/03/2016 | XTO ENERGY INC.<br>810 HOUSTON STREET<br>FORT WORTH, TX 76102 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 12/08/2016 | ZARVONA ENERGY, LLC<br>1010 KLAMAR ST, STE 500<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor name <u>Q'MAX America, Inc.</u></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <u>Southern</u>    District of <u>Texas</u></td></tr>
<tr><td colspan="2">Case number (if known): <u>6:20-bk-60030</u></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Anchor Drilling Fluids USA, LLC | 11700 KATY FREEWAY, SUITE 200 HOUSTON, TX 77079 | ENCINA BUSINESS CREDIT SPV, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 Anchor Drilling Fluids USA, LLC | 11700 KATY FREEWAY, SUITE 200 HOUSTON, TX 77079 | HSBC BANK CANADA | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 Q'MAX Solutions Inc. | 11700 KATY FREEWAY, SUITE 200 HOUSTON, TX 77079 | HSBC BANK CANADA | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 QMAX Canada Operations Inc. | 11700 KATY FREEWAY, SUITE 200 HOUSTON, TX 77079 | HSBC BANK CANADA | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name __Q'MAX America, Inc.__

United States Bankruptcy Court for the: __Southern_____ District of __Texas__

Case number (*If known*): __6:20-bk-60030_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/08/2020__
        MM / DD / YYYY

✗ /s/ Eric Glover
Signature of individual signing on behalf of debtor

Eric Glover
Printed name

Chief Financial Officer
Position or relationship to debtor