**Fill in this information to identify the case:**

Debtor name  Anchor Drilling Fluids USA, LLC

United States Bankruptcy Court for the: Southern          District of Texas

Case number (If known):  6:20-bk-60030

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

---

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..................................................................................................

    $      14,231,958.66

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ..............................................................................................

    $      117,352,378.41
    + undetermined amounts

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ................................................................................................

    $      131,584,337.07
    + undetermined amounts

---

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .............................

    $      164,286,456.47
    + undetermined amounts

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..........................

    $      0.00
    + undetermined amounts

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........................

    **+** $      71,679,240.44
    + undetermined amounts

4. **Total liabilities** ..................................................................................................................................
    Lines 2 + 3a + 3b

    $      235,965,696.91
    + undetermined amounts

**Fill in this information to identify the case:**

Debtor name  Anchor Drilling Fluids USA, LLC

United States Bankruptcy Court for the: Southern                District of Texas

Case number (If known):    6:20-bk-60030

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                              $                0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. See Attached Rider | | | $          52,255.96 |
   | 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. None | $                0.00 |
   |---|---|
   | 4.2. | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $          52,255.96

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   | Description, including name of holder of deposit | |
   |---|---|
   | 7.1. See Attached Rider | $         365,412.43 |
   | 7.2. | $ |

Debtor  Anchor Drilling Fluids USA, LLC        Case number *(if known)* 6:20-bk-60030
       Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. See Attached Rider      $ _____ 386,769.65

   8.2. _____ $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.      $ _____ 752,182.08

---

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    | | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
    |---|---|---|---|---|---|
    | 11a. 90 days old or less: | 25,677,713.90 | – | 334,332.67 | = ⟶ | $ 25,343,381.23 |
    | 11b. Over 90 days old: | 5,871,361.34 | – | 4,760,549.61 | = ⟶ | $ 1,110,811.73 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $ 26,454,192.96

---

**Part 4:  Investments**

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | | | | Current value of debtor's interest |
    |---|---|---|---|
    | 14.1. None | | | $ 0.00 |
    | 14.2. | | | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:      % of ownership:

    | | | | | Current value of debtor's interest |
    |---|---|---|---|---|
    | 15.1. See Attached Rider | ____ % | | | $ 0.00 |
    | 15.2. | ____ % | | | $ + undetermined amounts |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    | | | | Current value of debtor's interest |
    |---|---|---|---|
    | 16.1. None | | | $ 0.00 |
    | 16.2. | | | $ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.      $ 0.00
    + undetermined amounts

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number (if known) | 6:20-bk-60030 |
|--------|----------|--------|--------|
| | Name | | |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. **Raw materials** <br> None | MM / DD / YYYY | $ | | $ 0.00 |
| 20. **Work in progress** <br> None | MM / DD / YYYY | $ | | $ 0.00 |
| 21. **Finished goods, including goods held for resale** <br> Inventory | 04/30/2020 <br> MM / DD / YYYY | $ | Net Book Value | $ 38,641,912.77 |
| 22. **Other inventory or supplies** <br> None | MM / DD / YYYY | $ | | $ 0.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | $ 38,641,912.77 |
|--|--|

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value _____Undetermined_____ Valuation method_____Net Book Value___ Current value_____Undetermined_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    Anchor Drilling Fluids USA, LLC_____    Case number (if known)  6:20-bk-60030_____
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                           $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture** | | | |
| Furniture | $    10,693.49 | Net Book Value | $    10,693.49 |
| 40. **Office fixtures** | | | |
| None | $_____ | _____ | $    0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $    73,258.89 | _____ | $    73,258.89 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $_____ | _____ | $    0.00 |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                           $    83,952.38

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

Debtor    Anchor Drilling Fluids USA, LLC
          _____    Case number (if known)   6:20-bk-60030
          Name                                                                 _____

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Attached Rider | $ 1,871,038.63 | | $ 1,871,038.63 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | | | $ 0.00 |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See Attached Rider | $ 42,983,966.29 | | $ 42,983,966.29 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 44,855,004.92

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor  Anchor Drilling Fluids USA, LLC _____   Case number (if known)  6:20-bk-60030 _____
      Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | _____ | $ 14,231,958.66 | _____ | $ 14,231,958.66 |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.　$ 14,231,958.66

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>None | $ _____ | _____ | $ 0.00 |
| 61. **Internet domain names and websites**<br>None | $ _____ | _____ | $ 0.00 |
| 62. **Licenses, franchises, and royalties**<br>None | $ _____ | _____ | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>None | $ _____ | _____ | $ 0.00 |
| 64. **Other intangibles, or intellectual property**<br>Intangible Assets - Trademarks and IP | $ 3,643,560.60 | Net Book Value | $ 3,643,560.60 |
| 65. **Goodwill**<br>None | $ _____ | _____ | $ 0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.　$ 3,643,560.60

| Debtor | Anchor Drilling Fluids USA, LLC | Case number (if known) | 6:20-bk-60030 |
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 11:   All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

None _____  ___ Total face amount  ___ doubtful or uncollectible amount  = ➜  $_____ 0.00

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____
_____  Tax year _____  $_____ 0.00
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

See Attached Rider _____  $_____ 0.00
+ undetermined amounts

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

None _____  $_____ 0.00

Nature of claim _____
Amount requested  $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None _____  $_____ 0.00

Nature of claim _____
Amount requested  $_____

76. **Trusts, equitable or future interests in property**

None _____  $_____ 0.00

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership

See Attached Rider _____  $_____ 2,869,316.74
_____  $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.  $_____ 2,869,316.74
+ undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

Debtor   Anchor Drilling Fluids USA, LLC _____   Case number (*if known*)___6:20-bk-60030____
          Name

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 52,255.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 752,182.08 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 26,454,192.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 + undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 38,641,912.77 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 83,952.38 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 44,855,004.92 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................➔ | | $ 14,231,958.66 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 3,643,560.60 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 2,869,316.74 + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 117,352,378.41 + undetermined amounts | + 91b. $ 14,231,958.66 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ...................................................................   $ 131,584,337.07
+ undetermined amounts

Debtor Name: Anchor Drilling Fluids USA, LLC                                    Case Number: 6:20-bk-60030

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| REGIONS BANK, N.A. | Disbursement Account | 0551 | $46,255.96 |
| REGIONS BANK, N.A. | Collections Account | 1043 | $6,000.00 |
| | | **TOTAL** | **$52,255.96** |

Debtor Name: Anchor Drilling Fluids USA, LLC                                    Case Number:  6:20-bk-60030

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Prepaid Deposits | Various | $365,412.43 |
| | **TOTAL** | **$365,412.43** |

Debtor Name: Anchor Drilling Fluids USA, LLC                                    Case Number:   6:20-bk-60030

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Advances Payments | Various | $176,794.46 |
| Prepaid Expenses | Various | $209,975.19 |
| | **TOTAL** | **$386,769.65** |

Debtor Name: Anchor Drilling Fluids USA, LLC                     Case Number: 6:20-bk-60030

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| C&A GRINDING, L.L.C. | 50% | Net Book Value | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name:        Anchor Drilling Fluids USA, LLC                    Case Number:        6:20-bk-60030

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Computer/Communication Equipment | $10,771.61 | $6,283.62 | $4,487.99 | Net Book Value | $4,487.99 |
| Software | $184,584.16 | $115,813.26 | $68,770.90 | Net Book Value | $68,770.90 |
| | | | | TOTAL | $73,258.89 |

Debtor Name: Anchor Drilling Fluids USA, LLC                                 Case Number: 6:20-bk-60030

**Assets - Real and Personal Property**

**Part 8, Question 47:** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Commercial Vehicles | $1,349,128.56 | Net Book Value | $1,349,128.56 |
| Non-Commercial Vehicles | $521,910.07 | Net Book Value | $521,910.07 |
|  |  | **TOTAL** | **$1,871,038.63** |

Debtor Name:        Anchor Drilling Fluids USA, LLC                    Case Number:        6:20-bk-60030

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Machinery & Equipment | $13,909,040.57 | $6,275,612.63 | $7,633,427.94 | Net Book Value | $7,633,427.94 |
| Mud Striper | $5,521,783.87 | $4,358,846.96 | $1,162,936.91 | Net Book Value | $1,162,936.91 |
| Rental Equipment | $51,841,780.49 | $17,654,179.05 | $34,187,601.44 | Net Book Value | $34,187,601.44 |
|  |  |  |  | TOTAL | $42,983,966.29 |

Debtor Name:         Anchor Drilling Fluids USA, LLC                    Case Number:          6:20-bk-60030

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Buildings | Buildings | $2,608,355.46 | Net Book Value | $2,608,355.46 |
| Construction In Progress | Construction In Progress | $397,154.38 | Net Book Value | $397,154.38 |
| Land | Land | $1,955,224.30 | Net Book Value | $1,955,224.30 |
| Leasehold Improvement | Leasehold Improvement | $148,459.60 | Net Book Value | $148,459.60 |
| Mud Plants | Mud Plants | $9,122,764.92 | Net Book Value | $9,122,764.92 |
| | | | TOTAL | $14,231,958.66 |

Debtor Name: Anchor Drilling Fluids USA, LLC

Case Number: 6:20-bk-60030

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY | Directors & Officers-Side A Primary (Including Tail Coverage Through 2026) | G71528534 00 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY | Foreign Package | PHFD38247918 002 | Undetermined |
| ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | All Risk Property | ENGLO1800408 | Undetermined |
| BEAZLEY INSURANCE COMPANY, INC. | Directors & Officers-Second Layer (Including Tail Coverage Through 2026) | V27DAC190101 | Undetermined |
| CATLIN INSURANCE COMPANY INCORPORATED | Business Travel Accident | US00091545AC19A | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE CO | Directors & Officers-Side A Second Layer  (Including Tail Coverage Through 2026) | DOX30001097101 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE CO | Excess Liability | ELD30001114200 | Undetermined |
| FEDERAL INSURANCE COMPANY | Directors & Officers-Primary (Including Tail Coverage Through 2026) | 8259-8411 | Undetermined |
| GREAT AMERICAN INSURANCE CO. | Special Crime | OZ53052CR | Undetermined |
| IRONSHORE SPECIALTY INSURANCE CO. | General Liability | 4076500 | Undetermined |
| IRONSHORE SPECIALTY INSURANCE CO. | Umbrella Liability | 4076600 | Undetermined |
| LIBERTY MUTUAL FIRE INSURANCE CO. | Automobile Liability | AS2-641-445252-029 | Undetermined |
| LLOYD'S OF LONDON | Terrorism | PRPNA1902049 | Undetermined |
| NORTH DAKOTA WORKFORCE SAFETY & INSURANCE | ND-Workers Compensation | 1361092 | Undetermined |
| OHIO BUREAU OF WORKERS' COMPENSATION | OH-Workers Compensation | 80026144 | Undetermined |
| STATE OF WYOMING DEPARTMENT OF WORKFORCE SERVICES | WY-Workers Compensation | 800310855 | Undetermined |
| STEADFAST INSURANCE COMPANY | Environmental PLL | EPC 9500363-00 | Undetermined |
| THE FIRST LIBERTY INSURANCE CORP. | Workers' Compensation/EL | WC6-641-445252-019 | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name:        Anchor Drilling Fluids USA, LLC                    Case Number:        6:20-bk-60030

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Net Intercompany Receivable from Qmax Solutions Colombia (Branch) | $702,556.42 |
| Net Intercompany Receivable from Tri-Max Solutions Limited | $1,551,447.61 |
| Net Intercompany Receivable from Central Procurement Inc. | $160,275.75 |
| Net Intercompany Receivable from IDEC DMCC Branch (610) | $71,169.30 |
| Net Intercompany Receivable from Qmax Mexico S.A. de C.V. | $383,867.66 |
| **TOTAL** | **$2,869,316.74** |

**Fill in this information to identify the case:**

Debtor name  Anchor Drilling Fluids USA, LLC

United States Bankruptcy Court for the:  Southern _____ District of  Texas

Case number (If known):  6:20-bk-60030

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- |

**2.1**

**Creditor's name**
ENCINA BUSINESS CREDIT SPV, LLC

**Describe debtor's property that is subject to a lien**
ABL Credit Agreement

$ 19,818,659.47    $ Undetermined

**Creditor's mailing address**
ATTN: ACCOUNT MANAGER
123 N. WACKER DRIVE, SUITE 2400
CHICAGO, IL 60606

**Describe the lien**
Substantially All Assets of the Debtor Excluding Real
Property and Goods as Per the ABL Credit Agreement

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  09/06/2019

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
HSBC BANK CANADA

**Describe debtor's property that is subject to a lien**
3rd Amended Credit Agreement

$ 144,467,797.00    $ Undetermined

**Creditor's mailing address**
ATTN: SENIOR CORPORATE BANKING
MANAGER
9TH FLOOR, 407-8TH AVENUE S.W.
CALGARY, AB T2P 1E5
CANADA

**Describe the lien**
Substantially All Assets of the Debtor Unless Excluded Per
the 3rd Amended Credit Agreement

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  07/31/2018

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 164,286,456.47
+ undetermined amounts

Debtor _____Anchor Drilling Fluids USA, LLC_____
           Name

Case number (if known) ___6:20-bk-60030___

| **Part 1:** Additional Page | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.3 | Creditor's name | Describe debtor's property that is subject to a lien | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**2.3**

**Creditor's name**
HYG FINANCIAL SERVICES, INC.

**Creditor's mailing address**
PO BOX 35701
BILLINGS, MT 59107

**Creditor's email address, if known**

**Date debt was incurred**  07/16/2018
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
UCC Financing Statement # 2018 4857914

**Describe the lien**
All equipment leased by Lessor

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined

$ Undetermined

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor ___Anchor Drilling Fluids USA, LLC_____ Case number *(if known)* __6:20-bk-60030_____
         Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|--------------------------------------------------|

**Fill in this information to identify the case:**

Debtor    Anchor Drilling Fluids USA, LLC

United States Bankruptcy Court for the:   Southern     District of Texas

Case number   6:20-bk-60030
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**
ALLEGHENY COUNTY TREASURER
ROOM 108, COURTHOUSE
436 GRANT STREET
PITTSBURGH, PA 15219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**   $ _____ Undetermined

**Priority amount**   $ _____ Undetermined

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8 _____)

**2.2**   **Priority creditor's name and mailing address**
ARKANSAS SALES & USE TAX EFT UNIT
PO BOX 3566
LITTLE ROCK, AR 72203-3566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**   $ _____ Undetermined

**Priority amount**   $ _____ Undetermined

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8 _____)

**2.3**   **Priority creditor's name and mailing address**
BAKER, MT TAX OFFICE
10 WEST FALLON
BAKER, MT 59313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**   $ _____ Undetermined

**Priority amount**   $ _____ Undetermined

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8 _____)

Debtor __Anchor Drilling Fluids USA, LLC_____     Case number *(if known)* __6:20-bk-60030__
      Name

**Part 1.**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4**   **Priority creditor's name and mailing address**      $ Undetermined    $ Undetermined

BIENVILLE PARISH SALES TAX
PO BOX 746
ARCADIA, LA 71001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.5**   **Priority creditor's name and mailing address**      $ Undetermined    $ Undetermined

BOSSIER CITY PARISH SALES TAX DIVISION
PO BOX 71313
BOSSIER CITY, LA 71171-1313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.6**   **Priority creditor's name and mailing address**      $ Undetermined    $ Undetermined

CADDO-SHREVEPORT SALES & USE TAX COMMISSION
PO BOX 104
SHREVEPORT, LA 71161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.7**   **Priority creditor's name and mailing address**      $ Undetermined    $ Undetermined

CAMPBELL COUNTY TREASURER
PO BOX 1027
GILLETTE, WY 82717

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

| 2.8 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

CANADIAN ISD
800 HILLSIDE
CANADIAN, TX 79014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.9 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

COAL COUNTY TREASURER
4 N. MAIN STREET
COALGATE, OK 74538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.10 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN ST
DENVER, CO 80261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.11 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

CONVERSE COUNTY TREASURER
107 N 5TH ST, STE 129
DOUGLAS, WY 82633

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Debtor | Anchor Drilling Fluids USA, LLC | Case number (if known) | 6:20-bk-60030 |
| | Name | | |

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

| 2.12 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
| --- | --- | --- | --- | --- |

CRAWFORD COUNTY TAX COLLECTOR
C/O KEVIN PIXLEY
300 MAIN STREET, ROOM 2
VAN BUREN, AR 72956

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.13 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
| --- | --- | --- | --- | --- |

CRAWFORD COUNTY TAX COLLECTOR
C/O KEVIN PIXLEY
300 MAIN STREET, ROOM 2
VAN BUREN, AR 72956

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.14 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
| --- | --- | --- | --- | --- |

DESOTO PARISH SALES & USE TAX
COMMISSION
PO BOX 927
MANSFIELD, LA 71052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.15 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
| --- | --- | --- | --- | --- |

DUCHESNE COUNTY TREASURER
DRAWER 989
DUCHESNE, UT 84021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor __Anchor Drilling Fluids USA, LLC_____     Case number *(if known)*__6:20-bk-60030__
         <sub>Name</sub>

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

| 2.16 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
| --- | --- | --- | --- | --- |

DUCHESNE COUNTY TREASURER
DRAWER 989
DUCHESNE, UT 84021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.17 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
| --- | --- | --- | --- | --- |

ECTOR COUNTY APPRAISAL DISTRICT
1301 E 8TH STREET
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.18 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
| --- | --- | --- | --- | --- |

GCCISD TAX SERVICES
4544 INTERSTATE 10 EAST
BAYTOWN, TX 77521

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.19 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
| --- | --- | --- | --- | --- |

GRADY COUNTY TREASURER
ROBIN BURTON, TREASURER
PO BOX 280
CHICKASHA, OK 73023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Debtor | Anchor Drilling Fluids USA, LLC | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.20** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

HEMPHILL COUNTY TAX OFFICE
DEBBIE FORD
PO BOX 959
CANADIAN, TX 79014-0959

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.21** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

IOWA DEPARTMENT OF REVENUE
PO BOX 9187
DES MOINES, IA 50306-9187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.22** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

LARAMIE COUNTY TREASURER
PO BOX 125
CHEYENNE, WY 82003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.23** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

LATIMER COUNTY TREASURER
109 N. CENTRAL - ROOM 109
WILBURTON, OK 74578

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number (if known) | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.24** Priority creditor's name and mailing address $ Undetermined  $ Undetermined

LEA COUNTY TREASURER
100 N MAIN
SUITE 3C
LOVINGTON, NM 88260

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
Property Tax

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.25** Priority creditor's name and mailing address $ Undetermined  $ Undetermined

LINCOLN PARISH SALES TAX
PO BOX 863
RUSTON, LA 71273-0863

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
Sales Tax

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.26** Priority creditor's name and mailing address $ Undetermined  $ Undetermined

LIVE OAK COUNTY APPRAISAL DIST
PO BOX 2370
GEORGE WEST, TX 78022

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
Property Tax

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.27** Priority creditor's name and mailing address $ Undetermined  $ Undetermined

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 3138
BATON ROUGE, LA 70821-3138

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
Undetermined

Basis for the claim:
Sales Tax

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Anchor Drilling Fluids USA, LLC | | Case number (if known) | 6:20-bk-60030 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.28 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

MIDLAND CENTRAL APPRAISAL DIST
4631 ANDREWS HWY
PO BOX 908002
MIDLAND, TX 79708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.29 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

NATCHITOCHES TAX COMMISSION
PO BOX 639
NATCHITOCHES, LA 71458-0639

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.30 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

NATRONA COUNTY TREASURER
PO BOX 2290
CASPER, WY 82602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.31 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

NEVADA DEPARTMENT OF TAXATION
PO BOX 52609
PHOENIX, AZ 85072-2609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Debtor | Anchor Drilling Fluids USA, LLC | Case number (if known) | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

| 2.32 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

NEW MEXICO TAXATION & REVENUE
PO BOX 25128
SANTA FE, NM 87504-5123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.33 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

NORTH DAKOTA OFFICE OF STATE
PO BOX 5623
BISMARCK, ND 58506-5623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.34 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

NYS SALES TAX PROCESSING
PO BOX 15168
ALBANY, NY 12212-5168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.35 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

OHIO DEPARTMENT OF TAXATION
PO BOX 16560
COLUMBUS, OH 43216-6560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number (if known) | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.36** | **Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

OKLAHOMA COUNTY TREASURER
PO BOX 268875
OKLAHOMA CITY, OK 73126

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.37** | **Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

OKLAHOMA TAX COMMISSION
2501 NO. LINCOLN BLVD
OKLAHOMA CITY, OK 73194-0010

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.38** | **Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

PARACHUTE, CO TAX OFFICE
222 GRAND VALLEY
PARACHUTE, CO 81635

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.39** | **Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 280901
HARRISBURG, PA 17128-0901

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.40** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

RED RIVER TAX AGENCY
PO BOX 570
COUSHATTA, LA 71019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.41** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

REEVES COUNTY
TAX ASSESSOR COLLECTOR
PO BOX 1229
PECOS, TX 79772

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.42** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

RICHLAND COUNTY TREASURER
201 WEST MAIN STREET
SIDNEY, MT 59270

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.43** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

RICHLAND COUNTY TREASURER
201 WEST MAIN STREET
SIDNEY, MT 59270

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor ___Anchor Drilling Fluids USA, LLC_____     Case number *(if known)*  6:20-bk-60030_____
                    Name

---

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.44**  **Priority creditor's name and mailing address**   $ Undetermined   $ Undetermined

SABINE PARISH SALES & USE TAX
PO BOX 249
MANY, LA 71449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.45**  **Priority creditor's name and mailing address**   $ Undetermined   $ Undetermined

SOUTH DAKOTA DEPARTMENT OF REVENUE
PO BOX 5055
SIOUX FALLS, SD 57117-5055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.46**  **Priority creditor's name and mailing address**   $ Undetermined   $ Undetermined

STATE TAX COMMISSION
PO BOX 76
BOISE, ID 83707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.47**  **Priority creditor's name and mailing address**   $ Undetermined   $ Undetermined

TEXAS STATE COMPTROLLER
111 E. 17TH STREET
AUSTIN, TX 78774-0100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor __Anchor Drilling Fluids USA, LLC__
Name

Case number *(if known)* __6:20-bk-60030__

| Part 1. | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.48** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

TOWN OF PECOS CITY
PO BOX 929
PECOS, TX 79772

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.49** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

TULSA COUNTY TREASURER
500 SOUTH DENVER
TULSA, OK 74103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.50** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

TYLER COUNTY SHERIFF
TREASURER OFFICE
PO BOX 7
MIDDLEBOURNE, WV 26149-0007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.51** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

UNION PARISH SCHOOL BOARD
PO BOX 545
FARMERVILLE, LA 71241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | Anchor Drilling Fluids USA, LLC | | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|---|
| | Name | | | |

## Part 1.   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.52** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT 84134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.53** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

WASHITA COUNTY TREASURER
SHARI GIBLET
PO BOX 416
CORDELL, OK 73632

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.54** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

WEBSTER PARISH SALES & USE TAX COMMISSION
PO BOX 357
MINDEN, LA 71058-0357

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.55** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

WEBSTER PARISH
GARY S SEXTON, TAX COLLECTOR
PO BOX 877
MINDEN, LA 71058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    Anchor Drilling Fluids USA, LLC                         Case number (if known)   6:20-bk-60030
          Name

---

**Part 1.    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.56** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

WELD COUNTY TREASURER
PO BOX 458
GREELEY, CO 80632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.57** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

WEST VIRGINIA SATE TAX DEPARTMENT
PO BOX 1826
CHARLESTON, WV 25327-1826

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.58** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

WHITE COUNTY COLLECTOR
BETH DORTON
115 WEST ARCH
SEARCY, AR 72143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.59** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

WOODWARD COUNTY TREASURER
1600 MAIN STREET, STE 10
WOODWARD, OK 73801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor  Anchor Drilling Fluids USA, LLC
_____
Name

Case number *(if known)*  6:20-bk-60030

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

| 2.60 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

WYOMING DEPARTMENT OF REVENUE
122 W. 25TH ST
CHEYENNE, WY 82002-0110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor __Anchor Drilling Fluids USA, LLC_____     Case number _(if known)_ __6:20-bk-60030_____
      Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
3 ROJO'S ELECTRIC, LLC
2118 W 3RD. STREET
PECOS, TX 79772

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    Various
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$      11,766.62

---

**3.2** Nonpriority creditor's name and mailing address
995 PARTNERS, LLC
PO BOX 323
BRIGHTON, CO 80601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    Various
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$      21,215.08

---

**3.3** Nonpriority creditor's name and mailing address
ABILENE EQUIPMENT CENTER, LLC SHOP
1358 SOUTH TREADAWAY BLVD.
ABILENE, TX 79602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    Various
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$      11,374.39

---

**3.4** Nonpriority creditor's name and mailing address
ABILENE RENTAL CENTER, LLC
1357 S TREADAWAY BLVD
ABILENE, TX 79602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    Various
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$      126,120.03

---

**3.5** Nonpriority creditor's name and mailing address
ABTREX INDUSTRIES, INC
112 ROSS WAY
LEETSDALE, PA 15056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    Various
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$      11,265.00

---

**3.6** Nonpriority creditor's name and mailing address
ACME TRUCK LINE, INC
MSC - 410683
PO BOX 415000
NASHVILLE, TN 37241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred    Various
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$      88,036.84

---

Debtor _____Anchor Drilling Fluids USA, LLC_____     Case number *(if known)* __6:20-bk-60030__
                Name

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page. |

| 3.7 | **Nonpriority creditor's name and mailing address** | | $3,171.18 |
|---|---|---|---|

ADDISON TRANSPORTATION
C/O ADDISON FOODS, INC.
16415 ADDISON ROAD, STE. 135
ADDISON, TX 75001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | | $54,004.81 |
|---|---|---|---|

ADLER TANK RENTALS
PO BOX 45081
SAN FRANCISCO, CA 94145

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | | $2,500.00 |
|---|---|---|---|

AFA HOTSHOT SERVICES
1927 S. PARK STREET
PECOS, TX 79772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | | $640,475.31 |
|---|---|---|---|

AGRI-EMPRESA, LLC
6001 WEST INDUSTRIAL
MIDLAND, TX 79706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | | $461.38 |
|---|---|---|---|

AIRGAS USA, LLC
PO BOX 734671
DALLAS, TX 75373-4671

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

Debtor  Anchor Drilling Fluids USA, LLC
_____
Name

Case number *(if known)*  6:20-bk-60030
_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address** | $3,400.00 |
|---|---|---|

ALAMO TRANSFORMER SUPPLY CO.
4931 SPACE CENTER DR.
SAN ANTONIO, TX 78218

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.13 | **Nonpriority creditor's name and mailing address** | $7,034.63 |
|---|---|---|

ALBRIGHT WELDING SUPPLY INC
PO BOX 35
WOOSTER, OH 44691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.14 | **Nonpriority creditor's name and mailing address** | $10,073.40 |
|---|---|---|

ALL AMERICAN POLY, INC A
PO BOX 10148
NEW BRUNSWICK, NJ 8906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.15 | **Nonpriority creditor's name and mailing address** | $562.50 |
|---|---|---|

ALLEGHENY COUNTY HEALTH DEPARTMENT
AIR QUALITY PROGRAM
PITTSBURGH, PA 15201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.16 | **Nonpriority creditor's name and mailing address** | $14,531.75 |
|---|---|---|

ALLEGHENY CRANE RENTAL INC
4200 STEUBENVILLE PIKE
PITTSBURGH, PA 15205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____Anchor Drilling Fluids USA, LLC_____     Case number *(if known)* __6:20-bk-60030_____
                Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address** | $2,243.72

ALLIED CENTRIFUGE TECHNOLOGIES
7575 51 STREET SE
CALGARY, AB T2C 4A6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.18** | **Nonpriority creditor's name and mailing address** | $750.00

ALT TRANSPORT, INC
PO BOX 502
MANSFIELD, PA 16933

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.19** | **Nonpriority creditor's name and mailing address** | $3,670.80

AMERICAN COLLOID COMPANY, INC
PO BOX 955112
SAINT LOUIS, MO 63195

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.20** | **Nonpriority creditor's name and mailing address** | $3,455.00

AMERICAN DOCUMENT SHREDDING
7254 E. 38TH ST
TULSA, OK 74145

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.21** | **Nonpriority creditor's name and mailing address** | $2,560.00

AMERICAN EAGLE LOGISTICS LLC
PO BOX 679558
DALLAS, TX 75267-9558

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Anchor Drilling Fluids USA, LLC_____  Case number *(if known)*__6:20-bk-60030_____
       Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | $5,964.58 |

AMERICAN ELECTRIC POWER
PO BOX 371496
PITTSBURGH, PA 15250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.23 | **Nonpriority creditor's name and mailing address** | $266,575.00 |
|---|---|---|

AMERICAN GILSONITE CO
29950 SOUTH BONANZA HIGHWAY
BONANZA, UT 84008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.24 | **Nonpriority creditor's name and mailing address** | $574,597.83 |
|---|---|---|

AMERICAN REFINING GROUP, INC
PO BOX 644811
PITTSBURGH, PA 15264

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.25 | **Nonpriority creditor's name and mailing address** | $557.41 |
|---|---|---|

AMERIGAS
PO BOX 371473
PITTSBURGH, PA 15250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.26 | **Nonpriority creditor's name and mailing address** | $37,450.00 |
|---|---|---|

AMINO TRANSPORT, INC
PO BOX 54220
HURST, TX 76053

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Anchor Drilling Fluids USA, LLC_____   Case number _(if known)_ _6:20-bk-60030_____
            Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** | **Nonpriority creditor's name and mailing address** | $8,266.00

ANADARKO DOZER AND TRUCKING,LLC
PO BOX 2579
ELK CITY, OK 73648

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.28** | **Nonpriority creditor's name and mailing address** | $84,590.00

APPALACHIAN OILFIELD SERVICES LLC
PO BOX 6137
HERMITAGE, PA 16148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.29** | **Nonpriority creditor's name and mailing address** | $1,260.97

APPLIED INDUSTRIAL TECHNOLOGIES, INC
ONE APPLIED PLAZA
CLEVELAND, OH 44115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.30** | **Nonpriority creditor's name and mailing address** | $15,800.00

AQUASOL CORPORATION
730 N ANDERSON RD
ROCK HILL, SC 29730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.31** | **Nonpriority creditor's name and mailing address** | $99,575.93

ARI
PO BOX 8500-4375
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number (if known)  6:20-bk-60030
                        _____

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address** | | $7,000.00 |
|---|---|---|---|

ARKANSAS-OKLAHOMA RAILROAD
116 W MAIN
WILBURTON, OK 74578

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.33 | **Nonpriority creditor's name and mailing address** | | $10,981.73 |
|---|---|---|---|

ARMSTRONG RELOCATION COMPANY, DENVER LLC
1900 N. INDIANWOOD AVE., STE B
BROKEN ARROW, OK 74012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.34 | **Nonpriority creditor's name and mailing address** | | $4,754.13 |
|---|---|---|---|

ARNOLD MACHINERY CO.
PO BOX 30020
SALT LAKE CITY, UT 84130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.35 | **Nonpriority creditor's name and mailing address** | | $5,130.00 |
|---|---|---|---|

ASK TRANSPORTATION, INC
PO BOX 1641
WILLISTON, ND 58802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.36 | **Nonpriority creditor's name and mailing address** | | $3,368.58 |
|---|---|---|---|

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number (if known)  6:20-bk-60030
                        _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | | $6,861.31 |
|---|---|---|---|

AT&T
PO BOX 105414
ATLANTA, GA 30348

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.38 | **Nonpriority creditor's name and mailing address** | | $446.30 |
|---|---|---|---|

AUTOMATED BUSINESS PRODUCTS OF COLORADO, LLC
11999 E. CALEY AVENUE, STE A
CENTENNIAL, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | $10,020.00 |
|---|---|---|---|

AVALARA, INC.
DEPT 16781
PALATINE, IL 60055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | $2,797.00 |
|---|---|---|---|

AVETTA, LLC
17671 COWAN #150
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.41 | **Nonpriority creditor's name and mailing address** | | $1,387.00 |
|---|---|---|---|

AXIOM MEDICAL CONSULTING, LLC
8401 NEW TRAILS DRIVE
THE WOODLANDS, TX 77381

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
                Name                                                    Case number *(if known)*  6:20-bk-60030

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.42 | **Nonpriority creditor's name and mailing address** | | $7,076.25 |

B & D WATER, INC.
69478 FAIRGROUND RD.
QUAKER CITY, OH 43773

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.43 | **Nonpriority creditor's name and mailing address** | | $2,002.06 |

B&K EQUIPMENT LLC
PO BOX 741
WYALUSING, PA 18853

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.44 | **Nonpriority creditor's name and mailing address** | | $6,430.95 |

B-LINE FILTER & SUPPLY INC
PO BOX 4598
ODESSA, TX 79760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.45 | **Nonpriority creditor's name and mailing address** | | $68,962.50 |

B.H. TRUCKING
2305 S GOODWIN RD
MISSION, TX 78572

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.46 | **Nonpriority creditor's name and mailing address** | | $11,800.00 |

BADLAND TRUCK SALES, INC
PO BOX 232
GLENDIVE, MT 59330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 25 of 129

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number *(if known)* 6:20-bk-60030
                         _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.47 | **Nonpriority creditor's name and mailing address** | | $37,907.52 |

BAEZA TRUCKING & HOT SHOT SERVICES, LLC
DIVERSIFIED LENDERS, INC.
PO BOX 94208
LUBBOCK, TX 79493

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.48 | **Nonpriority creditor's name and mailing address** | | $900.00 |

BAILEY'S WELDING
RUSTY BAILEY
P. O. BOX 1285
CHICKASHA, OK 73023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.49 | **Nonpriority creditor's name and mailing address** | | $532,328.65 |

BAKER HUGHES
PO BOX 301057
DALLAS, TX 75303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.50 | **Nonpriority creditor's name and mailing address** | | $8,630.00 |

BAR T BAR RENTALS
2126 127TH AVENUE NW
WATFORD CITY, ND 58854

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.51 | **Nonpriority creditor's name and mailing address** | | $3,075.00 |

BAR-S SERVICES INC
3330 I-80 FRONTAGE RD
CHEYENNE, WY 82009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Anchor Drilling Fluids USA, LLC
_____
      Name

Case number *(if known)*   6:20-bk-60030
_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | $50,985.96 |
|---|---|---|

BAY LTD.
PO BOX 9908
CORPUS CHRISTI, TX 78469

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.53 | **Nonpriority creditor's name and mailing address** | $70.00 |
|---|---|---|

BAYAUD ENTERPRISES INC
333 W. BAYAUD AVENUE
DENVER, CO 80223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.54 | **Nonpriority creditor's name and mailing address** | $7,653.75 |
|---|---|---|

BDI
PO BOX 6128
CLEVELAND, OH 44194

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.55 | **Nonpriority creditor's name and mailing address** | $9,964.00 |
|---|---|---|

BEAVER CREEK, LLC
3765 HWY 1806 N
MANDAN, ND 58554

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.56 | **Nonpriority creditor's name and mailing address** | $8,245.00 |
|---|---|---|

BECK TRUCKING, LLC.
PO BOX 1198
ELK CITY, OK 73648

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Anchor Drilling Fluids USA, LLC_____   Case number *(if known)* __6:20-bk-60030_____
        Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** | **Nonpriority creditor's name and mailing address** | $17,290.00

BEH TRUCKING INC
17714 COOPER RD
PLEASANT CITY, OH 43772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.58** | **Nonpriority creditor's name and mailing address** | $7,584.50

BEITZEL CORP.
333 CORPORATE DRIVE
GRANTSVILLE, MD 21536

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.59** | **Nonpriority creditor's name and mailing address** | $6,177.43

BELL TECHNOLOGIES, LLC
3904 ST. AUGUSTINE
MUSTANG, OK 73064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.60** | **Nonpriority creditor's name and mailing address** | $23,128.70

BELMONT SOLIDS CONTROL LLC
7716 DEPOT RD.
LISBON, OH 44432

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.61** | **Nonpriority creditor's name and mailing address** | $625.00

BEYOND CONTROLS AND SOLUTIONS, LLC
12922 DRESDEN RIDGE LANE
HOUSTON, TX 77070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____Anchor Drilling Fluids USA, LLC_____
            Name

Case number (if known)___6:20-bk-60030_____

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address** | $1,100.00 |
|---|---|---|

BH WELDING, INC
2416 W TOWNE ST
GLENDIVE, MT 59330

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.63 | **Nonpriority creditor's name and mailing address** | $4,392.00 |
|---|---|---|

BIGHORN TRANSPORT
INTERSTATE CAPITAL CORPORATION
PO BOX 915183
DALLAS, TX 75391

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.64 | **Nonpriority creditor's name and mailing address** | $140,890.00 |
|---|---|---|

BKD CONSULTING, INC
PO BOX 486
WILLS POINT, TX 75169

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.65 | **Nonpriority creditor's name and mailing address** | $15,556.15 |
|---|---|---|

BLACK DIAMOND EQUIPMENT RENTAL, LLC.
732 MCCLELLANDTOWN ROAD
UNIONTOWN, PA 15401

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.66 | **Nonpriority creditor's name and mailing address** | $3,055.00 |
|---|---|---|

BLACK HILLS LIGNITE
PO BOX 152
CASPER, WY 82602

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Anchor Drilling Fluids USA, LLC
_____
Name

Case number *(if known)*  6:20-bk-60030
_____

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** |

$13,019.95

BLACK SHEEP OILFIELD SERVICES, LLC
C/O RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** |

$42,047.00

BLUEWATER, INC
107 ARCH STREET
KITTANNING, PA 16201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** |

$33,750.00

BMS
C/O FIRST FEDERAL COMM BANK
902 BOULEVARD
DOVER, OH 44622

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** |

$2,935.75

BNSF RAILWAY COMPANY
PO BOX 676152
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** |

$1,125.00

BOYDSTON COMPANY
616 S MAIN STREET, STE 302
TULSA, OK 74119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Anchor Drilling Fluids USA, LLC
         _____
         Name

Case number *(if known)* 6:20-bk-60030
                         _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.72 | **Nonpriority creditor's name and mailing address** | $1,233.36 |
|---|---|---|

BRAEHEAD LODGING, LLC. DBA HOLIDAY INN EXPRESS & SUITES
900 W. YELLOWSTONE HWY.
DOUGLAS, WY 82633

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.73 | **Nonpriority creditor's name and mailing address** | $5,081.30 |
|---|---|---|

BRAXTON SERVICES
CLAYTON BRAXTON
211 WHISPERING CREEK ROAD
WEST MONROE, LA 71291

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.74 | **Nonpriority creditor's name and mailing address** | $551.91 |
|---|---|---|

BRECHBUHLER SCALES INC
1424 SCALE ST S.W.
CANTON, OH 44706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.75 | **Nonpriority creditor's name and mailing address** | $347,262.44 |
|---|---|---|

BRI-CHEM SUPPLY CORP
DEPT 3064
PO BOX 123064
DALLAS, TX 75312

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.76 | **Nonpriority creditor's name and mailing address** | $83,925.00 |
|---|---|---|

BRITOS TRUCKING
C/O SW COMMERCIAL CAPITAL
PO BOX 872
ODESSA, TX 79760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor___Anchor Drilling Fluids USA, LLC_____       Case number _(if known)___6:20-bk-60030_____
       Name

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

    **Amount of claim**

---

**3.77** | **Nonpriority creditor's name and mailing address** | $1,027.58

BUCKEYE B.O.P., LLC
401 ENTERPRISE DRIVE
NEWCOMERSTOWN, OH 43832

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.78** | **Nonpriority creditor's name and mailing address** | $38.40

BUCKEYE WATER DISTRICT
1925 CLARK AVENUE
WELLSVILLE, OH 43968

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.79** | **Nonpriority creditor's name and mailing address** | $4,870.00

BUCKEYE WATER SERVICE COMPANY, INC
PO BOX 409
NEW CONCORD, OH 43762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.80** | **Nonpriority creditor's name and mailing address** | $1,100.00

BUCKSHOT TRUCKING, LLC
PO BOX 140129
EDGEWATER, CO 80214-0129

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.81** | **Nonpriority creditor's name and mailing address** | $2,925.00

BULLET ENERGY INC
3197 FOREST HILLS DRIVE
EAST LIVERPOOL, OH 43920

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number *(if known)*  6:20-bk-60030
                          _____

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.82 | **Nonpriority creditor's name and mailing address** | | $22,457.99 |
|---|---|---|---|

BURNS INDUSTRIAL EQUIPMENT, INC.
PO BOX 932678
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | | $2,000.00 |
|---|---|---|---|

BUSH, STEVE
13428 LICK RUN RD
NEWCOMERSTOWN, OH 43832

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | | $6,965.48 |
|---|---|---|---|

BXT TRUCK AND TRAILER, INC
PO BOX 2495
CHICKASHA, OK 73023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.85 | **Nonpriority creditor's name and mailing address** | | $199,082.50 |
|---|---|---|---|

BYK USA, INC
25116 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.86 | **Nonpriority creditor's name and mailing address** | | $2,252.50 |
|---|---|---|---|

C & L ENTERPRISE, LLC
78 MUTSON RD
MINERAL WELLS, WV 26150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor  Anchor Drilling Fluids USA, LLC
Name

Case number *(if known)*  6:20-bk-60030

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.87 | **Nonpriority creditor's name and mailing address** | | $1,400.00 |
|---|---|---|---|

C&H TRAILER PARK, INC
PO BOX 294
STONEWALL, LA 71078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.88 | **Nonpriority creditor's name and mailing address** | | $807.50 |
|---|---|---|---|

C&S TRANSPORTS
1205 S. SHEB WOOLEY
ERICK, OK 73645

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.89 | **Nonpriority creditor's name and mailing address** | | $984.50 |
|---|---|---|---|

CAL-OHIO LUBE PRODUCTS CO.
PO BOX 245
NORTH LIMA, OH 44452

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.90 | **Nonpriority creditor's name and mailing address** | | $186,200.00 |
|---|---|---|---|

CALCHLOR CORP
PO BOX 301656
DALLAS, TX 75303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.91 | **Nonpriority creditor's name and mailing address** | | $4,540,090.80 |
|---|---|---|---|

CALUMET OPERATING, LLC
2780 WATERFRONT PKWY. E. DR.
SUITE 200
INDIANAPOLIS, IN 46214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Earnout Payable Per 2nd Letter Agreement

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor _____Anchor Drilling Fluids USA, LLC_____   Case number *(if known)* __6:20-bk-60030__
　　　　　　　Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

| 3.92 | **Nonpriority creditor's name and mailing address** | | $23,832.32 |

CALUMET PENRECO LLC
PO BOX 844322
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.93 | **Nonpriority creditor's name and mailing address** | | $1,547.79 |

CANON FINANCIAL SERVICES, INC
14904 COLLECTIONS CNTR. DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.94 | **Nonpriority creditor's name and mailing address** | | $23,290.00 |

CAR-TEX TRANSPORT & VAC SERV, INC
PO DRAWER 647
CARTHAGE, TX 75633

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.95 | **Nonpriority creditor's name and mailing address** | | $106,044.60 |

CARDWELL DISTRIBUTING, INC
PO BOX 954039
SAINT LOUIS, MO 63195

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.96 | **Nonpriority creditor's name and mailing address** | | $112,535.19 |

CARNALITOS TRUCKING, INC
C/O SOUTHWEST COMM. CAPITAL
PO BOX 872
ODESSA, TX 79760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor      Anchor Drilling Fluids USA, LLC
            _____
            Name

Case number *(if known)*  6:20-bk-60030
                          _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.97** | Nonpriority creditor's name and mailing address | $1,170.00

CARR HOLDINGS LLC
PO BOX 159
BELLE FOURCHE, SD 57717

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | $4,575.00

CASTLE OILFIELD SERVICES LLC
C/O LIQUID CAPITAL EXCHANGE
PO BOX 168688
IRVING, TX 75016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | $34,214.40

CEDAR FIBER CO, INC
PO BOX 56306
HOUSTON, TX 77256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | $25,712.30

CENTEX CENTRIFUGE, LLC
PO BOX 2788
CONROE, TX 77305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | $38,555.68

CENTRISYS CORPORATION
9586 58TH PLACE
KENOSHA, WI 53144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number *(if known)*  6:20-bk-60030
                          _____

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.102 | **Nonpriority creditor's name and mailing address** | | $703.16 |
|---|---|---|---|

CENTURYLINK
PO BOX 2956
PHOENIX, AZ 85062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.103 | **Nonpriority creditor's name and mailing address** | | $2,847.59 |
|---|---|---|---|

CFIS GROUP INC
PO BOX 383
CANAL FULTON, OH 44614

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.104 | **Nonpriority creditor's name and mailing address** | | $1,373.95 |
|---|---|---|---|

CHAPARRAL BOLT & SUPPLY
3011 W. INDUSTRIAL AVE
MIDLAND, TX 79701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.105 | **Nonpriority creditor's name and mailing address** | | $2,818.06 |
|---|---|---|---|

CHASE WELDING SERVICES, LLC.
PO BOX 1631
LAREDO, TX 78044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.106 | **Nonpriority creditor's name and mailing address** | | $272,686.80 |
|---|---|---|---|

CHEMSOL, LLC
601 CARLSON PKWY  #400
HOPKINS, MN 55305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor ___Anchor Drilling Fluids USA, LLC_____     Case number *(if known)*__6:20-bk-60030____
    Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.107 | **Nonpriority creditor's name and mailing address** | | $6,410.00 |
|---|---|---|---|

CHEMTREC
ACCOUNTS RECEIVABLE
PO BOX 791383
BALTIMORE, MD 21279

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.108 | **Nonpriority creditor's name and mailing address** | | $570,406.73 |
|---|---|---|---|

CHESAPEAKE ENERGY CORPORATION
P.O. BOX 18496
OKLAHOMA CITY, OK 73154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.109 | **Nonpriority creditor's name and mailing address** | | $993.42 |
|---|---|---|---|

CHEYENNE TIRE COMPANY
PO BOX 13975
ODESSA, TX 79768

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.110 | **Nonpriority creditor's name and mailing address** | | $64,214.84 |
|---|---|---|---|

CHICAGO FREIGHT CAR LEASING
PO BOX 74007555
CHICAGO, IL 60674-7555

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.111 | **Nonpriority creditor's name and mailing address** | | $182.47 |
|---|---|---|---|

CHICKASHA OILFIELD SUPPLY, INC
910 N. 29TH STREET
CHICKASHA, OK 73023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Anchor Drilling Fluids USA, LLC | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** | **Nonpriority creditor's name and mailing address** | | $974.10

CHOICE METALS, INC
PO BOX 54
RICES LANDING, PA 15357

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.113** | **Nonpriority creditor's name and mailing address** | | $710,967.28

CIMBAR PERFORMANCE MINERALS
49-0 JACKSON LAKE ROAD
CHATSWORTH, GA 30705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.114** | **Nonpriority creditor's name and mailing address** | | $2,526,953.60

CIMBAR WV
49-0 JACKSON LAKE ROAD
CHATSWORTH, GA 30705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.115** | **Nonpriority creditor's name and mailing address** | | $1,967.98

CINTAS
PO BOX 650838
DALLAS, TX 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.116** | **Nonpriority creditor's name and mailing address** | | $6,181.02

CISCO SYSTEMS CAPITAL CRP
PO BOX 41602
PHILADELPHIA, PA 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____          Case number (if known) __6:20-bk-60030_____
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |

| 3.117 | **Nonpriority creditor's name and mailing address** | $2,112.66 |
|---|---|---|

CITY OF CLINTON
PO BOX 1177
CLINTON, OK 73601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.118 | **Nonpriority creditor's name and mailing address** | $2,400.00 |
|---|---|---|

CITY OF SIDNEY U
115 2ND STREET S.E.
SIDNEY, MT 59270

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.119 | **Nonpriority creditor's name and mailing address** | $116.98 |
|---|---|---|

CITY OF TUTTLE
PO BOX 10
TUTTLE, OK 73089

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.120 | **Nonpriority creditor's name and mailing address** | $892.55 |
|---|---|---|

CITY PIPE & SUPPLY
PO BOX 946
ODESSA, TX 79760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.121 | **Nonpriority creditor's name and mailing address** | $3,050.87 |
|---|---|---|

CKENERGY ELECTRIC COOP
PO BOX 70
BINGER, OK 73009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor      Anchor Drilling Fluids USA, LLC
            _____
            Name

Case number (if known)  6:20-bk-60030
                        _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.122** | **Nonpriority creditor's name and mailing address** | $14,155.00

CLEAR CREEK OILFIELD SOLUTIONS
3790 STATE ROUTE 7
NEW WATERFORD, OH 44445

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.123** | **Nonpriority creditor's name and mailing address** | $14,000.00

CLEAR CREEK RANCH, LLC
PO BOX 301
PARACHUTE, CO 81635

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.124** | **Nonpriority creditor's name and mailing address** | $621.10

CLEARLY THE BEST BOTTLED WATER LLC
PO BOX 132
EAST LIVERPOOL, OH 43920

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.125** | **Nonpriority creditor's name and mailing address** | $11,634.92

CLOVERDALE EQUIPMENT COMPANY OF OHIO
1004 W. BAGLEY ROAD
BEREA, OH 44017

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.126** | **Nonpriority creditor's name and mailing address** | $2,650.12

CMC BUSINESS SYSTEMS, INC
PO BOX 10306
DES MOINES, IA 50306

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.127** | **Nonpriority creditor's name and mailing address** | $1,259.12

COASTAL VALVE & EQUIPMENT
PO BOX 864
GEORGE WEST, TX 78022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.128** | **Nonpriority creditor's name and mailing address** | $2,500.00

COLUMBIANA COUNTY PORT AUTHORI
7860 LINCOLE PLACE
LISBON, OH 44432

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.129** | **Nonpriority creditor's name and mailing address** | $102.79

COMCAST
PO BOX 70219
PHILADELPHIA, PA 19176-0219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.130** | **Nonpriority creditor's name and mailing address** | $2,606.78

COMMERCIAL ICE MACHINE COMPANY
501 E. 2ND STREET
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.131** | **Nonpriority creditor's name and mailing address** | $820.99

COMMISSIONER OF TAX & FINANCE
RPC-HUT DEPARTMENT
NYS TAX DEPARTMENT
ALBANY, NY 12227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Anchor Drilling Fluids USA, LLC_____     Case number _(if known)_ __6:20-bk-60030_____
         Name

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.132 | **Nonpriority creditor's name and mailing address** | $14,036.00 |
|---|---|---|

CONNECTION CHEMICAL, INC
PO BOX 209016
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.133 | **Nonpriority creditor's name and mailing address** | $213.99 |
|---|---|---|

CONNELL, STEPHEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.134 | **Nonpriority creditor's name and mailing address** | $336.32 |
|---|---|---|

CONSOLIDATED COMMUNICATIONS
PO BOX 66523
SAINT LOUIS, MO 63166

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.135 | **Nonpriority creditor's name and mailing address** | $1,632.50 |
|---|---|---|

CONSTRUCTION ENGINEERING CONSULTANTS, INC
2018 WAVERLY STREET
PITTSBURGH, PA 15218

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.136 | **Nonpriority creditor's name and mailing address** | $47,412.61 |
|---|---|---|

CONTINENTAL WIRE CLOTH
11240 SOUTH JAMES AVE
JENKS, OK 74037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Anchor Drilling Fluids USA, LLC__
     Name

Case number *(if known)* __6:20-bk-60030__

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.137 | **Nonpriority creditor's name and mailing address** | $2,109.22 |
|---|---|---|

CORPUS CHRISTI ELECTRIC CO, INC.
2323 LEOPARD ST.
CORP CHRISTI, TX 78408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.138 | **Nonpriority creditor's name and mailing address** | $50.00 |
|---|---|---|

CORTEX BUSINESS SOLUTIONS USA
PO BOX 675035
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.139 | **Nonpriority creditor's name and mailing address** | $1,100.00 |
|---|---|---|

COUNTRY HOMES
PO BOX 451
TUTTLE, OK 73089

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.140 | **Nonpriority creditor's name and mailing address** | $4,100.00 |
|---|---|---|

COWBOY INDUSTRIES
7716 DEPOT RD., UNIT 1
LISBON, OH 44432

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.141 | **Nonpriority creditor's name and mailing address** | $3,760.00 |
|---|---|---|

COWPOKE TRUCKING INC
102 1ST AVENUE SW
MARMARTH, ND 58643

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Anchor Drilling Fluids USA, LLC
                 Name

                                                            Case number (if known)   6:20-bk-60030

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.142 | **Nonpriority creditor's name and mailing address** | | $7,618.79 |
|---|---|---|---|

COX BUSINESS
PO BOX 248851
OKLAHOMA CITY, OK 73124

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.143 | **Nonpriority creditor's name and mailing address** | | $238,875.00 |
|---|---|---|---|

COYLE TRANSPORT SERVICES, INC
260 RT. 519
EIGHTY FOUR, PA 15330

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.144 | **Nonpriority creditor's name and mailing address** | | $11,707.50 |
|---|---|---|---|

COYLE TRUCKING, INC
260 ROUTE 519
EIGHTY FOUR, PA 15330

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.145 | **Nonpriority creditor's name and mailing address** | | $6,000.00 |
|---|---|---|---|

CRESCENT CONSULTING LLC
13212 N MACARTHUR BLVD
OKLAHOMA CITY, OK 73142

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.146 | **Nonpriority creditor's name and mailing address** | | $96,923.75 |
|---|---|---|---|

CS TRUCKING/CENT HYDRAULIC,INC
7324 WOODBURY PIKE
ROARING SPRING, PA 16673

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Anchor Drilling Fluids USA, LLC
_____
          Name

Case number *(if known)*  6:20-bk-60030
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.147 | Nonpriority creditor's name and mailing address | | $876.55 |
|---|---|---|---|

CSI INTERNATIONAL INC
DEPT NO 556
PO BOX 8000
BUFFALO, NY 14267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | | $153.49 |
|---|---|---|---|

CULLIGAN WATER CONDITIONING
400 W. BROMLEY LANE
BRIGHTON, CO 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | | $1,987.47 |
|---|---|---|---|

CUTPOINT INC
PO BOX 940550
HOUSTON, TX 77094

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | | $15,273.56 |
|---|---|---|---|

D&K SUPPLY & EQUIPMENT, INC
4700 RAVENUENNA AVENUE S.E.
EAST CANTON, OH 44730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | | $3,956.25 |
|---|---|---|---|

D&M SOLUTIONS, INC
PO BOX 848
BAKER, MT 59313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Anchor Drilling Fluids USA, LLC
                    Name                                                    Case number *(if known)* 6:20-bk-60030

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.152**  **Nonpriority creditor's name and mailing address**                                    $16,995.11

D&R SANITATION
16453 SAMUEL STREET
EAST LIVERPOOL, OH 43920

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.153**  **Nonpriority creditor's name and mailing address**                                    $68,792.08

DASCO, INC
9785 MAROON CIRCLE, STE 110
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.154**  **Nonpriority creditor's name and mailing address**                                    $879.08

DE LAGE LANDEN FINANCIAL SERVICES, INC
PO BOX 41602
PHILADELPHIA, PA 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.155**  **Nonpriority creditor's name and mailing address**                                    $41,327.57

DEARBORN LIFE INSURANCE COMPANY
701 E. 22ND STREET
LOMBARD, IL 60148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.156**  **Nonpriority creditor's name and mailing address**                                    $10,835.00

DEEPWELL ENERGY SERVICES, LLC
PO BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number _(if known)_ 6:20-bk-60030 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157**

| Nonpriority creditor's name and mailing address | | $3,217.50 |
|---|---|---|

DEFENDER CONTRACTING LLC
3001 W LOOP 250 N
MIDLAND, TX 79705

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.158**

| Nonpriority creditor's name and mailing address | | $97.01 |
|---|---|---|

DELAGE LANDEN INC
PO BOX 41602
PHILADELPHIA, PA 19101

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.159**

| Nonpriority creditor's name and mailing address | | $3,152.12 |
|---|---|---|

DELTA ENERGY DISTRIBUTION LLC
733 KEYSER AVENUE STE 200
NATCHITOCHES, LA 71457

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.160**

| Nonpriority creditor's name and mailing address | | $32,776.00 |
|---|---|---|

DELTA TIMBER COMPANY
1915 NORTH TOWNSEND
MONTROSE, CO 81401

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.161**

| Nonpriority creditor's name and mailing address | | $375.00 |
|---|---|---|

DENHAM'S WELDING & STEEL SALES
PO BOX 418
MORRILTON, AR 72110

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Anchor Drilling Fluids USA, LLC | Case number (if known) | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.162 | **Nonpriority creditor's name and mailing address** | | $347.71 |
|---|---|---|---|

DEPT. OF ENVIRONMENTAL QUALITY
ADMINISTRATIVE SERVICES
PO BOX 2036
OKLAHOMA CITY, OK 73101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | | $7,110.00 |
|---|---|---|---|

DESERT EAGLE SERVICES, LLC
PO BOX 205
LOMA, CO 81524

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | | $15,764.77 |
|---|---|---|---|

DIAMOND ELECTRIC
PO BOX 5208
MIDLAND, TX 79704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | | $4,528.08 |
|---|---|---|---|

DISA GLOBAL SOLUTION, INC
DEPT 3731
PO BOX 123731
DALLAS, TX 75312

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | | $1,013.38 |
|---|---|---|---|

DISTRIBUTOR OPERATIONS, INC DBA
INTERSTATE BATT OF W TX
PO BOX 60264
MIDLAND, TX 79711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor ___Anchor Drilling Fluids USA, LLC_____     Case number *(if known)*___6:20-bk-60030_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.167 | **Nonpriority creditor's name and mailing address** | | $3,785.00 |

DM TRANS, LLC DBA ARRIVE LOGISTICS
7701 METROPOLIS DRIVE BUILDINGS 14 &15
AUSTIN, TX 78744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | | $52.21 |

DOBBS PTC HOLDINGS, LLC DBA PTC OF LOUISIANA, LLC
330 GILCHRIST DRIVE
PEARL, MS 39208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | | $1,326.37 |

DOMINION ENERGY
PO BOX 27031
RICHMOND, VA 23261-7031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | | $1,136.38 |

DOOLEY OIL INC
PO BOX 1241
CHEYENNE, WY 82007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | | $22,357.50 |

DOUBLE C TRUCKING & EXCAVATION INC
5279 W 4000 S
ROOSEVELT, UT 84066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

Debtor  Anchor Drilling Fluids USA, LLC
_____
Name

Case number (if known) 6:20-bk-60030
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.172** **Nonpriority creditor's name and mailing address**                                      $1,824.38

DOUBLETREE WELDING LLC
1234 LAWVER ROAD
GILLETTE, WY 82718

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

---

**3.173** **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOUCET, EMILY
C/O LABORDE EARLES LAW FIRM, LLC
ATTN: SCOTT HIGGINS
203 ENERGY PARKWAY, BUILDING B
P.O. BOX 80098
LAFAYETTE, LA 70598-0098

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Civil No. C-191939B

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☒ No
☐ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**                                      $3,060.00

DOW CAMERON OIL & GAS, LLC
555 EDEN PARK DRIVE
ZANESVILLE, OH 43701

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

---

**3.175** **Nonpriority creditor's name and mailing address**                                      $5,425.00

DOW, DANIEL R
124 DEAN STREET
NICHOLS, NY 13812

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

---

**3.176** **Nonpriority creditor's name and mailing address**                                      $3,543.65

DRILLING MUD DIRECT
6 INVERNESS COURT EAST, STE 130
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number *(if known)* 6:20-bk-60030

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | $2,521.02 |

DUQUENSE LIGHT COMPANY
PAYMENT PROCESSING CENTER
PO BOX 10
PITTSBURGH, PA 15230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | $2,240.00 |

DYNAMIC ENVIRONMENTAL SERVICES, LLC.
PO BOX 697
GEISMAR, LA 70734

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | $1,114.56 |

DYNASYSTEMS
PO BOX 4437
WICHITA FALLS, TX 76308

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address** | $106,255.00 |

E 3 DRILLING FLUID CHEM, LLC
1123 LUMPKIN RD
HOUSTON, TX 77043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address** | $66,960.84 |

EAGLE RAILCAR SERVICES-ROSCOE, INC.
45 LOOP 544
ROSCOE, TX 79545

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Anchor Drilling Fluids USA, LLC_____   Case number *(if known)* __6:20-bk-60030_____
                Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.182** | **Nonpriority creditor's name and mailing address** | $28,362.50

ECO-SHELL, INC
10695 DECKER AVENUE
LOS MOLINOS, CA 96055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.183** | **Nonpriority creditor's name and mailing address** | $20,112.42

ECTOR COUNTY APPRAISAL DISTRICT
1301 E 8TH STREET
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.184** | **Nonpriority creditor's name and mailing address** | $302,980.00

ELEMENTIS SPECIALTIES, INC
1577 MOMEMTUM PLACE
CHICAGO, IL 60689

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.185** | **Nonpriority creditor's name and mailing address** | $2,576.00

ELGIN SEPARATION SOLUTIONS
10050 CASH ROAD
STAFFORD, TX 77477

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.186** | **Nonpriority creditor's name and mailing address** | $1,487.37

ELITE OIL FIELD SERVICES LLC
PO BOX 11
KIMBALL, NE 69145

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
_____
Name

Case number *(if known)* __6:20-bk-60030_____

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.187 | **Nonpriority creditor's name and mailing address** | $212.63 |
|---|---|---|

EMPIRE LONG DISTANCE DBA EMPIRE ACCESS
34 MAIN ST
PRATTSBURGH, NY 14873

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.188 | **Nonpriority creditor's name and mailing address** | $159.13 |
|---|---|---|

ENTERGY
PO BOX 8108
BATON ROUGE, LA 70891

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.189 | **Nonpriority creditor's name and mailing address** | $6,785.44 |
|---|---|---|

ENTERPRISE FLEET MANAGEMENT, INC
PO BOX 800089
KANSAS CITY, MO 64180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.190 | **Nonpriority creditor's name and mailing address** | $31,850.00 |
|---|---|---|

ENVENTIVES, LLC
EVERGREEN WORKING CAPITAL, LLC
PO BOX 3729
HOUMA, LA 70361

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.191 | **Nonpriority creditor's name and mailing address** | $284.50 |
|---|---|---|

ESPINOZA, ALFREDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Anchor Drilling Fluids USA, LLC
_____
Name

Case number *(if known)* 6:20-bk-60030
_____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.192 | **Nonpriority creditor's name and mailing address** | $1,410.00 |
|---|---|---|

ESTVOLD OILFIELD SERVICES INC
PO BOX 1191
NEW TOWN, ND 58763

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.193 | **Nonpriority creditor's name and mailing address** | $299,255.00 |
|---|---|---|

EXCALIBAR MINERALS LLC
PO BOX 973693
DALLAS, TX 75397

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.194 | **Nonpriority creditor's name and mailing address** | $18,400.03 |
|---|---|---|

FAIRWAY TRANSPORT, L.L.C
PO BOX 11707
NEW IBERIA, LA 70562

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.195 | **Nonpriority creditor's name and mailing address** | $728.28 |
|---|---|---|

FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.196 | **Nonpriority creditor's name and mailing address** | $334,805.24 |
|---|---|---|

FEDERAL WHOLESALE DRIG MUD
PO BOX 732135
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Anchor Drilling Fluids USA, LLC
_____
         Name

Case number (if known) 6:20-bk-60030
                       _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.197 | **Nonpriority creditor's name and mailing address** | | $4,694.52 |
|---|---|---|---|

FEDEX
PO BOX 660481
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.198 | **Nonpriority creditor's name and mailing address** | | $89,243.70 |
|---|---|---|---|

FERMIN AGUILAR WELDING SERVICE, INC.
C/O CORNERSTONE FUNDING
PO BOX 53367
MIDLAND, TX 79710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.199 | **Nonpriority creditor's name and mailing address** | | $152,186.00 |
|---|---|---|---|

FIRST SOURCE TECHNOLOGY, INC
PO BOX 521
GIDDINGS, TX 78942

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.200 | **Nonpriority creditor's name and mailing address** | | $7,722.58 |
|---|---|---|---|

FISCHER BUSH EQUIPMENT
155 COMMERCE BLVD.
LOVELAND, OH 45140

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.201 | **Nonpriority creditor's name and mailing address** | | $85,980.95 |
|---|---|---|---|

FLUID SYSTEMS INC
18703 INTERCONTINENTAL
HOUSTON, TX 77073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Anchor Drilling Fluids USA, LLC

Name

Case number *(if known)*   6:20-bk-60030

---

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.202 **Nonpriority creditor's name and mailing address** | $6,902.19 |

FORREST BROTHERS TIRE & ALIGNMENT
2525 EAST EIGHTH STREET
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.203 **Nonpriority creditor's name and mailing address** | $238.62 |

FORREST TIRE COMPANY, INC
PO BOX 1778
CARLSBAD, NM 88221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.204 **Nonpriority creditor's name and mailing address** | $31,920.00 |

FORTA CORPORATION
100 FORTA DRIVE
GROVE CITY, PA 16127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.205 **Nonpriority creditor's name and mailing address** | $131,085.95 |

FRAC TANK RENTALS, LLC
191 TAMMY DRIVE
ODESSA, TX 79766

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.206 **Nonpriority creditor's name and mailing address** | $16,946.27 |

FRANKLIN EQUIPMENT
PO BOX 2208
DECATUR, AL 35609

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Anchor Drilling Fluids USA, LLC
_____
Name

Case number *(if known)*  6:20-bk-60030
_____

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.207** | **Nonpriority creditor's name and mailing address** | | $264.13

FRONTIER COMMUNICATIONS CORP (A)
PO BOX 660831
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.208** | **Nonpriority creditor's name and mailing address** | | $340.72

FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI, OH 45274

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.209** | **Nonpriority creditor's name and mailing address** | | $104.27

GARAY, EMANUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.210** | **Nonpriority creditor's name and mailing address** | | $16,720.81

GAS FIELD SPECIALISTS, INC
PO BOX 697
SHINGLEHOUSE, PA 16748

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.211** | **Nonpriority creditor's name and mailing address** | | $3,936.34

GCM SO, LLC
1401 SOUTH BOULDER AVENUE
SUITE 200
TULSA, OK 74119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor      Anchor Drilling Fluids USA, LLC
            _____
            Name

Case number (if known)  6:20-bk-60030
                        _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.212 | **Nonpriority creditor's name and mailing address** | | $75,600.00 |
| --- | --- | --- | --- |

GEO SPECIALTY CHEMICALS, INC
PO BOX 654049
DALLAS, TX 75265

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.213 | **Nonpriority creditor's name and mailing address** | | $459.69 |
| --- | --- | --- | --- |

GIBSON HOME CENTER
810 WALTHALL
PECOS, TX 79772

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.214 | **Nonpriority creditor's name and mailing address** | | $2,748.00 |
| --- | --- | --- | --- |

GLENN TURNER DBA TURNER MUD CONSULTING, LLC
GLENN TURNER
218 W. MESA
HOBBS, NM 88240

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.215 | **Nonpriority creditor's name and mailing address** | | $3,085.52 |
| --- | --- | --- | --- |

GRADY'S WESTERN SUPPLY CO, INC.
PO BOX 429
PECOS, TX 79772

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.216 | **Nonpriority creditor's name and mailing address** | | $566.50 |
| --- | --- | --- | --- |

GRANDE COMMUNICATIONS
PO BOX 679367
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number (if known)  6:20-bk-60030
                        _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.217 | **Nonpriority creditor's name and mailing address** | | $8,369.55 |
|---|---|---|---|

GRAVITY OILFIELD SERVICES, INC
PO BOX 734128
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.218 | **Nonpriority creditor's name and mailing address** | | $1,272.84 |
|---|---|---|---|

GREAT AMERICA FINANCIAL SVCS.
PO BOX 660831
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.219 | **Nonpriority creditor's name and mailing address** | | $14,850.00 |
|---|---|---|---|

GREATLAND INVESTMENT GROUP LLC
PO BOX 521885
BIG LAKE, AK 99652

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.220 | **Nonpriority creditor's name and mailing address** | | $69,885.00 |
|---|---|---|---|

GREER INDUSTRIES, INC.
570 CANYON ROAD
MORGANTOWN, WV 26508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.221 | **Nonpriority creditor's name and mailing address** | | $57,201.38 |
|---|---|---|---|

GSS CONST. & OILFIELD SUPPLY
3396 SWAN LAKE ROAD
BOSSIER CITY, LA 71111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Anchor Drilling Fluids USA, LLC
_____
Name

Case number *(if known)*   6:20-bk-60030
_____

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.222 | **Nonpriority creditor's name and mailing address** | | $287.02 |
|---|---|---|---|

H & K EQUIPMENT, INC
RENTAL DEPT.
4200 CASTEEL DRIVE
CORAOPOLIS, PA 15108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.223 | **Nonpriority creditor's name and mailing address** | | $888.40 |
|---|---|---|---|

H&K TRUCKING LLC
PO BOX 301
PARACHUTE, CO 81635

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.224 | **Nonpriority creditor's name and mailing address** | | $175.69 |
|---|---|---|---|

HAYMON, CHAD JARED
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.225 | **Nonpriority creditor's name and mailing address** | | $2,232.34 |
|---|---|---|---|

HERC RENTALS INC
PO BOX 936257
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.226 | **Nonpriority creditor's name and mailing address** | | $16,125.00 |
|---|---|---|---|

HERITAGE ENVIRONMENTAL. SVCS, LLC
PO BOX 933024
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____Anchor Drilling Fluids USA, LLC_____         Case number (if known) __6:20-bk-60030__
                    Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.227 | **Nonpriority creditor's name and mailing address** | | $16,705.15 |
|---|---|---|---|

HI-LINE TRUCKING, INC
PO BOX 1066
SIDNEY, MT 59270

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.228 | **Nonpriority creditor's name and mailing address** | | $16,950.00 |
|---|---|---|---|

HIGH PLAINS TRANSPORT INC
PO BOX 1106
WATFORD CITY, ND 58854

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.229 | **Nonpriority creditor's name and mailing address** | | $389,621.76 |
|---|---|---|---|

HILL BROTHERS CHEMICAL A
1675 N MAIN STREET
ORANGE, CA 92867

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.230 | **Nonpriority creditor's name and mailing address** | | $1,046.37 |
|---|---|---|---|

HIRERIGHT, LLC
PO BOX 847891
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.231 | **Nonpriority creditor's name and mailing address** | | $1,272.80 |
|---|---|---|---|

HOMAX OIL SALES, INC
605 SOUTH POPLAR
CASPER, WY 82601

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Anchor Drilling Fluids USA, LLC_____   Case number *(if known)* __6:20-bk-60030_____
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.232 | **Nonpriority creditor's name and mailing address** | | $16,145.83 |

HORSEHEADS ENERGY TERMINAL,LLC
C/O RLB HOLDINGS
343 GREENWICH AVE., STE 200
GREENWICH, CT 6831

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.233 | **Nonpriority creditor's name and mailing address** | | $3,235.70 |

HOWELL & WINDHAM ADVERTISING
PO BOX 705
ODESSA, TX 79760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.234 | **Nonpriority creditor's name and mailing address** | | $8,745.30 |

HRE QUEBEC, LLC
6900 E, BELLEVIEW AVENUE
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.235 | **Nonpriority creditor's name and mailing address** | | $270,344.68 |

HSBC BANK CANADA
C/O TH1057U
PO BOX 4283 PT STN A
TORONTO, ON M5W 5W6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.236 | **Nonpriority creditor's name and mailing address** | | $13,052.80 |

HUDSON ENERGY
PO BOX 731137
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Anchor Drilling Fluids USA, LLC
_____
Name

Case number (if known)   6:20-bk-60030
_____

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.237 | **Nonpriority creditor's name and mailing address** | $980.65 |
|---|---|---|

HUFFORD, JOHN MICHAEL  DBA UNITED PEST SOLUTIONS, LLC.
4104 ARROYO DR.
MIDLAND, TX 79707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.238 | **Nonpriority creditor's name and mailing address** | $1,284.00 |
|---|---|---|

HUMPHREY TRANSPORTATION COMPLIANCE, LLC
PO BOX 482
HOLLAND, OH 43528

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.239 | **Nonpriority creditor's name and mailing address** | $12,436.20 |
|---|---|---|

HUTCHISON HAYES SEPARATION, INC
3520 E SAM HOUSTON PKWY N
HOUSTON, TX 77015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.240 | **Nonpriority creditor's name and mailing address** | $2,280.91 |
|---|---|---|

HYG FINANCIAL SERVICES, INC
PO BOX 14545
DES MOINES, IA 50306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.241 | **Nonpriority creditor's name and mailing address** | $52,994.00 |
|---|---|---|

ICT OILFIELD PRODUCTS LLC
1100 LOUISIANA, STE 5250
HOUSTON, TX 77052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor        Anchor Drilling Fluids USA, LLC
              _____
              Name

Case number *(if known)*  6:20-bk-60030
                          _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.242** | **Nonpriority creditor's name and mailing address** | | $24,971.10

ID LOGISTICS SOLUTIONS LLC DBA MX MINERALS
229 N. ADAMS STREET
APT #335
EAGLE PASS, TX 78852

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.243** | **Nonpriority creditor's name and mailing address** | | $29,052.00

IDAHO TRUCK SERVICE, INC
PO BOX 231
IONA, ID 83427

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.244** | **Nonpriority creditor's name and mailing address** | | $1,167,043.85

IEP MINERALS, LLC
101 NORTH VAL VERDE RD
DONNA, TX 78537

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.245** | **Nonpriority creditor's name and mailing address** | | $2,300.00

IGO BROTHERS, LLC
PO BOX 1311
DOUGLAS, WY 82633

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.246** | **Nonpriority creditor's name and mailing address** | | $1,627.50

IGO OIL FIELD SERVICE, INC.
PO BOX 1311
DOUGLAS, WY 82633

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number (if known) ___6:20-bk-60030___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.247 | **Nonpriority creditor's name and mailing address** | | $750,000.00 |
|---|---|---|---|

IN HOT WATER
16201 EAST MAIN STREET
CUT OFF, LA 70345

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease Payout Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.248 | **Nonpriority creditor's name and mailing address** | | $6,346.29 |
|---|---|---|---|

INDUSTRIAL ELECTRIC SERVICE, INC
388 GTA DRIVE
DICKINSON, ND 58601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.249 | **Nonpriority creditor's name and mailing address** | | $77,280.00 |
|---|---|---|---|

INDUSTRIAL PROCESS EQUIPMENT
26111 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.250 | **Nonpriority creditor's name and mailing address** | | $1,121,512.30 |
|---|---|---|---|

INGEVITY CORPORATION
PO BOX 743657
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.251 | **Nonpriority creditor's name and mailing address** | | $22,761.00 |
|---|---|---|---|

INTEGRITY DELAWARE LLC DBA INTEGRITY INDUSTRIES
1607 JUNCTION HIGHWAY
KERRVILLE, TX 78028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Anchor Drilling Fluids USA, LLC
        _____
        Name

Case number (if known)  6:20-bk-60030
                        _____

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.252 | **Nonpriority creditor's name and mailing address** | | $4,116.00 |
|---|---|---|---|

INTELLITRANS, LLC
PO BOX 934941
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.253 | **Nonpriority creditor's name and mailing address** | | $95,617.50 |
|---|---|---|---|

INTERCHEM SERVICES, INC
8307 E STATE RT 69  #25982
PRESCOTT VALLEY, AZ 86312

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.254 | **Nonpriority creditor's name and mailing address** | | $1,612.18 |
|---|---|---|---|

INTERGRATIVE STAFFING GROUP, LLC
940 BEAVER GRADE ROAD
CORAOPOLIS, PA 15108

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.255 | **Nonpriority creditor's name and mailing address** | | $1,383.07 |
|---|---|---|---|

INTERSTATE PIPE & SUPPLY COMPANY
152 HINDMAN ROAD
BUTLER, PA 16001

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.256 | **Nonpriority creditor's name and mailing address** | | $8,876.25 |
|---|---|---|---|

INTERWORKS, INC
1425 S. SANGRE
STILLWATER, OK 74074

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor   Anchor Drilling Fluids USA, LLC
_____
            Name

Case number *(if known)*  6:20-bk-60030
                          _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.257**

**Nonpriority creditor's name and mailing address**

IPC SERVICES, LLC
232 E. LANCASTER ROAD
HARMONY, PA 16037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$37,473.75

---

**3.258**

**Nonpriority creditor's name and mailing address**

IRON EAGLE ENTERPRISE, LLC
4991 BELMONT AVENUE
YOUNGSTOWN, OH 44505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$27,365.50

---

**3.259**

**Nonpriority creditor's name and mailing address**

IRON MOUNTAIN SPECIALIZED
PO BOX 607
ELKINS, WV 26241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$124,455.00

---

**3.260**

**Nonpriority creditor's name and mailing address**

ISLANDER MHC
JAXARTES PROPERTIES LLC
4742 DERRICK DRIVE
ABILENE, TX 79601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,181.68

---

**3.261**

**Nonpriority creditor's name and mailing address**

J & S DEVELOPING
C/O RIVIERA FINANCE
PO BOX 848244
LOS ANGELES, CA 90084

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,220.00

---

Debtor  Anchor Drilling Fluids USA, LLC
    Name

Case number *(if known)*  6:20-bk-60030

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.262 | **Nonpriority creditor's name and mailing address** | $1,315.00 |
|---|---|---|

J&J TRANSPORT SERVICES, LLC
C/O ECAPITAL LLC
PO BOX 206773
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.263 | **Nonpriority creditor's name and mailing address** | $432.45 |
|---|---|---|

J. J. KELLER & ASSOCIATES, INC
PO BOX 6609
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.264 | **Nonpriority creditor's name and mailing address** | $1,600.00 |
|---|---|---|

JABCO, INC
PO BOX 9786
CORPUS CHRISTI, TX 78469

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.265 | **Nonpriority creditor's name and mailing address** | $3,143.60 |
|---|---|---|

JDL CONSTRUCTION, INC.
3631 LOUISVILLE RD
LOUISVILLE, TN 37777

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.266 | **Nonpriority creditor's name and mailing address** | $221,863.72 |
|---|---|---|

JIM HICKS & COMPANY, INC
565 MERCURY LANE
BREA, CA 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Anchor Drilling Fluids USA, LLC
            _____
            Name

Case number *(if known)*  6:20-bk-60030

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address** | $1,437.16 |

JIMS TOWING SERVICE
JAMES W. LAWRENCE
12858 STONECREEK ROAD
NEWCOMERSTOWN, OH 43832

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.268 | **Nonpriority creditor's name and mailing address** | $5,900.00 |

JJ MAS TRANSPORT INC
C/O CHARTER CAPITAL
PO BOX 270568
HOUSTON, TX 77277

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.269 | **Nonpriority creditor's name and mailing address** | $2,104.37 |

JJ&S CONSULTING, LLC.
PO BOX 1503
JENA, LA 71342

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.270 | **Nonpriority creditor's name and mailing address** | $1,920.00 |

JOE'S HOTSHOT & TRUCKING LLC
PO BOX 781
EL RENO, OK 73036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.271 | **Nonpriority creditor's name and mailing address** | $440.05 |

JOHNS SALES AND SERVICE, INC
PO BOX 14371
ODESSA, TX 79768

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
_____
          Name

Case number (if known)  6:20-bk-60030
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.272 | Nonpriority creditor's name and mailing address | | $14,520.75 |

JON FIRESTONE ELECTRIC, LLC
462 CLAY PIKE RD
ACME, PA 15610

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | | $314,165.00 |

JOSEPH'S ENERGY, LLC
170 BROADWAY STREET
IRONDALE, OH 43932

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | | $4,501.89 |

JW HUGHES EXCAVATION, INC
790 STATE HWY 220
HICO, TX 76457

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | | $18,786.20 |

JYA TRANSPORT, INC
PO BOX 1575
FRESNO, TX 77545

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | | $1,750.00 |

K-BAR CRANE SERVICE, LLC
4989 S US HWY 69
MCALESTER, OK 74501

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor        Anchor Drilling Fluids USA, LLC
              _____
              Name

Case number *(if known)*   6:20-bk-60030
                           _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.277** | **Nonpriority creditor's name and mailing address** | $ Undetermined

KAPOLKA, CHAD
C/O JOSEPHSON DUNLAP LAW FIRM
ATTN: MICHAEL A. JOSEPHSON
11 GREENWAY PLAZA, SUITE 3050
HOUSTON, TX 77046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employee Claim - Civil Action No. 2:18-cv-10007

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.278** | **Nonpriority creditor's name and mailing address** | $28,650.50

KC TRANSPORT, LLC
35212 COUNTY RD 127
SIDNEY, MT 59270

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.279** | **Nonpriority creditor's name and mailing address** | $544.01

KELTNER, KRAIG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.280** | **Nonpriority creditor's name and mailing address** | $2,387.50

KEYSTONE VALLEY TRUCKING LLC
PO BOX 41
COUDERSPORT, PA 16915

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.281** | **Nonpriority creditor's name and mailing address** | $474.73

KIMBLE RECYCLING & DISPOSAL, INC
PO BOX 448
DOVER, OH 44622

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Anchor Drilling Fluids USA, LLC_____     Case number *(if known)* __6:20-bk-60030_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.282 | **Nonpriority creditor's name and mailing address** | $3,660.18 |
|---|---|---|

KIRBY-SMITH MACHINERY, INC
PO BOX 270360
OKLAHOMA CITY, OK 73137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.283 | **Nonpriority creditor's name and mailing address** | $57,750.00 |
|---|---|---|

KLEIN TRUCKING, LLC
12949 WABASH CT.
THORNTON, CO 80602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.284 | **Nonpriority creditor's name and mailing address** | $5,720.00 |
|---|---|---|

KNELL ENTERPRISES, LLC
PO BOX 605
WRIGHT, WY 82732

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.285 | **Nonpriority creditor's name and mailing address** | $2,245.82 |
|---|---|---|

KOLMERTEN, MALENDA  DBA KW MACHINE LTD.
MALENDA KOLMERTEN
22399 TWP. RD. 162
COSHOCTON, OH 43812

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.286 | **Nonpriority creditor's name and mailing address** | $25,469.93 |
|---|---|---|

KOMATSU FINANCIAL
PO BOX 99303
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Anchor Drilling Fluids USA, LLC
         _____
         Name

Case number (if known)   6:20-bk-60030
                        _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.287**   **Nonpriority creditor's name and mailing address**   $11,512.39

KP&E ELECTRIC, LLC
PO BOX 8108
MIDLAND, TX 79708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.288**   **Nonpriority creditor's name and mailing address**   $10,125.00

KSKUNZ CONSULTING LLC
78 S 1060 W
SPANISH FORK, UT 84660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.289**   **Nonpriority creditor's name and mailing address**   $1,097.71

KTML CONTRACTORS, LLC
1576 TERRELL RD
PLEASANT HILL, LA 71065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.290**   **Nonpriority creditor's name and mailing address**   $13,170.20

KUNTZ SANDBLAST/PAINTING LLC
3091 122ND AVENUE SW
DICKINSON, ND 58601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.291**   **Nonpriority creditor's name and mailing address**   $1,112.15

LAKE TRUCK LINES, INC
20474 SPANISH GRANT RD.
SAN ANTONIO, TX 78264

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
_____
          Name

Case number (if known)   6:20-bk-60030
                         _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.292** | Nonpriority creditor's name and mailing address | $126,320.00

LAMBERTI USA
PO BOX 1000
HUNGERFORD, TX 77448

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.293** | Nonpriority creditor's name and mailing address | $5,897.75

LANDSTAR RANGER, INC
PO BOX 784293
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.294** | Nonpriority creditor's name and mailing address | $18,587.50

LANZER EXCAVATING LLC
70493 OLD 21 ROAD
CAMBRIDGE, OH 43725

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.295** | Nonpriority creditor's name and mailing address | $546.02

LEAF
PO BOX 5066
HARTFORD, CT 06102-5066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.296** | Nonpriority creditor's name and mailing address | $9,000.00

LEE, ROY M
PO BOX 172
MCCOMB, MS 39649

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number *(if known)*  6:20-bk-60030
                          _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.297 | **Nonpriority creditor's name and mailing address** | | $19,120.00 |
|---|---|---|---|

LEETSDALE INDUSTRIAL CORP
LOCKBOX 9322
PO BOX 8500
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.298 | **Nonpriority creditor's name and mailing address** | | $55,125.00 |
|---|---|---|---|

LIEN, PETE
PO BOX 440
RAPID CITY, SD 57709

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.299 | **Nonpriority creditor's name and mailing address** | | $61,500.00 |
|---|---|---|---|

LIGHTFOOT, WILLIAM BUCKLEY  DBA BOOGIE TRUCKING LLC
332469 E 780 RD
PERKINS, OK 74059

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.300 | **Nonpriority creditor's name and mailing address** | | $6,975.00 |
|---|---|---|---|

LISEMBEE, JUSTIN WADE  DBA JB FLUIDS, LLC
280 VAN HORN BLVD
MUNCY, PA 17756

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.301 | **Nonpriority creditor's name and mailing address** | | $5,336.46 |
|---|---|---|---|

LOADED DICE SAFETY
PO BOX 13627
ODESSA, TX 79768

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Anchor Drilling Fluids USA, LLC
            _____
            Name

Case number *(if known)*  6:20-bk-60030
                          _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.302 | **Nonpriority creditor's name and mailing address** | $145,365.65 |
|---|---|---|

LONE STAR TANK RENTAL, INC
PO BOX 204868
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.303 | **Nonpriority creditor's name and mailing address** | $4,200.00 |
|---|---|---|

LUDLOW, BRIAN
10054 LAKESHORE LOOP
DARDANELLE, AR 72834

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.304 | **Nonpriority creditor's name and mailing address** | $4,296.69 |
|---|---|---|

LUERA'S WELDING SERVICE, INC
PO BOX 4108
ALICE, TX 78333

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.305 | **Nonpriority creditor's name and mailing address** | $55,797.10 |
|---|---|---|

LUNAR SERVICES, LLC DBA SAFETY PRODUCTS OF NY
133 WILLIAM DONNELLY IND. PKWY
WAVERLY, NY 14892

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.306 | **Nonpriority creditor's name and mailing address** | $2,975.00 |
|---|---|---|

LYONS TRANSPORT SERVICES, INC.
9708-B FM 307
MIDLAND, TX 79706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____Anchor Drilling Fluids USA, LLC_____        Case number (if known)___6:20-bk-60030___
       Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                **Amount of claim**

---

**3.307** | **Nonpriority creditor's name and mailing address** | $21,575.00

M&M WELDING & CONSTRUCTION, INC
PO BOX 770
VERNAL, UT 84078

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | $854.30

MAILFINANCE
DEPT 3682
PO BOX 123682
DALLAS, TX 75312

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | $210.00

MAPLE, SHEA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | $5,166.63

MARTA-CO SUPPLY INC
PO BOX 1736
ROOSEVELT, UT 84066

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | $668.84

MARTINEZ A/C & HEATING INC
PO BOX 837
GEORGE WEST, TX 78022

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Anchor Drilling Fluids USA, LLC

Name

Case number *(if known)* 6:20-bk-60030

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.312**   **Nonpriority creditor's name and mailing address**    $98,737.25

MARTINEZ, CARLOS  DBA ALAMO MATERIALS, LLC
5605 N MACARTHUR BLVD
IRVING, TX 75038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.313**   **Nonpriority creditor's name and mailing address**    $2,355.00

MASTER PUMPS & POWER
PO BOX 678483
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.314**   **Nonpriority creditor's name and mailing address**    $16,655.25

MAXIMUM CONSTRUCTION & ELECTRIC LLC
PO BOX 750
BRIDGEPORT, WV 26330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.315**   **Nonpriority creditor's name and mailing address**    $524.05

MCI BUSINESS GOLD
PO BOX 15043
ALBANY, NY 12212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.316**   **Nonpriority creditor's name and mailing address**    $57.00

MCINTYRE WATER SYSTEM
PO BOX 1282
MINDEN, LA 71058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Anchor Drilling Fluids USA, LLC
_____
         Name

Case number *(if known)*   6:20-bk-60030
                          _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.317** | **Nonpriority creditor's name and mailing address** | $15,677.02

MEDLEY MATERIAL HANDLING,INC
PO BOX 258881
SECTION 345
OKLAHOMA CITY, OK 73125-8881

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.318** | **Nonpriority creditor's name and mailing address** | $33,324.05

MERCHANTS FLEET MANAGEMENT
1278 HOOKSETT ROAD
HOOKSETT, NH 3106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.319** | **Nonpriority creditor's name and mailing address** | $70,608.75

MES, LLC
C/O TCI BUSINESS CAPITAL
7600 PARKLAWN AVENUE
EDINA, MN 55435

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.320** | **Nonpriority creditor's name and mailing address** | $324.00

METAL FUSION
116 HOWARD STREET
WAVERLY, NY 14892

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.321** | **Nonpriority creditor's name and mailing address** | $74,151.02

METROPLAZA
LOCKBOX 6592
PO BOX 8500
PHILADELPHIA, PA 19178-6592

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Anchor Drilling Fluids USA, LLC_____  Case number *(if known)*___6:20-bk-60030_____
       Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.322 | Nonpriority creditor's name and mailing address | | $17,823.75 |
|---|---|---|---|

MICHAEL SCOTT TRUCKING, INC
PO BOX 22020
CHEYENNE, WY 82003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.323 | Nonpriority creditor's name and mailing address | | $13,717.50 |
|---|---|---|---|

MID-EAST TRUCK & TRACTOR SERVICE, INC
831 NASSAU STREET W
EAST CANTON, OH 44730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.324 | Nonpriority creditor's name and mailing address | | $660.81 |
|---|---|---|---|

MID-RIVERS TELEPHONE COOP, INC
904 C AVENUE
CIRCLE, MT 59215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.325 | Nonpriority creditor's name and mailing address | | $17,507.07 |
|---|---|---|---|

MIDWEST HOSE & SPECIALTY, INC
PO BOX 96558
OKLAHOMA CITY, OK 73143

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.326 | Nonpriority creditor's name and mailing address | | $960.00 |
|---|---|---|---|

MIKE WALSH ELECTRICAL, INC.
927 NO. STATE STREET
CLARKS SUMMIT, PA 18411

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor___Anchor Drilling Fluids USA, LLC_____  Case number *(if known)*___6:20-bk-60030____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.327** | **Nonpriority creditor's name and mailing address** | $7,309.44

MOBILE MINI
PO BOX 650882
DALLAS, TX 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.328** | **Nonpriority creditor's name and mailing address** | $201,440.00

MOBILE ROSIN OIL COMPANY
PO DRAWER 70107
MOBILE, AL 36670

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.329** | **Nonpriority creditor's name and mailing address** | $408.71

MOFFETT, WESTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.330** | **Nonpriority creditor's name and mailing address** | $22,250.00

MONTANA FLUID SOLUTIONS, LLC
280 ROAD 450
LINDSAY, MT 59339

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.331** | **Nonpriority creditor's name and mailing address** | $1,961.33

MONTANA-DAKOTA UTILITIES U
PO BOX 5600
BISMARCK, ND 58506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC             Case number *(if known)*   6:20-bk-60030
<br>Name

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.332** | **Nonpriority creditor's name and mailing address** | | $7,238.35

MONTCO POWER SOLUTIONS, LLC.
3117 W. ADMIRAL DOYLE DR.
NEW IBERIA, LA 70560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.333** | **Nonpriority creditor's name and mailing address** | | $37,000.00

MONTEVALLO, INC
PO BOX 1535
MIDLAND, TX 79702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.334** | **Nonpriority creditor's name and mailing address** | | $70.89

MOUNTRAIL-WILLIAMS ELECTRIC CO
PO BOX 1346
WILLISTON, ND 58802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.335** | **Nonpriority creditor's name and mailing address** | | $184.28

MOYER, EDWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.336** | **Nonpriority creditor's name and mailing address** | | $34,975.00

MUD MASTERS LLC
739 SOUTHGATE PKWY
CAMBRIDGE, OH 43725

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Anchor Drilling Fluids USA, LLC___    Case number *(if known)* __6:20-bk-60030__
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.337**  **Nonpriority creditor's name and mailing address**                                                     $19,860.00

MUD TRANS, INC
19471 E 1130 RD
ELK CITY, OK 73644

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.338**  **Nonpriority creditor's name and mailing address**                                                     $80,185.04

MUDSMITH, LTD
DRAWER 2461
PO BOX 5935
TROY, MI 48007-5935

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.339**  **Nonpriority creditor's name and mailing address**                                                     $1,495.00

MULHOLLAND ENERGY SERVICES, LLC
PO BOX 4227
ODESSA, TX 79760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.340**  **Nonpriority creditor's name and mailing address**                                                     $11,625.00

MUNN, WAYNE
PO BOX 932
RUSH SPRINGS, OK 73082

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.341**  **Nonpriority creditor's name and mailing address**                                                     $14,016.23

MUSTANG EXTREME ENVIRONMENTAL SERVICES LLC.
5049 EDWARDS RANCH RD.
SUITE 200
FORTH WORTH, TX 76109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number *(if known)* | 6:20-bk-60030 |
|--------|-------------------------------|---------------------------|----------------|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.342** | **Nonpriority creditor's name and mailing address** | | $2,655.00

MYERS TRUCKING, INC
PO BOX 170
MOUNT JEWETT, PA 16740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.343** | **Nonpriority creditor's name and mailing address** | | $416,532.50

MYERS WELL SERVICE INC
2001 BALLPARK COURT
EXPORT, PA 15632

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.344** | **Nonpriority creditor's name and mailing address** | | $34,590.48

NASHVILLE CHEMICAL AND EQUIPMENT COMPANY
7001 WESTBELT DRIVE
NASHVILLE, TN 37209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.345** | **Nonpriority creditor's name and mailing address** | | $96,616.12

NATIONAL OILWELL VARCO. LP
PO BOX 202631
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.346** | **Nonpriority creditor's name and mailing address** | | $10,875.00

NAUSET CONSULTING INC
2218 EWING STREET APT B
HOUSTON, TX 77004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 85 of 129

| Debtor | Anchor Drilling Fluids USA, LLC | Case number (if known) | 6:20-bk-60030 |
|--------|--------------------------------|------------------------|---------------|
|        | Name |  |  |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.347 | **Nonpriority creditor's name and mailing address** | | $79.00 |
|---|---|---|---|

NCT WATER
777 E STATE ST
NEWCOMERSTOWN, OH 43832

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.348 | **Nonpriority creditor's name and mailing address** | | $2,111.90 |
|---|---|---|---|

NORED INC
PO BOX 428
MOHALL, ND 58761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.349 | **Nonpriority creditor's name and mailing address** | | $40,441.28 |
|---|---|---|---|

NORFOLK SOUTHERN
PO BOX 532797
ATLANTA, GA 30353

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.350 | **Nonpriority creditor's name and mailing address** | | $35.39 |
|---|---|---|---|

NORGE WATER & SEWER CO U
PO BOX 1005
CHICKASHA, OK 73023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.351 | **Nonpriority creditor's name and mailing address** | | $16,502.00 |
|---|---|---|---|

NORTH COUNTRY OIL, INC.
7258 38TH ST. NW
PARSHALL, ND 58770

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor  Anchor Drilling Fluids USA, LLC
_____
        Name

Case number *(if known)* 6:20-bk-60030
_____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.352 | **Nonpriority creditor's name and mailing address** | $38,000.00 |
| --- | --- | --- |

NORTHERN SERVICE, LLC
PO BOX 71143
FAIRBANKS, AK 99707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.353 | **Nonpriority creditor's name and mailing address** | $104.08 |
| --- | --- | --- |

NTS COMMUNICATIONS, INC
PO BOX 10730
LUBBOCK, TX 79408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.354 | **Nonpriority creditor's name and mailing address** | $13,657.90 |
| --- | --- | --- |

NUVERRA ENVIRONMENTAL SOLUTION
C/O LANDTECH ENTERPRISES LLC
PO BOX 912620
DENVER, CO 80291

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.355 | **Nonpriority creditor's name and mailing address** | $589.53 |
| --- | --- | --- |

NYSEG
PO BOX 847812
BOSTON, MA 2284

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.356 | **Nonpriority creditor's name and mailing address** | $69,333.35 |
| --- | --- | --- |

O'ROURKE DISTRIBUTION, INC
PO BOX 301150
DALLAS, TX 75303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor ___Anchor Drilling Fluids USA, LLC_____     Case number *(if known)* __6:20-bk-60030__
         Name

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.357**   **Nonpriority creditor's name and mailing address**                                $11,756.43

ODESSA PUMPS
PO BOX 60429
MIDLAND, TX 79711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.358**   **Nonpriority creditor's name and mailing address**                                $16,170.90

OFI TESTING EQUIPMENT, INC
11302 STEEPLECREST DRIVE
HOUSTON, TX 77065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.359**   **Nonpriority creditor's name and mailing address**                                $14,180.00

OILFIELD TECHNICAL SERVICES, LLC
7412 NW 83RD STREET
OKLAHOMA CITY, OK 73132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.360**   **Nonpriority creditor's name and mailing address**                                $50,373.75

OLYMPIC ENERGY SERVICES LLC
C/O RIVIERA FINANCE 51904
PO BOX 823394
PHILADELPHIA, PA 19182-3394

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.361**   **Nonpriority creditor's name and mailing address**                                $169,922.24

OMNOVA SOLUTIONS
PO BOX 978574
DALLAS, TX 75397

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.362** | **Nonpriority creditor's name and mailing address** | | $12,790.00

ONE CALL LOGISTICS, LLC
C/O CORNERSTONE FUNDING, LLC.
PO BOX 53367
MIDLAND, TX 79710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address** | | $1,020.00

ONG TRANSPORT, INC
C/O CHARTER CAPITAL HOLDINGS
PO BOX 270568
HOUSTON, TX 77277

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | | $4,150.62

PAC-VAN INC
75 REMITTANCE DRIVE, STE 3300
CHICAGO, IL 60675

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | | $10,415.04

PACER CORPORATION
25429 US HWY 385
CUSTER, SD 57730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address** | | $12,455.59

PARSLEY ENERGY OPERATIONS LLC
303 COLORADO ST,
SUITE 3000
AUSTIN, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number *(if known)*  6:20-bk-60030

---

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.367** | **Nonpriority creditor's name and mailing address** | $56,821.25

PAYNE'S TRUCKING SERVICE LLC
PO BOX 335
PENNSBORO, WV 26415

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.368** | **Nonpriority creditor's name and mailing address** | $14,705.00

PC LOGISTICS, LLC
916 PURDUE STREET
ODESSA, TX 79765

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.369** | **Nonpriority creditor's name and mailing address** | $7,000.00

PEC PREMIER SAFETY OPERATIONS, LLC
233 GENERAL PATTON AVENUE
MANDEVILLE, LA 70471

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.370** | **Nonpriority creditor's name and mailing address** | $3,182.70

PECOS VALLEY SOUTHERN RAILWAY
PO BOX 33240
SAN ANTONIO, TX 78265

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.371** | **Nonpriority creditor's name and mailing address** | $14,095.35

PERMIAN ELECTRICAL RESOURCES, LLC
7020 NORTH COUNTY ROAD WEST
ODESSA, TX 79764

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number *(if known)*  6:20-bk-60030

---

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| | | |
|---|---|---|
| 3.372 | **Nonpriority creditor's name and mailing address** | $23,796.78 |

PERMIAN MACHINERY MOVERS, INC
PO BOX 11281
ODESSA, TX 79760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.373 | **Nonpriority creditor's name and mailing address** | $960.00 |

PERMIAN WELDING, LLC.
C/O SW COMMERCIAL CAPITAL
PO BOX 784
ODESSA, TX 79760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.374 | **Nonpriority creditor's name and mailing address** | $16,310.60 |

PETTA ENTERPRISES, LLC
PO BOX 1505
CAMBRIDGE, OH 43725

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.375 | **Nonpriority creditor's name and mailing address** | $13,752.91 |

PHASE ELECTRIC MOTORS
1105 S. CEDAR HILL RD.
CEDAR HILL, TX 75104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.376 | **Nonpriority creditor's name and mailing address** | $1,098.04 |

PIEDMONT GAS COMPANY
159 STONECREEK ROAD N.W.
NEW PHILADELPHIA, OH 44663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Anchor Drilling Fluids USA, LLC
           _____
           Name

Case number (if known)   6:20-bk-60030
                         _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.377 | **Nonpriority creditor's name and mailing address** | $27,628.00 |
|---|---|---|

PIERCE FLUIDS CONSULTING LLC
4506 CORONA COURT
MIDLAND, TX 79707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.378 | **Nonpriority creditor's name and mailing address** | $822.75 |
|---|---|---|

PINCH FLATBED, INC
18515 ALDINE WESTFIELD
HOUSTON, TX 77073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.379 | **Nonpriority creditor's name and mailing address** | $5,995.28 |
|---|---|---|

PINNACLE FIELD SERVICE, LLC.
PO BOX 720
PARACHUTE, CO 81635

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.380 | **Nonpriority creditor's name and mailing address** | $22,500.00 |
|---|---|---|

PITTSBURGH LOGISTICS SYSTEMS, INC
3120 UNIONVILLE ROAD, BUILDING 110, SUITE 100
CRANBERRY TOWNSHIP, PA 16066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.381 | **Nonpriority creditor's name and mailing address** | $67,750.00 |
|---|---|---|

PLATINUM ASSETS, LLC
11063-D MEMORIAL DR.  #412
TULSA, OK 74133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number *(if known)*  6:20-bk-60030
                          _____

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.382 | **Nonpriority creditor's name and mailing address** | $63,500.00 |
|---|---|---|

PORTABLE MUD SYSTEMS
PO BOX 7604
MIDLAND, TX 79708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.383 | **Nonpriority creditor's name and mailing address** | $12,516.44 |
|---|---|---|

PREMIER ELECTRIC MOTORS INC
5408 SCR 1200
MIDLAND, TX 79706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.384 | **Nonpriority creditor's name and mailing address** | $52,184.00 |
|---|---|---|

PROCHEM ENERGY SERVICES, INC
9396 HWY 76
HEALDTON, OK 73438

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.385 | **Nonpriority creditor's name and mailing address** | $9,758.78 |
|---|---|---|

PRODUCERS SUPPLY COMPANY INC
121 KIWI DRIVE
WAYNESBURG, PA 15370

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.386 | **Nonpriority creditor's name and mailing address** | $31,400.00 |
|---|---|---|

PROLINE TRACKING INC
PO BOX 9039
NEW IBERIA, LA 70562

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____Anchor Drilling Fluids USA, LLC_____    Case number *(if known)* __6:20-bk-60030_____
           Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.387** | **Nonpriority creditor's name and mailing address** | $276.69

PUBLIC SERVICE COMPANY OF OKLAHOMA
PO BOX 371496
PITTSBURGH, PA 15250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.388** | **Nonpriority creditor's name and mailing address** | $1,918.80

PWC PRODUCT SALES LLC
PO BOX 952282
DALLAS, TX 75395-2282

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.389** | **Nonpriority creditor's name and mailing address** | $3,276,223.95

Q'MAX AMERICA INC
11700 KATY FREEWAY, SUITE 200
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Net Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.390** | **Nonpriority creditor's name and mailing address** | $36,570,632.72

Q'MAX SOLUTIONS INC.
11700 KATY FREEWAY, SUITE 200
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Net Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.391** | **Nonpriority creditor's name and mailing address** | $3,210,924.96

QMAX CANADA OPERATIONS INC.
11700 KATY FREEWAY, SUITE 200
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Net Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number (if known)  6:20-bk-60030
                        _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.392**   **Nonpriority creditor's name and mailing address**                                          $57,468.65

QUALE TRUCKING
PO BOX 970
NEW TOWN, ND 58763

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.393**   **Nonpriority creditor's name and mailing address**                                          $4,400.00

QUALITY ELECTRIC
671 VISTA LANE
CHEYENNE, WY 82009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.394**   **Nonpriority creditor's name and mailing address**                                          $10,229.63

QUALITY MAT COMPANY
6550 TRAM RD.
BEAUMONT, TX 77713

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.395**   **Nonpriority creditor's name and mailing address**                                          $1,515.51

R & R SCALES
2023 US HWY 80 E
ABILENE, TX 79601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.396**   **Nonpriority creditor's name and mailing address**                                          $17,425.27

R CONSTRUCTION COMPANY
PO BOX 189
BUFFALO, TX 75831

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Anchor Drilling Fluids USA, LLC
_____
Name

Case number *(if known)*  6:20-bk-60030
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.397** | **Nonpriority creditor's name and mailing address** | $46,425.32

R.E. TAGGART, LLC
C/O EXPEDITED TRUCKING SRVCS.
250 PARK STREET
BEAVER, PA 15009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.398** | **Nonpriority creditor's name and mailing address** | $5,596.04

RAIN FOR RENT
FILE 52541
LOS ANGELES, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.399** | **Nonpriority creditor's name and mailing address** | $3,105.00

RAM SERVICES, LLC
207 SALT BOX LN
GILLETTE, WY 82716

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.400** | **Nonpriority creditor's name and mailing address** | $3,000.00

RANCH, SCOTT QUALE
9552 41ST ST NW
NEW TOWN, ND 58763

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.401** | **Nonpriority creditor's name and mailing address** | $12,495.00

RANGER OILFIELD SERVICES CORPORATION
PO BOX 594
HENNESSEY, OK 73742

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Anchor Drilling Fluids USA, LLC_____     Case number (if known) __6:20-bk-60030_____
　　　　　　Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.402 | **Nonpriority creditor's name and mailing address** | | $5,362.50 |

RED MESA ENERGY SERVICES, LLC.
PO BOX 398
VERNAL, UT 84078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.403 | **Nonpriority creditor's name and mailing address** | | $4,748.62 |

RED RIVER PUMP SPECIALISTS
1555 WELLS ISLAND RD.
SHREVEPORT, LA 71107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.404 | **Nonpriority creditor's name and mailing address** | | $142,770.00 |

RED RIVER SUPPLY, INC
PO BOX 1146
WILLISTON, ND 58802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.405 | **Nonpriority creditor's name and mailing address** | | $100,962.06 |

RED STAR TRUCKING, LLC.
PO BOX 250
MCALESTER, OK 74502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.406 | **Nonpriority creditor's name and mailing address** | | $840.00 |

RELIANCE INDUSTRIES PRODUCTS
2030 E 8TH ST, STE B
GREELEY, CO 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name                                          Case number (if known)    6:20-bk-60030
                                                                                  _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.407 | Nonpriority creditor's name and mailing address | | $160.39 |
|---|---|---|---|

RELIANT ENERGY
PO BOX 650475
DALLAS, TX 75265

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.408 | Nonpriority creditor's name and mailing address | | $5,297.78 |
|---|---|---|---|

REMSTATE, LLC
20 SOUTH 14TH ST.
PITTSBURGH, PA 15203

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.409 | Nonpriority creditor's name and mailing address | | $1,969.64 |
|---|---|---|---|

REPUBLIC SERVICES
PO BOX 9001099
LOUISVILLE, KY 40290

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.410 | Nonpriority creditor's name and mailing address | | $19,576.00 |
|---|---|---|---|

RICE ELECTRIC COMPANY
PO BOX 429
EIGHTY FOUR, PA 15330

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.411 | Nonpriority creditor's name and mailing address | | $1,557.16 |
|---|---|---|---|

RICHLAND PUMP & SUPPLY
1511 S. CENTRAL AVENUE
SIDNEY, MT 59270

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.412**  **Nonpriority creditor's name and mailing address**                                    $2,962.70

RICOCHET
PO BOX 55
FRIENDLY, WV 26146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.413**  **Nonpriority creditor's name and mailing address**                                    $14,849.00

RIG SITE RENTAL, LP
PO BOX 11330
SPRING, TX 77379

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.414**  **Nonpriority creditor's name and mailing address**                                    $81,154.11

RIG TOOLS, INC
PO BOX 679479
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.415**  **Nonpriority creditor's name and mailing address**                                    $57,985.12

RIGGS CAT
PO BOX 844753
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.416**  **Nonpriority creditor's name and mailing address**                                    $5,600.00

RILEY, STEVEN J
1323 TREASURE LAKE
DU BOIS, PA 15801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor        Anchor Drilling Fluids USA, LLC
              _____        Case number *(if known)* _6:20-bk-60030_
              Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.417 | **Nonpriority creditor's name and mailing address** | $269,290.77 |

RIVERA, HECTOR M.  DBA MILAGROS TRUCKING
C/O SW COMMERCIAL CAPITAL
PO BOX 872
ODESSA, TX 79760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.418 | **Nonpriority creditor's name and mailing address** | $104,720.87 |

RJ WRIGHT AND SONS LTD
PO BOX 67
NEWCOMERSTOWN, OH 43832

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.419 | **Nonpriority creditor's name and mailing address** | $2,960.00 |

ROCKOIL TRANSPORT, LLC.
710 BUFFALO ST.
SUITE 207
CORPUS CHRISTI, TX 78404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.420 | **Nonpriority creditor's name and mailing address** | $16,000.00 |

ROCKY FIELDS, LLC
3010 NW 149TH STREET
SUITE 100
OKLAHOMA CITY, OK 73134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.421 | **Nonpriority creditor's name and mailing address** | $15,080.00 |

RON WILLIAMSON EXCAVATING
2867 TWP RD 289
HAMMONDSVILLE, OH 43930

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Anchor Drilling Fluids USA, LLC       Case number *(if known)*   6:20-bk-60030
     Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.422**   **Nonpriority creditor's name and mailing address**            $18,784.00

ROTATING SOLUTIONS, INC.
274 SERVICE RD.
RAYNE, LA 70578

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various     **Is the claim subject to offset?**
                                     ☐ No
**Last 4 digits of account number**          ☐ Yes

---

**3.423**   **Nonpriority creditor's name and mailing address**            $503,389.23

ROYAL LOGISTICS
C/O CORNERSTONE FUNDING
24 SMITH ROAD
MIDLAND, TX 79705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various     **Is the claim subject to offset?**
                                     ☐ No
**Last 4 digits of account number**          ☐ Yes

---

**3.424**   **Nonpriority creditor's name and mailing address**            $25,738.00

RREF III-P 410 17 ST, LLC.
999 BAKER WAY
STE. 200
SAN MATEO, CA 94404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various     **Is the claim subject to offset?**
                                     ☐ No
**Last 4 digits of account number**          ☐ Yes

---

**3.425**   **Nonpriority creditor's name and mailing address**            $46.82

RT CONNECT
130 SOUTH 9TH ST
WORLAND, WY 82401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various     **Is the claim subject to offset?**
                                     ☐ No
**Last 4 digits of account number**          ☐ Yes

---

**3.426**   **Nonpriority creditor's name and mailing address**            $73,445.50

RUSCO OPERATING LLC
98 SAN JACINTO BLVD, STE 550
AUSTIN, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various     **Is the claim subject to offset?**
                                     ☐ No
**Last 4 digits of account number**          ☐ Yes

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.427 | **Nonpriority creditor's name and mailing address** | | $298.08 |
|---|---|---|---|

RUSH TRUCK CENTER
6015 S. 49TH W. AVENUE
TULSA, OK 74107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.428 | **Nonpriority creditor's name and mailing address** | | $11,858.33 |
|---|---|---|---|

S & K BRUCE ENTERPRISES, INC
212 HIGHWAY 3098
GEORGETOWN, LA 71432

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.429 | **Nonpriority creditor's name and mailing address** | | $1,540.72 |
|---|---|---|---|

S&W STEEL AND SUPPLY,LLC
PO BOX 207
BALMORHEA, TX 79718

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.430 | **Nonpriority creditor's name and mailing address** | | $3,000.00 |
|---|---|---|---|

SARA VIOLA GREWELL MEMORIAL SCHOLARSHIP FUND
1102 W STATE ST.
NEWCOMERSTOWN, OH 43832

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.431 | **Nonpriority creditor's name and mailing address** | | $45,299.39 |
|---|---|---|---|

SAVAGE SWEETS, INC
4869 S. WAREHOUSE RD.
KEARNS, UT 84118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor      Anchor Drilling Fluids USA, LLC
            _____
            Name

Case number (if known)   6:20-bk-60030
                         _____

---

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.432 | **Nonpriority creditor's name and mailing address** | | $469.85 |
|---|---|---|---|

SCHOCKMAN, BRAD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.433 | **Nonpriority creditor's name and mailing address** | | $6,140.47 |
|---|---|---|---|

SCOTT ELECTRIC INC
PO BOX S
GREENSBURG, PA 15601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.434 | **Nonpriority creditor's name and mailing address** | | $23,072.00 |
|---|---|---|---|

SEATEX CORPORATION
PO BOX 671302
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.435 | **Nonpriority creditor's name and mailing address** | | $27,802.90 |
|---|---|---|---|

SELECT INDUSTRIES, INC
PO BOX 2450
WICHITA FALLS, TX 76307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.436 | **Nonpriority creditor's name and mailing address** | | $3,724.72 |
|---|---|---|---|

SHAMROCK STEEL SALES, INC
PO BOX 1492
ODESSA, TX 79760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Anchor Drilling Fluids USA, LLC_____  Case number *(if known)*___6:20-bk-60030_____
       Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.437 | **Nonpriority creditor's name and mailing address** | | $670.04 |
| --- | --- | --- | --- |

SHOPPAS MATERIAL HANDLING
PO BOX 612027
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.438 | **Nonpriority creditor's name and mailing address** | | $235,976.12 |
| --- | --- | --- | --- |

SHRIEVE CHEMICAL PRODUCTS, INC
1755 WOODSTEAD COURT
SPRING, TX 77380

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.439 | **Nonpriority creditor's name and mailing address** | | $3,785.81 |
| --- | --- | --- | --- |

SHROCK, MARK E  DBA STONY POINT SUPPLY, LLC.
7880 STONY POINT ROAD N.W.
SUGARCREEK, OH 44681

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.440 | **Nonpriority creditor's name and mailing address** | | $16,739.62 |
| --- | --- | --- | --- |

SIGNATURE PLACE INVESTMENTS
5909 NW EXPRESSWAY G130
OKLAHOMA CITY, OK 73132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.441 | **Nonpriority creditor's name and mailing address** | | $8,425.60 |
| --- | --- | --- | --- |

SILVERBACK TRANSPORT
400 W. ILLINOIS, STE 100
MIDLAND, TX 79701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor ____Anchor Drilling Fluids USA, LLC____            Case number *(if known)* __6:20-bk-60030__
              Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.442** | **Nonpriority creditor's name and mailing address** | $2,070.76

SIMS PLASTIC, INC
PO BOX 13380
ODESSA, TX 79768

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.443** | **Nonpriority creditor's name and mailing address** | $5,695.17

SINGLE SUPPLY SOURCE LLC
1402 SMITH RD.
HUFFMAN, TX 77336

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.444** | **Nonpriority creditor's name and mailing address** | $59,691.00

SKYHAWK, INC
701 N POST OAK ROAD, STE 540
HOUSTON, TX 77024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.445** | **Nonpriority creditor's name and mailing address** | $4,355.00

SLAYER SERVICES, LLC
959 BELLE COURT
DICKINSON, ND 58601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.446** | **Nonpriority creditor's name and mailing address** | $8,000.00

SMITH LAND CO. LLC
PO BOX 550
SPRINGHILL, LA 71075

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Anchor Drilling Fluids USA, LLC
         _____
         Name

Case number *(if known)*   6:20-bk-60030

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.447 | **Nonpriority creditor's name and mailing address** | $2,420.84 |

SOLBERG MANUFACTURING, INC
DEPT 20-5021
PO BOX 5988
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.448 | **Nonpriority creditor's name and mailing address** | $832.79 |

SOLIS, RENE  DBA RST OILFIELD SERVICES
C/O CASH FLOW EXPERTS, INC.
PO BOX 260074
CORPUS CHRISTI, TX 78426

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.449 | **Nonpriority creditor's name and mailing address** | $4,220.00 |

SONCO LOGISTIC SERVICES, LLC
PO BOX 156
RUNGE, TX 78151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.450 | **Nonpriority creditor's name and mailing address** | $1,063.07 |

SOUTHERN TIRE MART, LLC
PO BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.451 | **Nonpriority creditor's name and mailing address** | $2,261.00 |

SPARKS HOT SHOT SERVICE LLC
851 YELLOW PINE ROAD
SIBLEY, LA 71073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number (if known)  6:20-bk-60030
                        _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.452 | Nonpriority creditor's name and mailing address | | $6,275.33 |
|---|---|---|---|

SPARTAN PUMPS, INC
2435 W.42ND STREET
ODESSA, TX 79764

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.453 | Nonpriority creditor's name and mailing address | | $9,932.40 |
|---|---|---|---|

SPENCER OGDEN, INC
1201 FANNIN STREET
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.454 | Nonpriority creditor's name and mailing address | | $5,425.00 |
|---|---|---|---|

SPENCER, CHRISTOPHER SHAWN
PO BOX 1128
GREENBRIER, AR 72058

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.455 | Nonpriority creditor's name and mailing address | | $8,300.40 |
|---|---|---|---|

STANG AUTOMATION INCORPORATED
100 POINTE MARCELLE
BEAUMONT, AB T4X 0G2
CANADA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.456 | Nonpriority creditor's name and mailing address | | $15,107.50 |
|---|---|---|---|

STAR HOTSHOT SERVICE, INC
891 CANYON VIEW DRIVE 416-4
ROOSEVELT, UT 84066

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor **Anchor Drilling Fluids USA, LLC**
Name

Case number *(if known)* 6:20-bk-60030

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.457 | **Nonpriority creditor's name and mailing address** | | $5,613.96 |
|---|---|---|---|

STATE OF WYOMING
DEPT OF WORKFORCE SERVICES
1510 E PERSHING BLVD 2ND FLOOR
CHEYENNE, WY 82002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.458 | **Nonpriority creditor's name and mailing address** | | $69,781.56 |
|---|---|---|---|

STG DEVELOPMENT LLC
6001 WEST INDUSTRIAL
MIDLAND, TX 79706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.459 | **Nonpriority creditor's name and mailing address** | | $600.08 |
|---|---|---|---|

STRATA NETWORKS
PO BOX 400
ROOSEVELT, UT 84066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.460 | **Nonpriority creditor's name and mailing address** | | $1,325.73 |
|---|---|---|---|

SUDDENLINK
PO BOX 742535
CINCINNATI, OH 45274

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.461 | **Nonpriority creditor's name and mailing address** | | $216.54 |
|---|---|---|---|

SUMMER ENERGY, LLC
PO BOX 660938
DALLAS, TX 75266-0938

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor____Anchor Drilling Fluids USA, LLC_____      Case number _(if known)___6:20-bk-60030_____
         Name

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.462 | **Nonpriority creditor's name and mailing address** | $840.00 |
|---|---|---|

SUN DRILLING PRODUCTS CORP
PO BOX 4563
HOUSTON, TX 77210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.463 | **Nonpriority creditor's name and mailing address** | $10,660.55 |
|---|---|---|

SUNSET INDUSTRIES, INC.
2333 TAYLOR CHAPEL RD.
TROUT, LA 71371

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.464 | **Nonpriority creditor's name and mailing address** | $1,049.40 |
|---|---|---|

SUPERIOR ENERGY RESOURCES, LLC.
2691 ROUTE 219
BROCKWAY, PA 15824

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.465 | **Nonpriority creditor's name and mailing address** | $11,290.55 |
|---|---|---|

SUPERIOR MINERALS
4900 W. EXPRESSWAY 83 STE 106, 107 & 109
MCALLEN, TX 78501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.466 | **Nonpriority creditor's name and mailing address** | $237,968.50 |
|---|---|---|

SYNTHEX ORGANICS, LLC
PO BOX 98
DUNCANSVILLE, PA 16635

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
_____
          Name

Case number *(if known)*  6:20-bk-60030
                          _____

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.467 | **Nonpriority creditor's name and mailing address** |

$486.00

TALX UCM SERVICES, INC
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

3.468  **Nonpriority creditor's name and mailing address**

$717.93

TECUMSEH INDUSTRIES LTD.
604, 21 STREET SE
HIGH RIVER, AB T1V 0A9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

3.469  **Nonpriority creditor's name and mailing address**

$6,975.00

TELLER, RORY M  DBA TEAM TELLER
PO BOX 283
AZTEC, NM 87410

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

3.470  **Nonpriority creditor's name and mailing address**

$2,330.00

TENSTREET LLC
5121 S. WHEELING AVENUE
TULSA, OK 74105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

3.471  **Nonpriority creditor's name and mailing address**

$200,787.75

TERRA OILFIELD SOLUTIONS (OFS COMMANDER)
24900 PITKIN ROAD
SPRING, TX 77386

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Earnout Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number *(if known)*  6:20-bk-60030
                          _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.472 | **Nonpriority creditor's name and mailing address** | | $105,379.15 |
|---|---|---|---|

TETRA SPECIALTY CHEMICALS
PO BOX 841185
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.473 | **Nonpriority creditor's name and mailing address** | | $6,995.00 |
|---|---|---|---|

TEX ENERGY RESOURCES LLC
PO BOX 3667
ODESSA, TX 79760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.474 | **Nonpriority creditor's name and mailing address** | | $5,716.69 |
|---|---|---|---|

TEXA-CHEM SPECIALTIES OF MIDLAND, INC
PO BOX 60426
MIDLAND, TX 79711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.475 | **Nonpriority creditor's name and mailing address** | | $10,986.36 |
|---|---|---|---|

THE HANNON COMPANY DBA CHARLES REWINDING
PO BOX 398
DOVER, OH 44622

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.476 | **Nonpriority creditor's name and mailing address** | | $5.52 |
|---|---|---|---|

THE WASHINGTON - EAST WASHINGTON JOINT AUTHORITY
PO BOX 510
WASHINGTON, PA 15301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
_____
          Name

Case number (if known)  6:20-bk-60030
                        _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.477 | **Nonpriority creditor's name and mailing address** | | $6,202.73 |
|---|---|---|---|

TIE SPECIALTIES, LLC
PO BOX 4734
ODESSA, TX 79760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.478 | **Nonpriority creditor's name and mailing address** | | $25,785.00 |
|---|---|---|---|

TIER 1 RENTAL AND DISTRIBUTION
2 PENN CENTER WEST, STE 328B
PITTSBURGH, PA 15276

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.479 | **Nonpriority creditor's name and mailing address** | | $392,752.09 |
|---|---|---|---|

TIGER CALCIUM, INC
603 15TH AVE
NISKU, AB T9E 7M6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.480 | **Nonpriority creditor's name and mailing address** | | $1,368.64 |
|---|---|---|---|

TIGER TRANSFER, LLC
PO BOX 255
UPTON, WY 82730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.481 | **Nonpriority creditor's name and mailing address** | | $47,367.79 |
|---|---|---|---|

TIL CENTRIFUGE OF AMERICA, INC
1826 RANGER HWY
WEATHERFORD, TX 76088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Anchor Drilling Fluids USA, LLC    Case number (if known)  6:20-bk-60030
_____
Name

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.482** | **Nonpriority creditor's name and mailing address** | $6,006.00

TIMBERLINE, INC
PO BOX 790190
VERNAL, UT 84079

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.483** | **Nonpriority creditor's name and mailing address** | $331.33

TIME WARNER CABLE
PO BOX 901
CAROL STREAM, IL 60132

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.484** | **Nonpriority creditor's name and mailing address** | $1,955.60

TIMMONS WELDING SERVICE
858 FULLER STREET
DOYLINE, LA 71023

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.485** | **Nonpriority creditor's name and mailing address** | $7,210.51

TISDALE CREEK RANCH, INC.
1106 E LINCOLN STREET
GILLETTE, WY 82716

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.486** | **Nonpriority creditor's name and mailing address** | $1,480.22

TJ ELECTRIC LLC
3407 CAMEO COURT
GILLETTE, WY 82718

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.487 | **Nonpriority creditor's name and mailing address** | | $249.22 |
|---|---|---|---|

TOTAL GRAPHICS MANAGEMENT
15018 MINTZ LANE
HOUSTON, TX 77014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.488 | **Nonpriority creditor's name and mailing address** | | $97,372.88 |
|---|---|---|---|

TOTAL QUALITY LOGISTICS
PO BOX 634558
CINCINNATI, OH 45263

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.489 | **Nonpriority creditor's name and mailing address** | | $22,328.21 |
|---|---|---|---|

TRANS PECOS INSTRUMENT & SUPPLY
PO DRAWER 71
PECOS, TX 79772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.490 | **Nonpriority creditor's name and mailing address** | | $6,650.00 |
|---|---|---|---|

TRANSTROM, JAY E  DBA CHERRY CREEK RENTALS
JAY E TRANSTROM
2121 130TH AVE. NW
ARNEGARD, ND 58835

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.491 | **Nonpriority creditor's name and mailing address** | | $203.05 |
|---|---|---|---|

TRI COUNTY FIRE PROTECTION
PO BOX 309
RIFLE, CO 81650

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number (if known) | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.492 | **Nonpriority creditor's name and mailing address** | | $10,062.50 |
|---|---|---|---|

TRI-FORCE PROHYDRO, LLC.
P.O. BOX 53367
MIDLAND, TX 79710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.493 | **Nonpriority creditor's name and mailing address** | | $1,400.00 |
|---|---|---|---|

TRI-VISION CORPORATION II DBA JAN-PRO CLEANING SYSTEMS OF
CO
215 UNION BLVD.
SUITE 210
LAKEWOOD, CO 80228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.494 | **Nonpriority creditor's name and mailing address** | | $300.00 |
|---|---|---|---|

TRIPLE S DISPOSAL, INC
PO BOX 22
SAVAGE, MT 59262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.495 | **Nonpriority creditor's name and mailing address** | | $3,200.00 |
|---|---|---|---|

TRISTATE SWEEPING, LLC
PO BOX 2521
WINTERSVILLE, OH 43953

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.496 | **Nonpriority creditor's name and mailing address** | | $6,200.00 |
|---|---|---|---|

TRUENORTH STEEL
NW 560530
P.O. BOX 1450
MINNEAPOLIS, MN 55485

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.497** | Nonpriority creditor's name and mailing address | $1,710.00

TU & FRUM INC
PO BOX 146
LAPOINT, UT 84039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.498** | Nonpriority creditor's name and mailing address | $873.00

TULSA COUNTY TREASURER
500 SOUTH DENVER
TULSA, OK 74103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.499** | Nonpriority creditor's name and mailing address | $ Undetermined

TURRENTINE, BRETT
C/O JOSEPHSON DUNLAP LAW FIRM
ATTN: MICHAEL A. JOSEPHSON
11 GREENWAY PLAZA, SUITE 3050
HOUSTON, TX 77046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employee Claim - Civil Action No. 2:18-cv-10007

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.500** | Nonpriority creditor's name and mailing address | $54,227.71

TYNDALE COMPANY
5050 APPLEBUTTER ROAD
PIPERSVILLE, PA 18947

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.501** | Nonpriority creditor's name and mailing address | $11,183.33

ULINE
ATTN: ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO, IL 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Anchor Drilling Fluids USA, LLC
_____
        Name

Case number *(if known)*  6:20-bk-60030
                          _____

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.502** | **Nonpriority creditor's name and mailing address** | $1,830.76

ULLMAN OIL COMPANY, LLC
PO BOX 23399
CHAGRIN FALLS, OH 44023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.503** | **Nonpriority creditor's name and mailing address** | $124,682.09

UNITED CENTRIFUGE MFG INC
7304 30TH STREET
STE 102
CALGARY, AB T2C 1W2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.504** | **Nonpriority creditor's name and mailing address** | $2,419.25

UNITED OIL COMPANY, INC
1800 NORTH FRANKLIN STREET
PITTSBURGH, PA 15233

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.505** | **Nonpriority creditor's name and mailing address** | $228.89

UNITED POWER
PO BOX 173703
DENVER, CO 80217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.506** | **Nonpriority creditor's name and mailing address** | $135,894.85

UNITED RENTALS (NORTH AMERICA) INC
PO BOX 100711
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number *(if known)*  6:20-bk-60030
                          _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.507 | **Nonpriority creditor's name and mailing address** | | $25,956.00 |
|---|---|---|---|

UNIVAR USA INC
PO BOX 849027
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.508 | **Nonpriority creditor's name and mailing address** | | $7,340.30 |
|---|---|---|---|

URIAS HOT SHOT & TRANSPORTATION
PO BOX 1875
PECOS, TX 79772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.509 | **Nonpriority creditor's name and mailing address** | | $6,900.59 |
|---|---|---|---|

URIEL COVERNALI DBA MEGLADON R & S
3306 VERONA DRIVE
ODESSA, TX 79765

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.510 | **Nonpriority creditor's name and mailing address** | | $10,299.80 |
|---|---|---|---|

US SALT, LLC
PO BOX 6520
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.511 | **Nonpriority creditor's name and mailing address** | | $21,525.63 |
|---|---|---|---|

USA TRUCKING
5370 POISON SPIDER ROAD
CASPER, WY 82604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number (if known)  6:20-bk-60030
                        _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.512 | **Nonpriority creditor's name and mailing address** | | $299,215.00 |
|---|---|---|---|

UV LOGISTICS
PO BOX 975357
DALLAS, TX 75397

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.513 | **Nonpriority creditor's name and mailing address** | | $9,898.88 |
|---|---|---|---|

VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.514 | **Nonpriority creditor's name and mailing address** | | $1,600.00 |
|---|---|---|---|

VERSATILE AG SYSTEMS LLC
291 COUNTY ROAD 152
CARPENTER, WY 82054

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.515 | **Nonpriority creditor's name and mailing address** | | $2,803.68 |
|---|---|---|---|

VIBRATION DYNAMICS
8133 TRANQUIL LAKE WAY
CONROE, TX 77385

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.516 | **Nonpriority creditor's name and mailing address** | | $23,201.00 |
|---|---|---|---|

VIKING TRANSPORT, LLC
PO BOX 219
NEW SUMMERFIELD, TX 75780

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Anchor Drilling Fluids USA, LLC
_____
          Name

Case number (if known)  6:20-bk-60030
                        _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.517** | **Nonpriority creditor's name and mailing address** | $7,142.85

VILLAGE OF WELLSVILLE
WELLSVILLE MAYORS OFFICE
1200 MAIN STREET
WELLSVILLE, OH 43968

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.518** | **Nonpriority creditor's name and mailing address** | $4,200.00

WAGNER ELECTRICAL CONTRACTING LLC
101 CORAOPOLIS ROAD
CORAOPOLIS, PA 15108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.519** | **Nonpriority creditor's name and mailing address** | $6,066.30

WAGNER SUPPLY COMPANY INC
PO BOX 225387
DALLAS, TX 75222

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.520** | **Nonpriority creditor's name and mailing address** | $1,000.00

WARREN TRUCKING, LLC
PO BOX 103
DEXTER CITY, OH 45727

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.521** | **Nonpriority creditor's name and mailing address** | $1,113.48

WASTE CONNECTIONS OF OKLAHOMA, INC-CHICKASHA
PO BOX 679859
DALLAS, TX 75267-9859

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Anchor Drilling Fluids USA, LLC
_____
Name                                              Case number *(if known)*  6:20-bk-60030
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.522 | **Nonpriority creditor's name and mailing address** | | $543.18 |
|---|---|---|---|

WASTE CONNECTIONS, INC
PO BOX 7428
PASADENA, CA 91109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.523 | **Nonpriority creditor's name and mailing address** | | $450.96 |
|---|---|---|---|

WASTE MANAGEMENT OF VAN BUREN
PO BOX 55558
BOSTON, MA 02205-5558

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.524 | **Nonpriority creditor's name and mailing address** | | $25,451.50 |
|---|---|---|---|

WATER SCIENCE TECHNOLOGIES, IN
PO BOX 2207
BIRMINGHAM, AL 35201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.525 | **Nonpriority creditor's name and mailing address** | | $220.50 |
|---|---|---|---|

WATER WORKS C&R, LLC
2425 STAFFORD BLVD.
PECOS, TX 79772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.526 | **Nonpriority creditor's name and mailing address** | | $2,040.00 |
|---|---|---|---|

WC WELDING SERVICES
162 BEAVER HOLLOW RD.
LAKEWOOD, PA 18439

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Anchor Drilling Fluids USA, LLC | Case number *(if known)* | 6:20-bk-60030 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.527**  **Nonpriority creditor's name and mailing address**                                                    $150,440.00

WEGO CHEMICAL & MINERAL
239 GREAT NECK ROAD
GREAT NECK, NY 11021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.528**  **Nonpriority creditor's name and mailing address**                                                     $76,483.30

WEIR SEABOARD
PO BOX 301861
DALLAS, TX 75303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.529**  **Nonpriority creditor's name and mailing address**                                                     $11,171.86

WELCH EQUIPMENT CO.
PO BOX 912504
DENVER, CO 80291

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.530**  **Nonpriority creditor's name and mailing address**                                                     $34,199.00

WELLS FARGO RAIL CORP
PO BOX 60546
CHARLOTTE, NC 28260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.531**  **Nonpriority creditor's name and mailing address**                                                        $999.78

WEST SUN TEX, LLC
PO BOX 1662
PECOS, TX 79772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC        Case number *(if known)* 6:20-bk-60030
       Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.532** | **Nonpriority creditor's name and mailing address** | $85.55

WEST TEX DISPOSAL
PO BOX 69161
ODESSA, TX 79769

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.533** | **Nonpriority creditor's name and mailing address** | $5,355.65

WEST TEXAS DRUM CO., LTD
PO BOX 3238
SALT LAKE CITY, UT 84110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address** | $2,118.56

WEST TIRE & ALIGNMENT
PO BOX 876
BELLE FOURCHE, SD 57717

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address** | $1,363.84

WESTERN WASTE SOLUTIONS, INC
PO BOX 1494
GILLETTE, WY 82717

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address** | $2,600.00

WHITE FIELDS INVITATIONAL
C/O KENZIE MYLES
14201 WIRLESS WAY STE 300
OKLAHOMA CITY, OK 73134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  Anchor Drilling Fluids USA, LLC
_____
Name

Case number (if known)  6:20-bk-60030

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

| 3.537 | **Nonpriority creditor's name and mailing address** | $8,385.00 |
|---|---|---|

WHITE'S EQUIPMENT RENTAL, LLC
PO BOX 6145
HERMITAGE, PA 16148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.538 | **Nonpriority creditor's name and mailing address** | $12,479.42 |
|---|---|---|

WHITE'S WELDING, LLC
PO BOX 6147
HERMITAGE, PA 16148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.539 | **Nonpriority creditor's name and mailing address** | $6,300.00 |
|---|---|---|

WILDCAT MINERALS HOLDINGS, LLC
5960 BERKSHIRE BLVD.
SUITE 800
DALLAS, TX 75225-6068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.540 | **Nonpriority creditor's name and mailing address** | $587.36 |
|---|---|---|

WILLIAMS TOYOTA LIFT
PO BOX 359
EAST SPARTA, OH 44626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.541 | **Nonpriority creditor's name and mailing address** | $1,449.00 |
|---|---|---|

WILLOUGHBY TRUCKING INC
PO BOX 4997
CORPUS CHRISTI, TX 78469

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Anchor Drilling Fluids USA, LLC
_____
Name

Case number *(if known)*  6:20-bk-60030

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.542** | **Nonpriority creditor's name and mailing address** | $112.38

WILSONS HEAT & AIR, INC.
PO BOX 364
VAN BUREN, AR 72957

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.543** | **Nonpriority creditor's name and mailing address** | $36,290.13

WINCH & WRENCH DBA BLUE SKY ENERGY SERVICES
PO BOX 12787
ODESSA, TX 79768

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.544** | **Nonpriority creditor's name and mailing address** | $750.58

WINDSTREAM
PO BOX 9001908
LOUISVILLE, KY 40290

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.545** | **Nonpriority creditor's name and mailing address** | $4,880.00

WISE SERVICES, INC
PO BOX 427
LYMAN, WY 82937

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.546** | **Nonpriority creditor's name and mailing address** | $107.73

WOFFORD TRUCK PARTS
PO BOX 2208
DECATUR, AL 35609

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name                                          Case number *(if known)* 6:20-bk-60030

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.   **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.547 | **Nonpriority creditor's name and mailing address** | | $9,000.00 |

WOLVERINE SERVICES LLC
PO BOX C
JAL, NM 88252

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.548 | **Nonpriority creditor's name and mailing address** | | $5,836.00 |

WOODWARD COUNTY TREASURER
1600 MAIN STREET, STE 10
WOODWARD, OK 73801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.549 | **Nonpriority creditor's name and mailing address** | | $4,606.00 |

WOODWARD HULL, INC.
PO BOX 1031
WOODWARD, OK 73802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.550 | **Nonpriority creditor's name and mailing address** | | $44,957.47 |

WOOLRIDGE OIL COMPANY, INC
1315 NW HWY 270
WILBURTON, OK 74578

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.551 | **Nonpriority creditor's name and mailing address** | | $1,978.00 |

WTG FUELS, INC
PO BOX 3514
MIDLAND, TX 79702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____Anchor Drilling Fluids USA, LLC_____     Case number _(if known)_ __6:20-bk-60030_____
           Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

| 3.552 | **Nonpriority creditor's name and mailing address** | | $394.74 |
|---|---|---|---|

XCEL ENERGY
PO BOX 9477
MINNEAPOLIS, MN 55484

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | | $810.00 |
|---|---|---|---|

XCEL TRUCKING LLC
301 58TH ST W  #592
WILLISTON, ND 58801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | | $9,937.32 |
|---|---|---|---|

XYLEM DEWATERING SOLUTIONS, INC.
28611 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | | $4,596.75 |
|---|---|---|---|

ZECO EQUIPMENT LLC
PO BOX 1459
VERNAL, UT 84078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | | $125.00 |
|---|---|---|---|

ZUBIATE HOT OIL LLC
PO BOX 245
ROOSEVELT, UT 84066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Anchor Drilling Fluids USA, LLC
          _____
          Name

Case number *(if known)*   6:20-bk-60030
          _____

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 1  TAFT STETTINIUS & HOLLISTER LLP<br>ONE INDIANA SQUARE<br>SUITE 3500<br>INDIANAPOLIS, IN 46214 | Line 91<br>☐ Not listed. Explain _____ | |

Debtor    Anchor Drilling Fluids USA, LLC        Case number *(if known)* 6:20-bk-60030

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ _____ 0.00 <br> + undetermined amounts |
| 5b.  **Total claims from Part 2** | 5b. **+** | $ _____ 71,679,240.44 <br> + undetermined amounts |
| 5c.  **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ _____ 71,679,240.44 <br> + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  Anchor Drilling Fluids USA, LLC

United States Bankruptcy Court for the: Southern _____ District of Texas

Case number (If known):  6:20-bk-60030 _____  Chapter  11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/23/2019 | 89 ENERGY, LLC<br>109 N HUDSON AVE<br>OKLAHOMA CITY, OK 73102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 995 North 5th Avenue Brighton, CO 80603; Dated 06/15/2013 | 995 PARTNERS, LLC<br>PO BOX 323<br>BRIGHTON, CO 80601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 06/14/2019 | ACACIA EXPLORATION PARTNERS, LLC<br>909 LAKE CAROLYN PKWY, SUITE 1500<br>IRVING, TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/09/2016 | AETHON ENERGY OPERATING, LLC<br>12377 MERIT DRIVE, STE 1200<br>DALLAS, TX 75251 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/16/2017 | AETHON ENERGY OPERATING, LLC<br>12377 MERIT DRIVE, STE 1200<br>DALLAS, TX 75251 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      Anchor Drilling Fluids USA, LLC
            Name                                              Case number (if known)  6:20-bk-60030

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 12/13/2010 | ALTA NATURAL RESOURCES, LLC<br>500 DALLAS - STE 2920<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 12/18/2018 | ALTAMONT ENERGY OPERATING LLC<br>8490 EAST CRESCENT PARKWAY, STE 100<br>ENGLEWOOD, CO 80111 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 07/08/2019 | AMERICAN REFINING GROUP, INC.<br>PO BOX 644811<br>PITTSBURGH, PA 15264 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement No. MPA-18-0005; Dated 06/15/2018 | AMERICAN REFINING GROUP, INC.<br>PO BOX 644811<br>PITTSBURGH, PA 15264 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/29/2020 | AMPLIFY ENERGY OPERATING LLC<br>500 DALLAS ST, STE 1700<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/15/2004 | ANADARKO PETROLEUM CORPORATION<br>PO BOX 4995<br>THE WOODLANDS, TX 77387 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/16/2015 | ANSCHUTZ EXPLORATION CORPORATION<br>PO BOX 9012 LAWRENCE<br>LAWRENCE, KS 66044 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     Anchor Drilling Fluids USA, LLC                          Case number *(if known)*  6:20-bk-60030
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 05/30/2014 | ANTERO RESOURCES CORPORATION<br>12 E CALIFORNIA AVE, STE 200<br>OKLAHOMA CITY, OK 73104 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - 302 SE 3rd Street Wilburton Oklahoma  74578; Dated 01/05/2017 | ARKANSAS-OKLAHOMA RAILROAD COMPANY<br>116 W MAIN<br>WILBURTON, OK 74578 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 06/26/2019 | ASCENT RESOURCES - UTICA, LLC<br>PO BOX 13678<br>OKLAHOMA CITY, OK 73113 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 08/27/2018 | AUBURN OPERATING, LLC<br>10 DESTA DRIVE, SUITE 260E<br>MIDLAND, TX 79705 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 10/12/2015 | AXIA ENERGY II, LLC<br>1805 SHEA CENTER DRIVE, STE 400<br>HIGHLANDS RANCH, CO 80129 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - 2414 W. Towne Street  Glendive, MT  59330; Dated 08/01/2011 | B&H WELDING & MACHINE COMPANY, INC.<br>2416 W TOWNE ST<br>GLENDIVE, MT 59330 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement; Dated 04/07/2020 | BARRETT REMODELING LTD.<br>243 CHESTER AVENUE<br>ROSCOE, PA 15477 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor      Anchor Drilling Fluids USA, LLC                             Case number (if known)  6:20-bk-60030
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 12/21/2018 | BASIC ENERGY SERVICES, L.P.<br>24 UNION CHAPEL ROAD<br>GILLETTE, WY 82718 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement; Dated 02/19/2020 | BEDROCK PETROLEUM CONSULTING, LLC<br>201 RUE ILBERVILLE, SUITE 600<br>LAFAYETTE, LA 70508 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 3067 S. Hwy 37 Access Three Rivers, TX 78071; Dated 09/07/2011 | BERRY CONTRACTING, L.P., DBA BAY, LTD.<br>PO BOX 9908<br>CORPUS CHRISTI, TX 78469 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/14/2010 | BILL BARRETT CORPORATION<br>1099 18TH STREET, STE 2300<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/16/2018 | BKV OPERATING, LLC<br>12231 STATE ROUTE 706<br>MONTROSE, PA 18801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/13/2020 | BLACK MOUNTAIN OIL & GAS III, LLC<br>500 MAIN STREET, SUITE 1200<br>FORT WORTH, TX 76102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/07/2018 | BLAKE PRODUCTION COMPANY, INC.<br>1601 NW EXPRESSWAY, STE 777<br>OKLAHOMA CITY, OK 73118 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Anchor Drilling Fluids USA, LLC                              Case number (if known)  6:20-bk-60030
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 515 S. 3rd Street McAlester, OK 74501; Dated 01/01/2008 | BLANSETT, ALFRED PO BOX 3357 MCALESTER, OK 74502 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement of Payment Plan; Dated 10/14/2019 | BLUE WATER RESOURCES LLC 2512 EAST 71ST STREET, STE B TULSA, OK 74136 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 200 Enterprise Drive Newcomerstown, OH 43832; Dated 06/01/2017 | BMS ENTERPRISES, LLC PO BOX 175 DILL CITY, OK 73641 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Rail Track #3127 Dickinson; Dated 02/17/2011 | BNSF RAILWAY COMPANY PO BOX 676152 DALLAS, TX 75267 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 402 10th Avenue, NE  Sidney, MT 59270; Dated 06/01/2011 | BNSF RAILWAY COMPANY PO BOX 676152 DALLAS, TX 75267 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/14/2019 | BRC OPERATING COMPANY LLC 200 CRESCENT COURT, SUITE 1900 DALLAS, TX 75201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/23/2018 | BROOKS PETROLEUM COMPANY 7104 GLENEAGLES DRIVE TYLER, TX 75703 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Anchor Drilling Fluids USA, LLC
          Name

Case number (if known)  6:20-bk-60030



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 09/26/2018 | BRUIN E&P OPERATING, LLC<br>602 SAWYER STREET, STE 710<br>HUMBLE, TX 77396 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | Transportation Services Agreement; Dated 02/28/2020 | C&L ENTERPRISE, LLC<br>78 MUTSON RD<br>MINERAL WELLS, WV 26150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/13/2009 | CABOT OIL & GAS CORPORATION<br>2000 PARK LANE, STE 300<br>PITTSBURGH, PA 15275 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/22/2013 | CAERUS OIL & GAS, LLC<br>1001 17TH STREET, STE 1600<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/01/2019 | CAERUS PICEANCE LLC<br>1001 17TH STREET, STE. 1600<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 06/20/2017 | CAMINO NATURAL RESOURCES, LLC<br>1401 17TH STREET, SUITE 1000<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/15/2018 | CAPSTONE NATURAL RESOURCES, LLC<br>1421 E 45TH STREET<br>SHAWNEE, OK 74804 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____Anchor Drilling Fluids USA, LLC_____  Case number (if known) _6:20-bk-60030___
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/08/2004 | CARL E. GUNGOLL EXPLORATION, LLC<br>PO BOX 18466<br>OKLAHOMA CITY, OK 73154 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 10845 US Hwy 212 Belle Fourche, SD 57717; Dated 11/01/2014 | CARR HOLDING, LLC<br>10845 US HWY 212<br>BELLE FOURCHE, SD 57717 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 02/22/2017 | CASILLAS OPERATING LLC<br>401 S. BOSTON AVE, STE. 2400<br>TULSA, OK 74103 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/11/2015 | CENTENNIAL RESOURCE PRODUCTION, LLC<br>1401 17TH STREET, STE 1000<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/24/2003 | CHESAPEAKE OPERATING, INC.<br>PO BOX 548806<br>OKLAHOMA CITY, OK 73154 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/25/2010 | CHESAPEAKE OPERATING, INC.<br>PO BOX 548806<br>OKLAHOMA CITY, OK 73154 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement of Settlement; Dated 11/01/2019 | CHESAPEAKE OPERATING, L.L.C.<br>6100 N. WESTERN AVE.<br>OKLAHOMA CITY, OK 73118 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     Anchor Drilling Fluids USA, LLC          Case number *(if known)*  6:20-bk-60030
                    Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Guaranty Agreement; Dated 11/21/2019 | CHEVRON PHILLIPS CHEMICAL COMPANY LP<br>10001 SIX PINE DRIVE<br>THE WOODLANDS, TX 77380 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/01/2019 | CHEVRON U.S.A INC.<br>PO BOX 2100<br>HOUSTON, TX 77252 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/04/2013 | CHEYENNE PETROLEUM COMPANY<br>14000 QUAIL SPRINGS PKWY #2200<br>OKLAHOMA CITY, OK 73134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/12/2018 | CHIEF OIL & GAS LLC<br>8111 WESTCHESTER DR, STE 900<br>DALLAS, TX 75225 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 2400 Clark Avenue Wellsville, OH 43968; Dated 12/01/2011 | CIMBAR PERFORMANCE MINERALS WV, LLC<br>49-0 JACKSON LAKE ROAD<br>CHATSWORTH, GA 30705 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement; Dated 01/10/2019 | CIMBAR PERFORMANCE MINERALS WV, LLC<br>49-0 JACKSON LAKE ROAD<br>CHATSWORTH, GA 30705 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 104 14th Avenue NW Sidney, MT 59270; Dated 04/29/2013 | CITY OF SIDNEY<br>115 2ND STREET S.E.<br>SIDNEY, MT 59270 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    <u>Anchor Drilling Fluids USA, LLC</u>
         Name

Case number *(if known)*  <u>6:20-bk-60030</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 1122 West State St.  Newcomerstown, OH 43832; Dated 11/01/2019 | CLARK, PENNY 1102 W STATE STREET NEWCOMERSTOWN, OH 43832 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/22/2019 | CLEAN ENERGY EXPLORATION AND PRODUCTION, LLC ("CEEP") 2620 EGYPT ROAD NORRISTOWN, PA 19403 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 18 Murray Court Parachute, CO 81635; Dated 06/01/2014 | CLEAR CREEK RANCH, LLC PO BOX 301 PARACHUTE, CO 81635 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement; Dated 11/01/2019 | COCHERAN, BRAD 16768 LITTLE LEAF CT. EDMOND, OK 73012 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/10/2012 | COG OPERATING, LLC 600 W ILLINOIS AVE MIDLAND, TX 79701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/04/2015 | CRESCENT POINT ENERGY U.S. CORPORATION 707 7TH AVE SW, STE 300 CALGARY, AB T2P 3H6 CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/07/2019 | CREST RESOURCES, INC. 15 E. 5TH STREET, SUITE 3650 TULSA, OK 74103 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor        Anchor Drilling Fluids USA, LLC
              Name

Case number *(if known)*  6:20-bk-60030

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 06/06/2017 | CRIMSON EXPLORATION OPERATING INC.<br>717 TEXAS AVENUE, STE 2900<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/16/2015 | CROWNQUEST OPERATING, LLC<br>PO BOX 53310<br>MIDLAND, TX 79710 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - SW SE Section 1, T07N R59E Baker, MT; Dated 04/01/2019 | D&M SOLUTIONS, INC.<br>PO BOX 848<br>BAKER, MT 59313 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 21 Shell Oil Road Baker, MT 59313; Dated 04/01/2013 | D&M SOLUTIONS, INC.<br>PO BOX 848<br>BAKER, MT 59313 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/21/2017 | DELAWARE ENERGY, LLC<br>PO BOX 129<br>BROUSSARD, LA 70518 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 20 Encore Road Belle Creek, MT  59317; Dated 07/19/2012 | DENBURY RESOURCES<br>PO BOX 251289<br>PLANO, TX 75025 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Terms Agreement No. CW2252344 & Amendments 1 & 2; Dated 07/18/2019 | DEVON ENERGY PRODUCTION COMPANY, L.P.<br>PO BOX 3198<br>OKLAHOMA CITY, OK 73101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Anchor Drilling Fluids USA, LLC                  Case number *(if known)*  6:20-bk-60030
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.69** | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement No. CW2259356; Dated 05/01/2019 | DEVON ENERGY PRODUCTION COMPANY, L.P. PO BOX 3198 OKLAHOMA CITY, OK 73101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 02/28/2017 | DIAMONDBACK E&P, LLC 515 CENTRAL PARK DRIVE, SUITE 500 OKLAHOMA CITY, OK 73105 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement; Dated 02/13/2019 | DONLEY, STEVEN 13927 BARRYKNOLL LN. HOUSTON, TX 77079 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.72** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement; Dated 04/07/2019 | DOW, DANIEL 124 DEAN STREET NICHOLS, NY 13812 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.73** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/23/2018 | EAGLE ROAD OIL, LLC 321 SOUTH BOSTON, STE 301 TULSA, OK 74103 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.74** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 07/25/2019 | EAGLE VALLEY DEVELOPMENT LLC 3698 RANCH ROAD 620 S, SUITE 111 AUSTIN, TX 78738 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.75** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/30/2018 | EAP OPERATING, LLC 5847 SAN FELIPE ST, STE 300 HOUSTON, TX 77057 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    ___Anchor Drilling Fluids USA, LLC_____     Case number (if known) __6:20-bk-60030_____
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 09/23/2011 | ECLIPSE RESOURCES I, LP<br>2121 OLD GATESBURG ROAD, STE 110<br>STATE COLLEGE, PA 16803 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/03/2014 | ECLIPSE RESOURCES-OHIO, LP<br>2121 OLD GATESBURG ROAD, STE 110<br>STATE COLLEGE, PA 16803 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 09/10/2019 | EDGE ENERGY II LLC<br>1301 WASHINGTON AVENUE, SUITE 300<br>GOLDEN, CO 80401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/21/2019 | EL TORO RESOURCES, LLC<br>4301 CALIBER DR., STE 200<br>OKLAHOMA CITY, OK 73134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 07/17/2019 | ELEVATION RESOURCES LLC<br>200 N LORAINE, SUITE 1010<br>MIDLAND, TX 79701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 09/21/2010 | ENCANA OIL & GAS (USA) INC.<br>370 17TH STREET, STE 1700<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement No. 302153 & Amendment No. 1; Dated 02/14/2019 | ENCANA OIL & GAS (USA) INC.<br>370 17TH STREET, STE 1700<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  <u>Anchor Drilling Fluids USA, LLC</u>
Name

Case number *(if known)*  <u>6:20-bk-60030</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/23/2018 | ENDEAVOR ENERGY RESOURCES, L.P. ITS D/B/AS, SUBSIDIARIES AND/OR ITS AFFILIATES<br>110 N MARIENFELD, STE 200<br>MIDLAND, TX 79701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement No. ENER-MSA19-1156; Dated 04/01/2019 | ENERPLUS RESOURCES (USA) CORPORATION<br>950 17TH STREET, STE 2200<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 07/06/2016 | EOG RESOURCES, INC.<br>P.O. BOX 4362<br>HOUSTON, TX 77210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/03/2018 | EOG RESOURCES, INC.<br>P.O. BOX 4362<br>HOUSTON, TX 77210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement No. PUR9375; Dated 08/12/2010 | EQT PRODUCTION COMPANY<br>ATTN: MELISSA BARR (21L6E)<br>PITTSBURGH, PA 15222 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement No. 0000001581; Dated 07/18/2019 | EQUINOR ENERGY LP<br>PO BOX 21277<br>DALLAS, TX 75211 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/09/2019 | ESCONDIDO RESOURCES OPERATING COMPANY, LLC<br>2002 W GRAND PARKWAY N, SUITE 205<br>KATY, TX 77449 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    __Anchor Drilling Fluids USA, LLC_____    Case number (if known) __6:20-bk-60030___
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/25/2011 | EXCO RESOURCES (PA), LLC<br>12377 MERIT DRIVE, STE 1700<br>DALLAS, TX 75251 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest | Master Equipment Lease Agreement No 21659; Dated 02/06/2019 | FIRST NATIONAL CAPITAL, LLC<br>1029 HWY 6 NORTH, STE. 650-283<br>HOUSTON, TX 77079 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 06/07/2019 | FLYWHEEL ENERGY PRODUCTION, LLC<br>621 N ROBINSON, SUITE 300<br>OKLAHOMA CITY, OK 73101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement; Dated 05/01/2020 | FOLEY, JEREMY<br>3430 ASTORBROOK WAY<br>HIGHLANDS RANCH, CO 80126 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/27/2019 | FOUNDATION ENERGY MANAGEMENT, LLC<br>5057 KELLER SPRINGS RD, SUITE 650<br>ADDISON, TX 75001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 7335 S. Lewis Ave., Suite 209 Tulsa OK; Dated 11/01/2019 | GCM SO, L.L.C.<br>1401 SOUTH BOULDER AVENUE<br>SUITE 200<br>TULSA, OK 74119 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/25/2016 | GEP HAYNESVILLE, LLC<br>1425 LAKE FRONT CIRCLE<br>THE WOODLANDS, TX 77380 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Anchor Drilling Fluids USA, LLC
          Name                                          Case number (if known)  6:20-bk-60030

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/08/2019 | GRENADIER ENERGY PARTNERS II, LLC<br>24 WATERWAY AVE., SUITE 875<br>THE WOODLANDS, TX 77380 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/24/2012 | GULFPORT ENERGY CORPORATION<br>3001 QUAIL SPRINGS PARKWAY<br>OKLAHOMA CITY, OK 73134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement & Amendment No. 1; Dated 04/26/2013 | HESS CORPORATION<br>PO BOX 696417<br>SAN ANTONIO, TX 78269 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement; Dated 04/07/2020 | HIBLEY, JUSTIN<br>16 VIDALIA DRIVE<br>HATTIESBURG, MS 39402 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Transportation Services Agreement; Dated 02/01/2020 | HIGH PLAINS TRANSPORT INC.<br>PO BOX 564<br>MOUNTAIN VIEW, WY 82939 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/04/2019 | HIGHLAND FIELD SERVICES, LLC<br>51 ZENTS BLVD<br>BROOKVILLE, PA 15825 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 02/28/2018 | HIGHPEAK ENERGY, LP<br>421 W 3RD STREET, STE 1000<br>FORT WORTH, TX 76102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____Anchor Drilling Fluids USA, LLC_____     Case number *(if known)* __6:20-bk-60030__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 02/22/2018 | HILCORP ENERGY COMPANY<br>PO BOX 61529<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Commission Sales Agreement; Dated 01/25/2019 | HOOPER, STEPHEN<br>1800 MULHOLLAND DRIVE<br>EDMOND, OK 73012 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 124 Wygant Road Horseheads, NY 14845; Dated 10/01/2012 | HORSEHEADS SAND & TRANSLOADING TERMINAL, LLC<br>C/O RLB HOLDINGS<br>343 GREENWICH AVE., STE 200<br>GREENWICH, CT 06831 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement; Dated 08/08/2016 | HTK CONSULTANTS, INC.<br>450 GEARS ROAD, STE 125<br>HOUSTON, TX 77067 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement & Amendment No. 1; Dated 08/29/2018 | HUNT MARCELLUS OPERATING COMPANY, LLC<br>1900 NORTH AKARD STREET<br>DALLAS, TX 75201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement and all Amendment Nos. 1 -5; Dated 08/29/2018 | HUNT OIL COMPANY<br>PO BOX 133068<br>DALLAS, TX 75313 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 02/05/2019 | HUNTINGTON ENERGY, LLC<br>908 NW 71ST STREET<br>OKLAHOMA CITY, OK 73116 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    <u>Anchor Drilling Fluids USA, LLC</u>    Case number (if known) <u>6:20-bk-60030</u>
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 12/06/2017 | HUNTLEY & HUNTLEY ENERGY EXPLORATION, LLC<br>2660 MONROEVILLE BLVD<br>MONROEVILLE, PA 15146 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 25 Hicks Road Wright, WY 82732; Dated 12/01/2012 | IGO BROS., LLC<br>PO BOX 1311<br>DOUGLAS, WY 82633 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 176 Hwy 59 Douglas, WY; Dated 08/01/2019 | IGO BROS., LLC<br>PO BOX 1311<br>DOUGLAS, WY 82633 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 02/06/2019 | IMPACT EXPLORATION AND PRODUCTION MANAGEMENT, LLC<br>8101 E PRENTICE AVE, SUITE 700<br>GREENWOOD VILLAGE, CO 80111 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/05/2020 | INVITO OPERATING, LLC<br>7290 VIRGINIA PARKWAY, SUITE 3200<br>MCKINNEY, TX 75071 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Security Agreement ; Dated 05/09/2019 | J.A. RIGGS TRACTOR COMPANY<br>9125 I-30<br>LITTLE ROCK, AR 72209 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 12/22/2015 | JAY-BEE OIL & GAS, INC.<br>60 WALNUT AVENUE, SUITE 190<br>CLARK, NJ 07066 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |

Debtor ___Anchor Drilling Fluids USA, LLC_____
        Name

Case number *(if known)*  __6:20-bk-60030__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.118** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement; Dated 02/27/2020 | JB FLUIDS, LLC<br>280 VAN HORN BLVD<br>MUNCY, PA 17756 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.119** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/11/2020 | JBL ENERGY PARTNERS, LLC<br>8500 CYPRESSWOOD DRIVE, SUITE 104<br>SPRING, TX 77379 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.120** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 12/27/2018 | JONAH ENERGY LLC<br>707 17TH STREET, SUITE 2700<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.121** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/01/2019 | JONES ENERGY HOLDINGS, LLC<br>807 LAS CIMAS PKWY, STE 350<br>AUSTIN, TX 78746 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.122** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 12/30/2009 | LARAMIE ENERGY II, LLC<br>1401 17TH STREET STE 1400<br>DENVER, CO 80202 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.123** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/06/2015 | LE NORMAN OPERATING, LLC<br>4700 GAILLARDIA PKWY, STE 200<br>OKLAHOMA CITY, OK 73142 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.124** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/15/2019 | LEGACY RESERVES OPERATING LP<br>303 W. WALL ST., SUITE 1800<br>MIDLAND, TX 79701 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Debtor _____Anchor Drilling Fluids USA, LLC_____     Case number *(if known)*  6:20-bk-60030
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 06/10/2014 | LONESTAR RESOURCES AMERICA, INC. 111 BOLAND STREET, STE 300 FORT WORTH, TX 76107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement 1068-2018 ; Dated 07/01/2019 | LONQUIST & CO., LLC 12912 HILL COUNTRY BLVD SUITE F-200 AUSTIN, TX 78738 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/25/2018 | LUXE OPERATING LLC 6500 RIVER PLACE BLVD. BUILDING 5. SUITE 150 AUSTIN, TX 78730 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/01/2013 | MARATHON OIL COMPANY PO BOX 22165 TULSA, OK 74121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement No. 1107197 & Amendment No. 1; Dated 03/20/2018 | MARATHON OIL COMPANY PO BOX 22165 TULSA, OK 74121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/06/2019 | MASSIF OIL & GAS II LLC 3991 VALLEY COMMONS DRIVE, SUITE 100 BOZEMAN, MT 59718 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/29/2019 | MATADOR PRODUCTION COMPANY 5400 LBJ FREEWAY, SUITE 1500 DALLAS, TX 75240 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  __Anchor Drilling Fluids USA, LLC_____  Case number (if known) __6:20-bk-60030__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Transportation Services Agreement; Dated 02/04/2020 | MES, LLC<br>C/O TCI BUSINESS CAPITAL<br>7600 PARKLAWN AVENUE<br>EDINA, MN 55435 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 08/01/2018 | MIDDLE FORK ENERGY UINTA, LLC<br>1515 WYNKOOP STREET, STE 650<br>DENVER, CO 80202 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 09/10/2018 | MURPHY EXPLORATION & PRODUCTION COMPANY<br>PO BOX 7000<br>ATTN: DEVIN WAYNE<br>EL DORADO, AR 71731 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 03/05/2015 | NATIONAL FUEL GAS SUPPLY CORPORATION<br>6363 MAIN STREET<br>WILLIAMSVILLE, NY 14221 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 04/09/2019 | NAVIDAD OPERATING COMPANY, LLC<br>PO BOX 3184<br>FLINT, TX 75762 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 08/23/2013 | NEWFIELD EXPLORATION COMPANY<br>PO BOX 1449<br>SPRING, TX 77383 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement; Dated 05/07/2019 | NICKEL ROAD OPERATING LLC<br>600 17TH STREET SUITE 610 SOUTH<br>DENVER, CO 80210 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Anchor Drilling Fluids USA, LLC
         Name

Case number *(if known)*   6:20-bk-60030



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.139** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 02/01/2019 | NINE POINT ENERGY, LLC<br>PO BOX 606<br>ALEXANDER, ND 58831 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.140** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 07/20/2015 | NORTHEAST NATURAL ENERGY, LLC<br>707 VIRGINIA STREET, STE 1200<br>CHARLESTON, WV 25301 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.141** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/03/2018 | NORTHWOODS OPERATING LLC<br>1701 CALIFORNIA ST STE 1060<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.142** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/15/2018 | NOVO OIL & GAS TEXAS, LLC<br>1001 W WILSHIRE BLVD, SUITE 206<br>OKLAHOMA CITY, OK 73116 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.143** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 07/18/2017 | NP RESOURCES, LLC<br>1600 BROADWAY STE 2450<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.144** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/11/2017 | OLIFANT ENERGY<br>1421 E 45TH STREET<br>SHAWNEE, OK 74804 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.145** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 09/19/2018 | PACESETTER ENERGY, LLC<br>2001 TIMBER CREEK ROAD<br>FLOWER MOUND, TX 75028 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Anchor Drilling Fluids USA, LLC
          Name

Case number (if known) 6:20-bk-60030



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/27/2017 | PALOMA OPERATING COMPANY, INC. 1100 LOUISIANA, STE 5100 HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/02/2018 | PANTHER ENERGY COMPANY III, LLC 6100 SOUTH YALE AVENUE, STE 600 TULSA, OK 74136 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 02/13/2017 | PARSLEY ENERGY OPERATIONS, LLC 303 COLORADO ST, SUITE 3000 AUSTIN, TX 78701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/05/2018 | PCORE EXPLORATION & PRODUCTION II, LLC 2200 ROSS AVENUE, STE. 4900W DALLAS, TX 75201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 07/05/2017 | PDC ENERGY, INC. PO BOX 26 BRIDGEPORT BRIDGEPORT, WV 26330 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/16/2019 | PEAK OPERATING LLC 1601 NW EXPRESSWAY, SUITE 1600 OKLAHOMA CITY, OK 73118 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 1.5 acres in Pecos, TX 79772; Dated 05/01/2017 | PECOS VALLEY SOUTHERN RAILWAY, LLC PO BOX 33240 SAN ANTONIO, TX 78265 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     Anchor Drilling Fluids USA, LLC                                    Case number *(if known)*  6:20-bk-60030
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 2511 W. 3rd Street Pecos, TX 79772; Dated 11/15/2006 | PECOS VALLEY SOUTHERN RAILWAY, LLC<br>PO BOX 33240<br>SAN ANTONIO, TX 78265 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/13/2011 | PETROLEUM DEVELOPMENT CORPORATION<br>120 GENESIS BLVD.<br>BRIDGEPORT, WV 26330 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/21/2019 | PINE WAVE ENERGY PARTNERS OPERATING, LLC<br>329 SOUTH MAIN STREET, STE. 201<br>FORT WORTH, TX 76104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 06/24/1999 | PIONEER NATURAL RESOURCES COMPANY<br>777 HIDDEN RIDGE<br>IRVING, TX 75038 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/21/2019 | POINT ENERGY PARTNERS OPERATING, LLC<br>300 THROCKMORTON ST. SUITE 620<br>FORT WORTH, TX 76102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/12/2019 | POPLAR RESOURCES LLC<br>M V 3 DR<br>POPLAR, MT 59255 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 07/19/2017 | QEP ENERGY COMPANY<br>1050 17TH STREET, STE 500<br>DENVER, CO 80265 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      Anchor Drilling Fluids USA, LLC
                   Name                                              Case number (if known)  6:20-bk-60030

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 3849 95th Avenue New Town, ND 58763; Dated 09/28/2017 | QUALE, SCOTT 9552 41ST ST NW NEW TOWN, ND 58763 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement No. PA-18-0013; Dated 11/01/2018 | RAIDER PUMPING SERVICES LP PO BOX 12366 COLLEGE STATION, TX 77842 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | Transportation Services Agreement; Dated 02/18/2020 | RAM SERVICES, LLC 207 SALT BOX LN GILLETTE, WY 82716 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 07/12/2019 | RANCH RESOURCES LLC 10 DESTA DRIVE, SUITE 260E MIDLAND, TX 79705 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 711 E. Antelope Road Douglas, WY 82633; Dated 04/15/2019 | RE/MAX HORIZON REALTY DBA COMPLETE GAME REALTY, LLC 239 N 4TH ST. DOUGLAS, WY 82633 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/11/2015 | RICE DRILLING B LLC 2200 RICE DRIVE CANONSBURG, PA 15317 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/23/2016 | RICE DRILLING B LLC 2200 RICE DRIVE CANONSBURG, PA 15317 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    __Anchor Drilling Fluids USA, LLC_____    Case number *(if known)*  _6:20-bk-60030_
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/11/2015 | RICE DRILLING D LLC<br>400 WOODCLIFF DRIVE<br>CANONSBURG, PA 15317 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/23/2016 | RICE DRILLING D LLC<br>400 WOODCLIFF DRIVE<br>CANONSBURG, PA 15317 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/29/2019 | RILEY PERMIAN OPERATING COMPANY, LLC<br>29 E RENO AVENUE, STE 500<br>OKLAHOMA CITY, OK 73104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/15/2018 | RKI ENERGY RESOURCES LLC<br>210 PARK AVENUE, STE 900<br>OKLAHOMA CITY, OK 73102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/15/2018 | ROAN RESOURCES, LLC<br>14701 HERTZ QUAIL SPRINGS PKWY<br>OKLAHOMA CITY, OK 73134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/18/2017 | ROCKDALE MARCELLUS, LLC<br>842 W. SAM HOUSTON N #520<br>HOUSTON, TX 77024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 06/04/2018 | ROCKLIFF ENERGY MANAGEMENT LLC<br>1301 MCKINNEY STREET<br>HOUSTON, TX 77010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Anchor Drilling Fluids USA, LLC                    Case number (if known)   6:20-bk-60030
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 10760 North 2247 Road Clinton, OK 73601; Dated 11/01/2009 | ROCKY FIELDS, LLC 3010 NW 149TH STREET SUITE 100 OKLAHOMA CITY, OK 73134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement No. 22609; Dated 05/27/2019 | ROCKY MOUNTAIN NATURAL GAS, LLC 50515 DEPT #3200 PO BOX 8106 RAPID CITY, SD 57709 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/26/2018 | ROVER OPERATING, LLC PO BOX 2121 ABILENE, TX 79604 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 410 17th Street, Ste. 320 Denver, CO  80202; Dated 05/01/1999 | RREF III-P 410 17TH ST, LLC 999 BAKER WAY STE. 200 SAN MATEO, CA 94404 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement; Dated 04/03/2018 | RUSCO OPERATING, LLC 98 SAN JACINTO BLVD, STE 550 AUSTIN, TX 78701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/07/2019 | S.T.L. RESOURCES, LLC 12300 PERRY HWY., STE. 308 WEXFORD, PA 15090 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/04/2018 | SABINE STORAGE & OPERATIONS, INC. 1415 LOUISIANA, STE 1600 HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____Anchor Drilling Fluids USA, LLC_____          Case number (if known) __6:20-bk-60030_____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/25/2015 | SABLE PERMIAN RESOURCES<br>700 MILAM, STE 3100<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/01/2018 | SANTO OPERATING, LLC<br>PO BOX 1020 ARTESIA<br>ARTESIA, NM 88211 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/29/2019 | SDS PETROLEUM CONSULTANTS, LLC<br>1406 RICE ROAD, #400<br>TYLER, TX 75703 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/04/2019 | SENECA RESOURCES COMPANY, LLC<br>51 ZENTS BLVD<br>BROOKVILLE, PA 15825 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement; Dated 01/16/2020 | SHELL CHEMICAL LP<br>PO BOX 7247-6189<br>PHILADELPHIA, PA 19170 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/01/2019 | SHENANDOAH PETROLEUM CORPORATION<br>24 SMITH ROAD, STE 601<br>MIDLAND, TX 79705 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 5909 Northwest Expressway, Ste. 250 Oklahoma City, OK 73132; Dated 10/01/2006 | SIGNATURE PLACE INVESTMENTS<br>5909 NW EXPRESSWAY G130<br>OKLAHOMA CITY, OK 73132 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Anchor Drilling Fluids USA, LLC                     Case number *(if known)*  6:20-bk-60030
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/11/2010 | SM ENERGY COMPANY<br>PO BOX 46518<br>DENVER, CO 80201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/20/2018 | SM ENERGY COMPANY<br>PO BOX 46518<br>DENVER, CO 80201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 148 McIntyre Road Minden, LA 71055; Dated 05/27/2008 | SMITH LAND CO., LLC<br>PO BOX 550<br>SPRINGHILL, LA 71075 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated May 22, 2020 | SNYDER BROS, INC.<br>ONE GLAD PARK EAST<br>P.O. BOX 1022<br>KITTANNING, PA 16201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/24/2018 | SOLARIS WATER MIDSTREAM, LLC<br>9811 KATY FREEWAY, STE 900<br>HOUSTON, TX 77024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 03/25/2019 | SOUTHERN UTE INDIAN TRIBE DBA RED WILLOW PRODUCTION COMPANY<br>14933 HIGHWAY 172<br>IGNACIO, CO 81337 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 09/01/2009 | SOUTHWESTERN ENERGY PRODUCTION COMPANY AND SEECO INC<br>PO BOX 672625<br>HOUSTON, TX 77267 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____Anchor Drilling Fluids USA, LLC_____
Name

Case number *(if known)* __6:20-bk-60030__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 06/21/2018 | ST. GEORGE EAST TEXAS OPERATING, LLC<br>1400 BROADFIELD BLVD, STE 300<br>HOUSTON, TX 77084 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 6417 W. Industrial Avenue Midland, TX 79706; Dated 04/01/2014 | STG DEVELOPMENT, LLC<br>6001 WEST INDUSTRIAL<br>MIDLAND, TX 79706 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Service Work Order; Dated 07/10/2019 | SWN PRODUCTION COMPANY, LLC<br>PO BOX 12359<br>SPRING, TX 77391 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 06/17/2015 | TAPSTONE ENERGY LLC<br>PO BOX 1608<br>OKLAHOMA CITY, OK 73101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/18/2019 | TERRA ENERGY PARTNERS MANAGEMENT LLC<br>4828 LOOP CENTRAL DR., SUITE 900<br>HOUSTON, TX 77081 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - 1102 Airport Fernwood Road  McComb, MS 39648; Dated 11/01/2014 | THE COVENANT TRUST, BY LARRY SEAGO, TRUSTEE<br>C/O LARRY W. SEAGO<br>PO BOX 572<br>MCCOMB, MS 39649 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Clark Avenue Wellsville, OH 43968; Dated 08/01/2013 | THE PORT AUTHORITY FOR COLUMBIANA COUNTY, OHIO<br>7860 LINCOLE PLACE<br>LISBON, OH 44432 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Anchor Drilling Fluids USA, LLC                              Case number (if known)  6:20-bk-60030
                  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 02/20/2018 | THREE SPAN OIL & GAS, INC<br>400 WEST ILLINOIS, STE. 1250<br>MIDLAND, TX 79710 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Transloading Service Agreement; Dated 03/08/2018 | TIGER TRANSFER, LLC<br>PO BOX 255<br>UPTON, WY 82730 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/26/2019 | TILDEN MARCELLUS, LLC<br>842 WEST SAM HOUSTON PARKWAY NORTH, SUITE 520<br>HOUSTON, TX 77024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/03/2020 | TITAN EXPLORATION LLC<br>412 W 15TH STREET, 11TH FLOOR<br>NEW YORK, NY 10011 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/01/2018 | TRANSCANADA USA OPERATIONS INC.<br>700 LOUISIANA STREET, STE. 700<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 08/02/2017 | TRIAD HUNTER, LLC<br>909 LAKE CAROLYN PKWY, STE 600<br>IRVING, TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/27/2016 | TRIANGLE USA PETROLEUM CORPORATION<br>PO BOX 606<br>ALEXANDER, ND 58831 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____Anchor Drilling Fluids USA, LLC_____     Case number (if known) __6:20-bk-60030_____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 07/07/2015 | TRIBUNE RESOURCES, LLC (FORMERLY ASCENT RESOURCES - MARCELLUS, LLC) C/O QUORUM BUSINESS SOLUTIONS 1700 RESEARCH PKWY, SUITE 100 COLLEGE STATION, TX 77845 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 04/06/2018 | TRINITY OPERATING (USG), LLC PO BOX 1188 HOUSTON, TX 77251 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 09/18/2019 | TWISTED OAK OPERATING, LLC 211 N ROBINSON, SUITE 200 OKLAHOMA CITY, OK 73102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 05/17/2012 | UNIT CORPORATION PO BOX 702500 TULSA, OK 74170 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 11/13/2018 | UTICA RESOURCE OPERATING, LLC C/O EDDYE DRYER FINANCIAL 4925 GREENVILLE AVE, #900 DALLAS, TX 75206 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 10/08/2018 | VALENCE OPERATING COMPANY 600 ROCKMEAD DRIVE, STE 200 KINGWOOD, TX 77339 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Carpenter, WY; Dated 01/01/2017 | VERSATILE AG SYSTEMS LLC 291 COUNTY ROAD 152 CARPENTER, WY 82054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Anchor Drilling Fluids USA, LLC  Case number *(if known)*  6:20-bk-60030
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.216** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 02/01/2019 | WATERBRIDGE ARKOMA OPERATING, LLC<br>840 GESSNER ROAD, SUITE 100<br>HOUSTON, TX 77024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.217** | State what the contract or lease is for and the nature of the debtor's interest | Credit and Security Agreement & Amendment No. 1; Dated 12/14/2018 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>301 SOUTH TRYON STREET, 7TH FLOOR<br>CHARLOTTE, NC 28282 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.218** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement; Dated 04/07/2020 | WILBOURN, STEPHEN<br>115 IRONWOOD DRIVE<br>FLORENCE, MS 39073 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.219** | State what the contract or lease is for and the nature of the debtor's interest | Transportation Services Agreement; Dated 03/05/2020 | WILDCAT TRUCKING LLC<br>PO BOX 1389<br>SIDNEY, MT 59270 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.220** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 09/21/2017 | WOLVERINE GAS AND OIL CORPORATION<br>ONE RIVERFRONT PLAZA 55 CAMAU N.W.<br>GRAND RAPIDS, MI 49503 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.221** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 12/12/2019 | XCL RESOURCES LLC<br>501 WESTLAKE PARK BLVD HOUSTON<br>HOUSTON, TX 77006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.222** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/15/2007 | XTO ENERGY INC.<br>22777 SPRINGWOODS VILLAGE PKWY<br>SPRING, TX 77389 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____Anchor Drilling Fluids USA, LLC_____   Case number *(if known)*  _6:20-bk-60030_____
　　　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Track # 104, Mile Post 54.1 Sidney MT, 59270; Dated 06/01/2010 | YELLOWSTONE VALLEY RAILROAD INC. 420 HANSEN STREET SOUTH TWIN FALLS, ID 83301 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 01/01/2019 | ZARVONA ENERGY, LLC 1010 KLAMAR ST, STE 500 HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement; Dated 06/25/2019 | ZAVANNA, LLC 1200 17TH STREET, SUITE 1100 DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  Anchor Drilling Fluids USA, LLC

United States Bankruptcy Court for the: Southern                District of Texas

Case number (if known):  6:20-bk-60030

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Q'MAX America, Inc. | 11700 KATY FREEWAY, SUITE 200 HOUSTON, TX 77079 | ENCINA BUSINESS CREDIT SPV, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.2  Q'MAX America, Inc. | 11700 KATY FREEWAY, SUITE 200 HOUSTON, TX 77079 | HSBC BANK CANADA | ☒ D<br>☐ E/F<br>☐ G |
| 2.3  Q'MAX Solutions Inc. | 11700 KATY FREEWAY, SUITE 200 HOUSTON, TX 77079 | HSBC BANK CANADA | ☒ D<br>☐ E/F<br>☐ G |
| 2.4  QMAX Canada Operations Inc. | 11700 KATY FREEWAY, SUITE 200 HOUSTON, TX 77079 | HSBC BANK CANADA | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  Anchor Drilling Fluids USA, LLC

United States Bankruptcy Court for the:  Southern _____ District of Texas

Case number (*If known*):  6:20-bk-60030

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/08/2020                    ✗ /s/ Eric Glover
        MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                     Eric Glover
                                     Printed name

                                     Chief Financial Officer
                                     Position or relationship to debtor