IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| Q'MAX AMERICA, INC., | §  CASE NO.   20-60030-CML |
| | § |
| DEBTOR | § |

**OBJECTION TO TRUSTEE'S AMENDED EMERGENCY MOTION FOR: INTERIM AND FINAL USE OF CASH COLLATERAL; (2) CONTINUED OPERATIONS; AND (3) APPROVAL OF CARVEOUT**

**COMES NOW,** Tiger Calcium ("Tiger"), an unsecured creditor of Anchor Drilling Fluids USA, LLC, and files its objection to the relief requested by the Chapter 7 Trustee, and would respectfully show the Court a follows:

1. Section 721 provides the Court may authorize the operation of a chapter 7 estate if it is in the best interest of the estate.

2. This estate is comprised of $200,000 in available funds, with scheduled unsecured claims of more than $200 million.

3. HSBC asserts a lien on every other asset of this estate, including cash.

4. Continued operation of this estate serves no purpose, and provides no benefit to the estate or the unsecured creditors.

5. Tiger objects to the continued operation, and to the terms of the continued use of cash collateral as proposed by the Trustee and HSBC for the following reasons:

    a. The continued operation serves no purpose other than to have the Court administer assets for HSBC's benefit, with no measurable benefit to the estate;

    b. The proposed carve-outs are more illusory than real, as the carve-outs are based upon budgeted amounts instead of actual expenditures, potentially costing the estate significant amounts;

    c. The carve-out for the unsecured creditors (5%) is undefined, *i.e.*, 5% of what;

    d. The carve-out for the unsecured creditors is *de-minimis* when compared with the amount of claims, the delay involved due the estate continuing to market for HSBC, and the fact that the delay is for no other purpose than to try and liquidate HSBC's collateral for them;

    e. There is no benefit to the estate or the unsecured creditors for the continued operation of this estate.

**WHEREFORE**, Tiger requests this Court to deny the Motion, and to grant it such other and further relief, at law or in equity, to which it may be justly entitled.

**Dated**: July 9, 2020.

Respectfully submitted,

By: */s/ Johnie Patterson*
Johnie Patterson
State ID# 15601700
COUNSEL FOR TIGER CALCIUM

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX  77208
713.956.5577
713.956.5570 (fax)

## CERTIFICATE OF SERVICE

I, Johnie Patterson, hereby certify that a true and correct copy of the foregoing *Objection* was served upon all parties receiving electronic notice pursuant to the Courts CM/ECF system, including the Debtor, the secured lenders, and the Trustee, on July 9, 2020.

*/s/ Johnie Patterson*
Johnie Patterson