IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **In re:** § § | | **Chapter 7** |
| **Q'Max America, Inc., *et al.*,**[1] § § | | **Case No. 20-60030 (CML)** |
| **Debtors.** § § | | **Jointly Administered** |

### ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF MCDOWELL HETHERINGTON LLP AS SPECIAL LITIGATION COUNSEL

This matter comes before this Court upon the *Trustee's Application Pursuant to Section 327(e) of the Bankruptcy Code for Entry of an Order Authorizing the Retention and Employment of McDowell Hetherington, LLP as Special Litigation Counsel* ("**Application**"), pursuant to sections 327(e), 328, and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 9013-1, authorizing the employment and retention of the law firm of McDowell Hetherington, LLP ("**MH**") as special litigation counsel to the Trustee with respect to the Special Litigation Matters (as defined in the Application). This Court has jurisdiction over this matter. This Court finds that: (1) MH does not hold or represent an interest adverse to the Debtors or to the Debtors' estates for the matters for which it is to be employed; and, (2) notice of this Application has been given and no further notice is necessary. This Court finds that the Application should be granted. Accordingly, it is hereby

**ORDERED** that the Application is **APPROVED** as set forth herein; it is further

**ORDERED** that the Trustee is authorized pursuant to section 327(e) of the Bankruptcy

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Q'Max America Inc. (2319) and Anchor Drilling Fluids USA, LLC (5395).

Code to retain and employ MH as special litigation counsel with respect to the Special Litigation Matters under the terms and conditions set forth in the Application; it is further

**ORDERED** that any payment of the contingency fee or reimbursement of expenses incurred cannot be made without further order of the Bankruptcy Court; it is further

**ORDERED** that the Trustee is authorized to enter into any documentation necessary to effectuate the engagement on the terms set forth in the Application; and it is further

**ORDERED** that the employment of MH is effective as of February 9, 2022.

**Signed this _____ day of _____, 2022.**

_____
**Christopher M. Lopez
United States Bankruptcy**