<table>
<tr><td colspan="2"><strong>UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>VICTORIA DIVISION</strong></td></tr>
</table>

| **CASE NO.:**  20-60030 | **CASE:**    Q'Max America, Inc.<br>Anchor Drilling Fluids USA, LLC |
|---|---|
| **WITNESSES:** | **JUDGE:**  The Honorable Christopher Lopez |
| 1.  Christopher Murray, Chapter 7 Trustee<br>2.  Arispah Elisa Hogan<br>3.  Tom Dischmann<br>4.  David Erstine<br>5.  Nicholas R. Lawson<br>6.  Any witness called or listed by any other party; and<br>7.  Any rebuttal and/or impeachment witnesses | **DATE:**    March 23, 2022 at 10:00 a.m. |
| | **ATTORNEY'S PHONE NO:**  713.658.1818 |

### NATURE OF PROCEEDINGS

| PLEADING | DOCKET NUMBER |
|---|---|
| *Application to Employ Newmark Real Estate of Houston, LLC as Listing Agent and Broker* | 764 |
| *Application to Employ CBRE, Inc. as Listing Agent and Broker* | 767 |
| *Trustee's Application Pursuant to Section 327(e) of the Bankruptcy Code for Entry of an Order Authorizing the Retention and Employment of McDowell Hetherington LLP as Special Litigation Counsel* | 769 |

### EXHIBITS

| NO | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|
| 1 | Newmark Listing Agreement (ECF No. 764-1) | | | | |
| 2 | Declaration of Arispah Elisa Hogan (ECF No. 764-2) | | | | |
| 3 | CBRE Listing Agreement (Roosevelt, UT) (ECF No. 767-1) | | | | |

| 4 | CBRE Listing Agreement (Van Buren, AR) (ECF No. 767-2) | | | | |
|---|---|---|---|---|---|
| 5 | Declaration of Tom Dischmann (ECF No. 767-3) | | | | |
| 6 | Declaration of David Erstine (ECF No. 767-4) | | | | |
| 7 | Declaration of Nicholas R. Lawson (ECF No. 769-1) | | | | |
| 8 | Special Litigation Matters (ECF No. 769-2) | | | | |
| 9 | McDowell Hetherington Engagement Letter (ECF No. 769-3) | | | | |
| 10 | Any exhibit introduced by any other party | | | | |
| 11 | Rebuttal or impeachment exhibits as necessary | | | | |