# Exhibit 2

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Q'Max America, Inc., *et al* [1] | § | Case No. 20-60030-CML |
| | § | |
| Debtors | § | Jointly Administered |

### DECLARATION OF ARISPAH ELISE HOGAN

My name is Arispah Elise Hogan. I am over the age of eighteen (18), am of sound mind, and am in all respects competent to make this declaration. I have never been convicted of a crime and am in no way disqualified from making this declaration. I have personal knowledge of the facts stated in this declaration, which are true and correct.

1. I am Executive Managing Director of Newmark, a Texas limited liability company and licensed real estate broker.

2. I have read the Trustee's[2] Application and it is true and correct to the best of my knowledge. Newmark is seeking to list the following properties:

3. The Oklahoma Property located at 2259 County Street, Chickasha, Oklahoma.

4. The Oklahoma Property located at 4402 S Mockingbird Road, Chickasha, Oklahoma.

5. The Oklahoma Property located at 504 East Oklahoma Avenue, Woodward, Oklahoma.

6. The Oklahoma Property located at 19626 Highway 152, Sayre, Oklahoma.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Q'Max America Inc. (2319) and Anchor Drilling Fluids USA, LLC (5395).
[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to such terms as in the *Application to Employ Newmark Real Estate of Houston, LLC as Listing Agent and Broker*.

7. The Texas Property located at 2984 North Wingate Avenue, Odessa, Texas.

8. The New Mexico Property located at Highway 18 and Utah Street, Jal, New Mexico.

9. I am familiar with the real estate market in Oklahoma, Texas, and New Mexico, and am familiar with the Properties we are marketing pursuant to this proposed engagement, and therefore, utilizing our services will be valuable to maximizing the benefit to the estates.

10. Newmark has not received any compensation or retainer related to this engagement and will only be compensated as set forth in the Listing Agreement attached to the Application as **Exhibit A** as authorized by this Court. The arrangement of compensation described within the Application are ordinary and standard commissions to brokers for the sale of commercial real property. Neither I, any agent or broker at Newmark, any agents or brokers at any entities under common ownership with Newmark that conduct business under the Newmark Knight Frank trade name or any derivation thereof, nor affiliates of such entities, have any connections to the Debtor, creditors, or any party in interest, their respective attorneys or accounts, the U.S. Trustee, or the Trustee or any of his employed professionals.

11. I further assert that I, Newmark, the agents and brokers employed by Newmark, any agents or brokers at any entities under common ownership with Newmark that conduct business under the Newmark Knight Frank trade name or any derivation thereof, and affiliates of such entities: (a) are not creditors, equity security holders, or insiders of the Debtors; (b) are not and were not, within two years before the date of the Petition, directors, officers, or employees of the Debtors; and (c) do not have an interest materially adverse to the interest of the above-referenced bankruptcy estate or any class of creditors or equity security holders by reason of any direct or indirection relationship to, connection with, or interest in the Debtors for any other reason.

12. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after due inquiry, neither Newmark nor I hold or represent an interest adverse to Debtors. Newmark does not represent any interest adverse to the Trustee or Debtors in the matter for which Newmark is being engaged.

13. My brokerage firm can undertake representation of this matter without restriction of any type.

14. The employment of Newmark would be in the best interest of these estates.

Dated: February 14, 2022

                                                  Newmark Real Estate of Houston, LLC
                                                  a Texas limited liability company
                                                  Licensed Real Estate Broker

                                      By: *Arispah Elise Hogan* (signature)
                                                  Arispah Elise Hogan
                                                  Executive Managing Director