# Exhibit 8

## Exhibit B

### Special Litigation Matters

1. Directors, Officers, and Insiders of Q'Max America, Inc., & Anchor Drilling Fluids USA, LLC.

2. Norton Rose Fulbright and any related entities;

3. Alvarez and Marsal and any related entities;

4. PricewaterhouseCoopers and any related entities;

5. RSM US LLP and any related entities;

6. McCarthy Tetrault and any related entities.

4847-5358-6115.2