IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Q'MAX AMERICA, INC., *et al.* [1] | § | Case No. 20-60030-CML |
| | § | |
| Debtors. | § | Jointly Administered |

**ORDER GRANTING TRUSTEE'S MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING COMPROMISE AND SETTLEMENT WITH ICL-IP AMERICA, INC.**

*(Relates to Doc. No. _____)*

**CAME FOR CONSIDERATION** on the *Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Settlement with ICL-IP America, Inc.* filed by the Trustee.[2] After considering the Motion, all responses thereto, the arguments of counsel and the evidence presented, if any, the Court is of the opinion and finds that: (i) notice of the Motion was in all respects adequate and proper; (ii) the Motion has merit, meets the standard set forth in *Protective Committee's for Independent Stockholders of TMT Trailer Ferry, Inc. v. Anderson,*[3] (iii) the proposed compromise between the Trustee and ICL-IP, as recited in the Motion and as set forth herein, should in all things be approved accordingly, it is hereby:

**ORDERED** that the Motion is granted in its entirety; it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Q'Max America Inc. (2319) and Anchor Drilling Fluids USA, LLC (5395).
[2] Defined terms utilized herein shall have the same meaning ascribed to them in the Motion.
[3] 390 U.S. 414 (1967).

**ORDERED** that the proposed settlement agreement attached as Exhibit A to the Motion is Approved, and the terms thereof shall be binding upon the Trustee and ICL-IP; it is further

**ORDERED** that the Court shall retain jurisdiction as to the enforcement of this Order.

SIGNED this _____ day of _____, 2022.

_____
**Christopher M. Lopez,**
**United States Bankruptcy Judge**