IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Q'MAX AMERICA, INC., *et al.*,[1] | § | Case No. 20–60030-CML |
| | § | |
| Debtors. | § | (Jointly Administered) |

## ORDER APPROVING MOTION TO COMPROMISE

Upon the Motion[2] of the Trustee for entry of an Order granting the Settlement with Buyer; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having considered the legal and factual arguments set forth in the Motion; and this Court having considered the Declaration submitted contemporaneously with the Motion; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that the Trustee's notice of the Motion was appropriate under the circumstances and no other notice need by provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just case for the relief

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Q'Max America Inc. (2319) and Anchor Drilling Fluids USA, LLC (5395).

[2] Capitalized terms used herein but not defined shall have the same meanings ascribed to such terms as in the *Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing and Approving the Settlement Agreement by and among the Trustee, KPMG Inc., as receiver of Q'Max Solutions, Inc., Q'Max Acquisition Corp., and Drilling Services, LLC n/k/a Paragon Integrated Services Group, LLC*, or the *Termination and Release Agreement Regarding Q'Max Transition Services Agreement*.

granted herein; and after due deliberation and sufficient cause appearing therefor; it is **HEREBY ORDERED** that:

1. the Motion is granted;

2. the Settlement and the terms and conditions of the Settlement Agreement (the material terms of which are summarized in the Motion) are approved in all respects, the Settlement Agreement shall be binding in accordance with the terms on the parties thereto and their respective successors and the Debtors' estates, and the terms of the Settlement Agreement shall be deemed incorporated into this Order as if fully set forth herein;

3. the Trustee is authorized to take all action necessary to effectuate the relief granted in this Order in accordance with the Motion and the terms of the Settlement Agreement;

4. adequate notice of and opportunity for a hearing on the Motion has been provided, and such notice satisfies the requirements of Rule 6004(a);

5. notwithstanding any applicability of any Rule, the terms and conditions of this Order are immediately effective and enforceable upon its entry; and

6. this Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

SIGNED THIS _____ DAY OF _____, 2022

_____
**CHRISTOPHER M. LOPEZ,**
**UNITED STATES BANKRUPTCY JUDGE**